Bryan J. Vogel (*pro hac vice*)
BVogel@RobinsKaplan.com
Danielle Rosenthal (*pro hac vice*)
DRosenthal@RobinsKaplan.com
Miles Finn (*pro hac vice*)
MFinn@RobinsKaplan.com
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022-4690
Tel.: (212) 980-7400
Fax: (212) 980-7499

Cyrus A. Morton (*pro hac vice*)
CMorton@RobinsKaplan.com
William E. Manske (*pro hac vice*)
WManske@RobinsKaplan.com
Emily J. Tremblay (*pro hac vice*)
ETremblay@RobinsKaplan.com
Maximilian F. Hall (*pro hac vice*)
MHall@RobinsKaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: (612) 349-8500
Fax: (612) 339-4181

Li Zhu (Bar No. 302210)
LZhu@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Tel.: (650) 784-4040
Fax: (650) 784-4041

Attorneys for Plaintiff Celgard, LLC

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Celgard, LLC,

Plaintiff,

v.

Targray Technology International, Inc.,

Defendant.

Case No. 5:19-cv-02401-VKD

**SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

Plaintiff Celgard, LLC ("Celgard") for its Second Amended Complaint for patent infringement against Defendant Targray Technology International, Inc. ("Targray"), alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement of United States Reissued Patent No. RE47,520 ("the '520 patent")[1], entitled "Separator for a High Energy Rechargeable Lithium Battery," and United States Patent No. 6,692,867 ("the '867 patent"), entitled "Battery Separator-Pin Removal" (collectively, the "Asserted Patents"), under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq*., and seeking damages, injunctive relief, and other relief as appropriate under 35 U.S.C. § 281, *et seq*. A true and correct copy of the '520 patent is attached hereto as **Exhibit A**. A true and correct copy of the '867 patent is attached hereto as **Exhibit B**.

## THE PARTIES

2. Celgard is a limited liability company organized and existing under the laws of Delaware, with its principal place of business located in Charlotte, North Carolina. Celgard is directly owned by Polypore International, LP, which is headquartered in Charlotte, North Carolina, and is indirectly owned by Asahi Kasei Corporation, which is headquartered in Japan.

3. Celgard is a global leader in the development and production of specialty microporous membranes, including separators used in lithium-ion batteries for consumer electronic devices and electric vehicles. Celgard's leading market position is attributable, in part, to its development, maintenance, and enforcement of its intellectual property, including the '520 patent (formerly known as the '586 patent) and '867 patent. Indeed, in presentations to customers, potential customers, and industry audiences, Celgard frequently lists the Asserted Patents, ceramic coated separators, and/or dry process separator technology as a major part of its success in the separator market.

4. On information and belief, Targray is a corporation organized and existing under the laws of Canada, with its principal place of business in Kirkland, Quebec, Canada. Targray is

[1] RE47,520 issued on July 16, 2019, and is a reissue of and replaces U.S. Patent No. 6,432,586 ("the '586 patent"). Claim 12 of the '520 patent is the same as claim 12 of the '586 patent.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

registered to do business in the State of California. Its principal office in the State of California is 27665 Forbes Road, Suite 101, Laguna Niguel, CA 92677.

5. Targray is engaged in the business of developing, offering to sell, and selling products to companies and institutions throughout the United States, including the State of California. Targray competes with Celgard in the battery separator market. As detailed below, Targray sells certain ceramic coated separator products that directly infringe the ’520 patent and certain coated or uncoated polypropylene separator products that directly infringe the ’867 patent.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Patent Laws of the United States, 35 U.S.C. §§ 271 and 281-285.

7. Venue is proper in this judicial district for Targray under 28 U.S.C. § 1391(c) because Targray is a Canadian (foreign) corporation not resident in the United States and it may be sued in any judicial district under 28 U.S.C. § 1391(c)(3).

8. This Court may exercise personal jurisdiction over Targray because Targray is registered to do business in the State of California and, on information and belief, has substantial business in California and has purposefully availed itself of the rights and privileges of conducting business in California.

9. Targray has infringed and/or continues to infringe the Asserted Patents, identified below, in this judicial district.

## TECHNOLOGY BACKGROUND

10. Lithium batteries are typically constructed with a thin porous insulating film (the separator) that allows the battery to operate but prevents the electrodes (cathode and anode) from contacting each other. When the battery is discharged, positively charged lithium ions flow from the anode, through the separator, to the cathode. This process leaves a negative charge of electrons on the anode. When charging, the flow is reversed. In a rechargeable (secondary) lithium battery, the charge and discharge states are repeated during use. The process of charging and discharging the battery is referred to as one cycle.

11. Lithium batteries present certain unique safety challenges due to their chemical design and composition. One such challenge is lithium dendrite growth—the irregular growth of a metal on an electrode during charging or discharging. Over repetitive charge-discharge cycles, dendrites may grow out from the electrode's surface in a needle-like structure. As the battery is cycled further, the dendrite may continue to grow, penetrating the separator and making direct, physical contact with the opposite electrode. When such contact is made, an electrical short circuit of the battery may occur. This may cause the battery to malfunction. In certain scenarios, it may cause the battery's internal temperature to rise quickly and uncontrollably, leading to thermal runaway and catastrophic failure.

12. The battery industry has long identified dendrite growth and associated electronic shorting as a significant safety issue. Prior to the invention disclosed in the '520 patent, however, solutions to the problem were varied and achieved mixed results.

13. In at least 2000, Celgard research scientist Dr. Zhengming Zhang invented the separator technology described and claimed in the '520 patent to address safety and durability problems in lithium batteries. Dr. Zhang's separator has (1) a ceramic composite layer (or coating) including a mixture of inorganic particles and a matrix material, and (2) a polyolefinic microporous layer. The claimed separator's ceramic composite layer combines inorganic particles within a matrix material to create a composite layer adapted to at least block dendrite growth and prevent electrical shorts, improving the safety and commercialization of high-energy lithium batteries. The claimed separator's polyolefinic microporous layer is adapted to block ionic flow between the anode and cathode at an elevated temperature such as during thermal runaway. This shutdown functionality further improves battery safety.

14. Today, ceramic coated separators are increasingly common in the rechargeable (often large format) lithium batteries used in electric vehicles and for other high-power applications. Much of the plug-in electric vehicle market in the U.S. has adopted ceramic coated separator technology. As the electric vehicle market continues to grow, an increasing percentage of manufacturers have turned to ceramic coated separators as a means to improve battery safety, battery cycle life, and vehicle driving range.

15. Another of Celgard's inventions is an innovative way to remove a pin from a separator during battery assembly. In the manufacture of high energy, lightweight batteries, for example, secondary lithium batteries, the battery assembly, i.e., an anode tape and a cathode tape sandwiching a separator tape, is wound about one or more pins (or cores or mandrels). To begin winding of the assembly, the separator tape is taken up on the pin, and then the anode and cathode tapes are fed to the pin. Upon completion of the winding, the battery assembly is removed (or withdrawn) from the pin. If the assembly (i.e., the separator tape) sticks on the pin during withdrawal, the assembly "telescopes" and must be rejected. Such rejects increase the cost of the battery manufacturing process. In response to this problem, Celgard invented a separator having improved pin removal properties, i.e., separators that will not cause telescoping when the battery assembly is removed from the pin. This inventive separator is claimed in the '867 patent.

**U.S. REISSUED PATENT RE47,520**

16. Celgard is the owner by assignment of all right, title, and interest in and to the '520 patent, including the right to sue for past damages and injunctive relief. The '520 patent was duly and legally reissued by the United States Patent and Trademark Office on July 16, 2019.

17. Prior to being reissued by the Patent and Trademark Office on July 16, 2019, Claim 12 of the '520 patent was formerly known as Claim 12 of U.S. Patent No. 6,432,586. Claim 12 is identical between the '520 patent and '586 patent.

18. On information and belief, Celgard's enforcement of the '586 patent against infringing parties is well known within the battery and battery materials industry.

19. In 2013, Celgard filed suit against Sumitomo Chemical Co., Ltd., in the United States District Court for the Western District of North Carolina for infringement of the '586 patent (now known as the '520 patent). The suit was resolved pursuant to agreement of the parties. The suit and its resolution were subject to national, industry-focused media coverage as shown in **Exhibit C** attached hereto.

20. In 2014, Celgard filed a patent infringement suit against LG Chem Ltd. and LG Chem America, Inc. (collectively, "LG Chem") in the United States District Court for the Western District of North Carolina for infringement of the '586 patent. The suit was resolved

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

pursuant to agreement of the parties after significant district court litigation and patent office proceedings. The suit and its resolution were subject to national, industry-focused media coverage as shown in **Exhibit D** attached hereto.

21. In 2014, Celgard filed suit against SK Innovation Co., Ltd. ("SK Innovation") in the United States District Court for the Western District of North Carolina for infringement of the '586 patent. The suit was resolved pursuant to agreement of the parties after significant district court litigation and patent office proceedings. The suit and its resolution were subject to national, industry-focused media coverage as shown in **Exhibit E** attached hereto.

22. In December 2018, Celgard filed a patent infringement suit against MTI Corporation in the United States District Court for the Northern District of California for infringement of the '586 patent. *Celgard, LLC v. MTI Corporation*, No. 5:18-cv-07441-VKD (N.D. Cal. filed Dec. 11, 2018). The suit against MTI is ongoing in this Court and has been the subject of national and international industry-focused media coverage. *See, e.g.*, **Exhibit F**.

23. The validity of Claim 12 of the '586 patent was challenged by both LG Chem and SK Innovation. The Patent Trial and Appeal Board (PTAB) rejected all challenges to Claim 12, which remains valid and enforceable.

**U.S. PATENT NO. 6,692,867**

24. Celgard is the owner by assignment of all right, title, and interest in and to the '867 patent, including the right to sue for past damages and injunctive relief. The '867 patent was duly and legally issued by the United States Patent and Trademark Office on February 17, 2004, with all claims active.

**TARGRAY'S INFRINGING CONDUCT**

25. Targray represents itself as a global supplier of "battery electrodes, anode materials (graphite, graphene, LTO), cathode materials, electrolyte solutions, separators, packaging materials and lithium-ion cells."[2] Targray claims to be an "international leader in the sourcing, transportation, storage, financing, distribution and supply of specialty materials and

[2] https://www.targray.com/ (last accessed April 5, 2019), attached as **Exhibit G**.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

supply chain solutions for the Biofuels, Solar PV and Battery sectors."[3] Targray states that it works with "battery manufacturers and researchers through every stage of the product development cycle, from early innovation to large-scale production."[4]

26. On information and belief, Targray is aware of Celgard and its products, including Celgard's separator products.

27. Targray offers for sale ceramic coated lithium-ion battery separators, including but not limited to those sold under the model numbers SH416W14, SH416W22, SH216D14, SH216D22, SW312F (SH716W14, SH716W22), SW316E (SH220W14, SH220W22), SW320H (SH624W14, SH624W22), SH816D14, SH816D22, SH216Z14, SH216Z22, SH220D14, SH220D22, SH620D14, SH620T14, SH320Z14, SH224D14, SH224D22, SH624D14, SH624Z14, SH229D14, and SH229D22. These and other battery separators are available for purchase through Targray's customer service contacts and are advertised on Targray's website.

28. Targray offers for sale uncoated polypropylene lithium-ion battery separators, including but not limited to those sold under the model numbers SD216101, SD216001, SD216201, SD220001, SD220101, SD220201, SD425201, SD425301, SD425401, SD432101, SD432201, SD432301, SD440201, SD440301, SD212202, SD214202, SD216102, SD216202, SD220102, SD220202, SD425202 and SD460201. These and other battery separators are available for purchase through Targray's customer service contacts and are advertised on Targray's website.

29. Targray states that "[t]he latest addition to Targray's line of battery separators, our ceramic separators delivers an exceptional combination of safety, temperature performance and life cycle for lithium-ion battery manufacturers and R&D facilities. Given their rigorous safety and performance features, our ceramic separators are ideally suited for advanced li-ion battery applications, namely electric vehicles and energy storage systems."[5]

---

[3] *Id.*
[4] *Id.*
[5] https://www.targray.com/li-ion-battery/separators/ceramic-separators (last accessed April 5, 2019), attached as **Exhibit H**.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

30. Targray's SH416W14 and SH416W22 separators are ceramic-coated wet process polyethylene separators, which Targray explains "are also available with aluminum oxide ceramic coating to further enhance safety characteristics."[6]

31. Targray's SH216D14 and SH216D22 separators are "ceramic-coated dry process ceramic separators," which Targray explains "are also available with aluminum oxide ceramic coating to further enhance safety characteristics."[7]

32. Targray's SH416W22 and SH216D22 are the double-side coated versions of SH416W14 and SH216D14, respectively.

33. At least Targray's SH416W14, SH416W22, SH216D14, and SH216D22 separators[8] infringe Claim 12 of the '520 patent. Claim 12 of the '520 patent recites:

> A separator for an energy storage system comprises:
>
> at least one ceramic composite layer or coating, said layer including a mixture of 20-95% by weight of inorganic particles selected from the group consisting of $SiO_2$, $Al_2O_3$, $CaCO_3$, $TiO_2$, $SiS_2$, $SiPO_4$, and mixtures thereof, and 5-80% by weight of a matrix material selected from the group consisting of polyethylene oxide, polyvinylidene fluoride, polytetrafluoroethylene, copolymers of the foregoing, and mixtures thereof, said layer being adapted to at least block dendrite growth and to prevent electronic shorting; and
>
> at least one polyolefinic microporous layer having a porosity in the range of 20-80%, an average pore size in the range of 0.02 to 2 microns, and a Gurley Number in the range of 15 to 150 sec, said layer being adapted to block ionic flow between an anode and a cathode.

34. The above-identified Targray ceramic coated separators comprise a ceramic composite layer or coating composed of inorganic particles of the nature and weight percentage (or the equivalent thereto) set forth in Claim 12 of the '520 patent. Targray represents that its ceramic coated separator products have an "aluminum oxide ceramic coating to further enhance safety characteristics."[9]

---

[6] "High-performance Separators," Targray—Battery Division, attached as **Exhibit I**, at 6.
[7] *Id.*
[8] Further investigation may reveal that other Targray ceramic coated separators also directly or indirectly infringe Claim 12 of the '520 patent, and that other Targray coated or uncoated separators also directly or indirectly infringe Claim 12 of the '520 patent.
[9] *Id.*

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

35. The above-identified Targray ceramic coated separators comprise a ceramic composite layer or coating composed of a matrix material of the nature and weight percentage (or the equivalent thereto) set forth in Claim 12 of the ’520 patent.

36. The above-identified Targray ceramic coated separators comprise a ceramic composite layer that is “adapted to at least block dendrite growth and prevent electronic shorting,” as set forth in Claim 12 of the ’520 patent. On its website, Targray acknowledges that its “battery separators must be able to withstand penetration and branching moss-like crystalline minerals in order to prevent the contamination of electrodes. If the separator material is compromised, the performance of the high-power cell declines.”[10]

37. The above-identified Targray ceramic coated separators comprise a polyolefinic microporous layer having porosity, average pore size, and Gurley Number measurements within the ranges (or the equivalents thereto) set forth in Claim 12 of the ’520 patent.

38. The above-identified Targray ceramic coated separators comprise a polyolefinic microporous layer that is “adapted to block ionic flow between an anode and a cathode,” as set forth in Claim 12 of the ’520 patent.

39. Further, at least Targray’s SD216101, SD216001, SD216201 SH216D14, and SH216D22 separators[11] infringe at least Claim 17 of the ’867 patent. Claim 17 of the ’867 patent recites:

> A battery separator with improved pin removal properties comprising: a microporous membrane having a polypropylene surface portion including at least 50 ppm of a metallic stearate.

40. The above-identified Targray separators comprise a microporous membrane having a polypropylene surface portion including at least 50 ppm of a metallic stearate.

---

[10] https://www.targray.com/li-ion-battery/separators (last accessed April 9, 2019), attached hereto as **Exhibit J**.

[11] Further investigation may reveal that other Targray ceramic coated separators also directly or indirectly infringe Claim 17 of the ’867 patent, and that other Targray coated or uncoated separators also directly or indirectly infringe Claim 17 of the ’867 patent.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**FIRST CLAIM FOR RELIEF**

**Infringement of the ’520 patent**

41. Celgard realleges each and every allegation set forth in Paragraphs 1 through 39 and incorporates them here by reference.

42. Celgard is the owner by assignment of all rights, title, and interest in and to the ’520 patent.

43. Claim 12 of the ’520 patent is valid and enforceable.

44. Upon information and belief, and in violation of 35 U.S.C. § 271(a), Targray has infringed and continues to directly infringe at least Claim 12 of the ’520 patent by making, using, offering for sale, selling, and/or importing in or into the United States ceramic coated separators covered by Claim 12 of the ’520 patent, including but not limited to at least Targray’s ceramic coated separators identified above in ¶ 33 by model number.

45. Targray has had actual knowledge of the ’520 patent (or its predecessor, the ’586 patent) at least as of the filing of Celgard’s Original Complaint (Dkt. No. 1). Targray’s continued infringement on or after this date is in spite of the objectively high likelihood that its activities constitute infringement of a valid patent, and this risk was either known or so obvious that it should have been known to Targray. Thus, Targray’s continued infringement at least as of the filing of the Original Complaint is willful and deliberate.

46. On information and belief, a reasonable opportunity for further investigation or discovery will show that Targray had actual knowledge of the ’520 patent (or its predecessor, the ’586 patent) before the filing of the Original Complaint (Dkt. No. 1) and continued its infringement in spite of the objectively high likelihood that its activities constituted infringement of a valid patent. Celgard’s ownership and previous enforcement of the ’520 patent (or its predecessor, the ’586 patent) is well known in the battery and battery materials industry. Further, Celgard and Targray are competitors in the battery separator market.

47. Celgard has suffered and continues to suffer damages and irreparable harm as a result of Targray’s past and ongoing infringement. Unless and until Targray’s infringement is enjoined, Celgard will continue to be damaged and irreparably harmed.

48. Celgard is entitled to all remedies at law and equity, including, but not limited to, an injunction against Targray's infringement of the '520 patent pursuant to 35 U.S.C. § 283.

49. Celgard is entitled to damages for Targray's infringement of the '520 patent, including, but not limited to, damages pursuant to 35 U.S.C. §§ 284, 285.

**SECOND CLAIM FOR RELIEF**

**Infringement of the '867 patent (35 U.S.C. § 271(a))**

50. Celgard realleges each and every allegation set forth in Paragraphs 1 through 48 and incorporates them here by reference.

51. Celgard is the owner by assignment of all rights, title, and interest in and to the '867 patent.

52. Claim 17 of the '867 patent is valid and enforceable.

53. Upon information and belief, and in violation of 35 U.S.C. § 271(a), Targray has infringed and continues to directly infringe at least Claim 17 of the '867 patent by making, using, offering for sale, selling, and/or importing in or into the United States separators covered by Claim 17 of the '867 patent, including but not limited to at least Targray's separators identified above in ¶ 38 by model number.

54. Targray has had actual knowledge of the '867 patent at least as of the filing of the First Amended Complaint. Targray's continued infringement on or after this date is in spite of the objectively high likelihood that its activities constitute infringement of a valid patent, and this risk was either known or so obvious that it should have been known to Targray. Thus, Targray's continued infringement at least as of the filing of the First Amended Complaint is willful and deliberate.

55. A reasonable opportunity for further investigation or discovery will show that Targray had actual knowledge of the '867 patent before the filing of the First Amended Complaint and continued its infringement in spite of the objectively high likelihood that its activities constituted infringement of a valid patent.

56. Celgard has suffered and continues to suffer damages and irreparable harm as a result of Targray's past and ongoing infringement. Unless and until Targray's infringement is enjoined, Celgard will continue to be damaged and irreparably harmed.

57. Celgard is entitled to all remedies at law and equity, including, but not limited to, an injunction against Targray's infringement of the '867 patent pursuant to 35 U.S.C. § 283.

58. Celgard is entitled to damages for Targray's infringement of the '867 patent, including, but not limited to, damages pursuant to 35 U.S.C. §§ 284, 285.

**JURY DEMAND**

Celgard hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

**REQUEST FOR RELIEF**

Celgard respectfully asks that the Court enter judgment in its favor as follows:

A. Finding that Targray has infringed and is infringing the Asserted Patents;

B. Finding that Targray's infringement of the Asserted Patents has been and continues to be willful;

C. Awarding Celgard damages adequate to compensate it for Targray's past and present infringement, but in no event less than a reasonable royalty;

D. Awarding an accounting and supplemental damages for those acts of infringement committed by Targray subsequent to the discovery cut-off date in this action through the date Final Judgment is entered;

E. Ordering that damages for infringement of the Asserted Patents be trebled as provided for by 35 U.S.C. § 284 for Targray's willful infringement of the Asserted Patents;

F. Finding that this case is exceptional;

G. Awarding Celgard its attorneys' fees and costs, together with prejudgment and post-judgment interest;

H. Preliminarily and permanently enjoining Targray and its parents, subsidiaries, affiliates, officers, directors, agents, servants, employees, successors and assigns,

and all others in active concert or participation with any of the foregoing from any further acts of infringement, including contributing to and/or inducing infringement, of the Asserted Patents; and

I. Any further relief that this Court deems just and proper.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DATED: August 15, 2019

**ROBINS KAPLAN LLP**

By: /s/ *Bryan J. Vogel*

Bryan J. Vogel (*pro hac vice*)
BVogel@RobinsKaplan.com
Danielle Rosenthal (*pro hac vice*)
Drosenthal@RobinsKaplan.com
Miles Finn (*pro hac vice*)
Mfinn@RobinsKaplan.com
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022-4690
Tel.: (212) 980-7400
Fax: (212) 980-7499

Cyrus A. Morton (*pro hac vice*)
CMorton@RobinsKaplan.com
William E. Manske (*pro hac vice*)
WManske@RobinsKaplan.com
Emily J. Tremblay (*pro hac vice*)
ETremblay@RobinsKaplan.com
Maximilian F. Hall (*pro hac vice*)
MHall@RobinsKaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: (612) 349-8500
Fax: (612) 339-4181

Li Zhu (Bar No. 302210)
LZhu@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Tel.: (650) 784-4040
Fax: (650) 784-4041

**ATTORNEYS FOR PLAINTIFF CELGARD, LLC**

# EXHIBIT A

US00RE47520E

(19) **United States**
(12) **Reissued Patent**
**Zhang**
(10) **Patent Number: US RE47,520 E**
(45) **Date of Reissued Patent: Jul. 16, 2019**

(54) **SEPARATOR FOR A HIGH ENERGY RECHARGEABLE LITHIUM BATTERY**

(71) Applicant: **Zhengming Zhang**, Rock Hill, SC (US)

(72) Inventor: **Zhengming Zhang**, Rock Hill, SC (US)

(73) Assignee: **Celgard, LLC**, Charlotte, NC (US)

(21) Appl. No.: **14/875,434**

(22) Filed: **Oct. 5, 2015**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,432,586**
Issued: **Aug. 13, 2002**
Appl. No.: **09/546,266**
Filed: **Apr. 10, 2000**

(51) **Int. Cl.**
***H01M 2/16*** (2006.01)
*H01M 10/052* (2010.01)

(52) **U.S. Cl.**
CPC ......... ***H01M 2/1686*** (2013.01); ***H01M 2/164*** (2013.01); ***H01M 2/166*** (2013.01); ***H01M 2/1653*** (2013.01); *H01M 10/052* (2013.01)

(58) **Field of Classification Search**
CPC .. H01M 2/1686; H01M 2/1653; H01M 2/164; H01M 2/166; H01M 10/052
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,673,421 A 6/1928 Petrie et al.
3,228,877 A 1/1966 Mahon
3,287,112 A 11/1966 Emil
3,426,754 A 2/1969 Bierenbaum et al.
3,542,596 A 11/1970 Arrance
3,679,538 A 7/1972 Druin et al.
3,679,540 A 7/1972 Zimmerman et al.
3,694,268 A 9/1972 Bergum
3,703,417 A 11/1972 Rosa et al.
3,709,774 A 1/1973 Kimura
3,749,604 A 7/1973 Langer et al.
3,755,034 A 8/1973 Mahon et al.
3,801,404 A 4/1974 Druin et al.
(Continued)

FOREIGN PATENT DOCUMENTS

DE 19914272 A1 10/1999
DE 2001325951 11/2001
(Continued)

OTHER PUBLICATIONS

Abraham, Directions in Secondary Lithium Battery research and Development, 1993, Electrochimica Acta, vol. 38, 16 Pages.
(Continued)

*Primary Examiner* — Ling X Xu
(74) *Attorney, Agent, or Firm* — Hammer & Associates, P.C.

(57) **ABSTRACT**

The instant invention is directed to a separator for a high energy rechargeable lithium battery and the corresponding battery. The separator includes a ceramic composite layer and a polymeric microporous layer. The ceramic layers includes a mixture of inorganic particles and a matrix material. The ceramic layer is adapted, at least, to block dendrite growth and to prevent electronic shorting. The polymeric layer is adapted, at least, to block ionic flow between the anode and the cathode in the event of thermal runaway.

**28 Claims, 1 Drawing Sheet**




Amended

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,801,692 | A | 4/1974 | Zimmerman | |
| 3,843,761 | A | 10/1974 | Hay | |
| 3,853,601 | A | 12/1974 | Taskier | |
| 3,861,963 | A | 1/1975 | Afrance et al. | |
| 3,870,593 | A | 3/1975 | Elton et al. | |
| 3,880,672 | A | 4/1975 | Megahed et al. | |
| 4,086,401 | A | 4/1978 | Sundberg et al. | |
| 4,138,459 | A | 2/1979 | Brazinsky et al. | |
| 4,220,535 | A | 9/1980 | Leonard | |
| 4,309,494 | A | 1/1982 | Stockel | |
| 4,350,655 | A | 9/1982 | Hoge | |
| 4,421,529 | A | 12/1983 | Revak et al. | |
| 4,464,238 | A | 8/1984 | Caldwell et al. | |
| 4,483,694 | A | 11/1984 | Takamura et al. | |
| 4,539,256 | A | 9/1985 | Shipman | |
| 4,588,633 | A | 5/1986 | Kona et al. | |
| 4,600,633 | A | 7/1986 | Kono et al. | |
| 4,620,955 | A | 11/1986 | Kono et al. | |
| 4,650,680 | A | 3/1987 | Brenner et al. | |
| 4,650,730 | A | 3/1987 | Lundquist et al. | |
| 4,664,681 | A | 5/1987 | Anazawa et al. | |
| 4,698,372 | A | 10/1987 | Moss | |
| 4,707,267 | A | 11/1987 | Johnson | |
| 4,726,989 | A | 2/1988 | Mrozinski | |
| 4,731,304 | A | 3/1988 | Lundquist et al. | |
| 4,752,305 | A | 6/1988 | Johnson | |
| 4,777,073 | A | 10/1988 | Sheth | |
| 4,849,144 | A | 7/1989 | Mcloughlin | |
| 4,853,101 | A | 8/1989 | Hruska et al. | |
| 4,911,985 | A | 3/1990 | Jenkins et al. | |
| 4,923,650 | A | 5/1990 | Antoon et al. | |
| 4,940,617 | A | 7/1990 | Baurmeister | |
| 4,975,469 | A | 12/1990 | Jacoby et al. | |
| 4,994,335 | A | 2/1991 | Kamaei et al. | |
| 5,011,751 | A | 4/1991 | Yoneyama et al. | |
| 5,071,686 | A | 12/1991 | Genske et al. | |
| 5,091,272 | A | 2/1992 | Treger | |
| 5,130,342 | A | 7/1992 | McAllister et al. | |
| 5,154,988 | A | 10/1992 | Choi et al. | |
| 5,176,968 | A | 1/1993 | Blasi et al. | |
| 5,240,655 | A | 8/1993 | Troffkin et al. | |
| 5,256,351 | A | 10/1993 | Lustig et al. | |
| 5,264,171 | A | 11/1993 | Prasad et al. | |
| 5,266,391 | A | 11/1993 | Donato et al. | |
| 5,270,137 | A | 12/1993 | Kubota | |
| 5,281,491 | A | 1/1994 | Rein et al. | |
| 5,284,584 | A | 2/1994 | Huang et al. | |
| 5,336,573 | A | 8/1994 | Zuckerbrod et al. | |
| 5,427,872 | A | 6/1995 | Shen et al. | |
| 5,449,457 | A | 9/1995 | Prasad | |
| 5,460,896 | A | 10/1995 | Takada et al. | |
| 5,480,745 | A | 1/1996 | Nishiyama et al. | |
| 5,514,461 | A | 5/1996 | Meguro et al. | |
| 5,529,707 | A | 6/1996 | Kejha | |
| 5,565,281 | A | 10/1996 | Yu et al. | |
| 5,620,807 | A | 4/1997 | Mussell et al. | |
| 5,631,103 | A * | 5/1997 | Eschbach et al. | 429/190 |
| 5,635,262 | A | 6/1997 | Best et al. | |
| 5,654,114 | A * | 8/1997 | Kubota et al. | 429/218 |
| 5,667,911 | A | 9/1997 | Yu et al. | |
| 5,681,357 | A | 10/1997 | Eschbach et al. | |
| 5,691,047 | A | 11/1997 | Kurauchi et al. | |
| 5,691,077 | A | 11/1997 | Yu | |
| 5,705,084 | A | 1/1998 | Kejha | |
| 5,731,074 | A | 3/1998 | Nishiyama et al. | |
| 5,741,608 | A | 4/1998 | Kojima et al. | |
| 5,776,637 | A | 7/1998 | Kashio et al. | |
| 5,824,430 | A | 10/1998 | Higuchi et al. | |
| 5,824,434 | A | 10/1998 | Kawakami et al. | |
| 5,849,433 | A * | 12/1998 | Venugopal et al. | 429/190 |
| 5,853,916 | A | 12/1998 | Venugopal et al. | |
| 5,910,225 | A | 6/1999 | Mcamish et al. | |
| 5,922,492 | A | 7/1999 | Takita et al. | |
| 5,938,874 | A | 8/1999 | Palomo et al. | |
| 5,952,120 | A | 9/1999 | Yu et al. | |
| 5,981,107 | A | 11/1999 | Hamano et al. | |
| 6,057,060 | A | 5/2000 | Yu | |
| 6,057,061 | A | 5/2000 | Callahan et al. | |
| 6,080,507 | A | 6/2000 | Yu | |
| 6,096,101 | A | 8/2000 | Liu et al. | |
| 6,096,213 | A | 8/2000 | Radovanovic et al. | |
| 6,132,654 | A | 10/2000 | Yu | |
| 6,168,648 | B1 | 1/2001 | Ootani et al. | |
| 6,180,280 | B1 | 1/2001 | Spotnitz | |
| 6,200,703 | B1 | 3/2001 | Kashio et al. | |
| 6,235,430 | B1 | 5/2001 | Hoshina et al. | |
| 6,242,135 | B1 * | 6/2001 | Mushiake | 429/304 |
| 6,248,476 | B1 | 6/2001 | Sun et al. | |
| 6,251,540 | B1 | 6/2001 | Kejha | |
| 6,287,720 | B1 | 9/2001 | Yamashita et al. | |
| 6,299,778 | B1 | 10/2001 | Penth et al. | |
| 6,309,545 | B1 | 10/2001 | Penth et al. | |
| 6,346,350 | B1 | 2/2002 | Call et al. | |
| 6,348,286 | B1 | 2/2002 | Tanaka et al. | |
| 6,368,742 | B2 | 4/2002 | Fisher et al. | |
| 6,383,386 | B1 | 5/2002 | Hying et al. | |
| 6,420,070 | B1 | 7/2002 | Kasamatsu et al. | |
| 6,423,445 | B1 | 7/2002 | Kato et al. | |
| 6,447,958 | B1 | 9/2002 | Shinohara et al. | |
| 6,475,666 | B1 | 11/2002 | Takeuchi | |
| 6,506,524 | B1 | 1/2003 | Mcmillan et al. | |
| 6,509,118 | B1 | 1/2003 | Pavlov et al. | |
| 6,511,774 | B1 | 1/2003 | Tsukuda et al. | |
| 6,537,334 | B1 | 3/2003 | Dupasquier et al. | |
| 6,602,593 | B1 | 8/2003 | Callahan et al. | |
| 6,620,320 | B1 | 9/2003 | Hying et al. | |
| 6,627,346 | B1 | 9/2003 | Kinouchi et al. | |
| 6,632,561 | B1 | 10/2003 | Bauer et al. | |
| 6,664,007 | B2 | 12/2003 | Hamano et al. | |
| 6,679,925 | B1 | 1/2004 | Tanizaki et al. | |
| 6,713,217 | B2 | 3/2004 | Oura et al. | |
| 6,749,961 | B1 | 6/2004 | Nguyen et al. | |
| 7,112,389 | B1 | 9/2006 | Arora et al. | |
| 7,323,274 | B1 | 1/2008 | Samii et al. | |
| 2001/0000485 | A1 | 4/2001 | Ying et al. | |
| 2001/0008734 | A1 | 7/2001 | Dupasquier et al. | |
| 2001/0021421 | A1 | 9/2001 | Witham et al. | |
| 2002/0102455 | A1 | 8/2002 | Daroux | |
| 2002/0110732 | A1 | 8/2002 | Coustier et al. | |
| 2002/0136945 | A1 | 9/2002 | Call et al. | |
| 2002/0166802 | A1 | 11/2002 | Jung et al. | |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 259128 | A2 | 3/1988 | |
| EP | 262179 | A1 | 4/1988 | |
| EP | 352802 | A2 | 1/1990 | |
| EP | 259128 | B1 | 1/1992 | |
| EP | 0651455 | A1 | 5/1995 | |
| EP | 0730316 | A1 | 9/1996 | |
| EP | 872900 | A2 | 10/1998 | |
| EP | 951080 | B1 | 10/1999 | |
| EP | 19914272 | * | 10/1999 | H01M 2/14 |
| EP | 1416552 | A2 | 5/2004 | |
| FR | 1544807 | A | 11/1968 | |
| GB | 2005289 | A | 4/1979 | |
| GB | 298817 | A | 9/1996 | |
| JP | 08-287897 | A2 | 11/1986 | |
| JP | 02020531 | A | 1/1990 | |
| JP | 282457 | A | 3/1990 | |
| JP | 05-190208 | A1 | 7/1993 | |
| JP | 05211059 | A | 8/1993 | |
| JP | 06163023 | A | 6/1994 | |
| JP | 06196199 | A | 7/1994 | |
| JP | 06-325747 | A1 | 11/1994 | |
| JP | 07053748 | | 2/1995 | |
| JP | 7173323 | A | 7/1995 | |
| JP | 07220759 | A | 8/1995 | |
| JP | 7220761 | | 8/1995 | |
| JP | 08138644 | A | 5/1996 | |
| JP | 08250097 | A | 9/1996 | |
| JP | 8250127 | A | 9/1996 | |
| JP | 08323910 | | 12/1996 | |
| JP | 09082312 | A | 3/1997 | |

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 2642206 | B2 | 8/1997 | |
| JP | 09255808 | | 9/1997 | |
| JP | 09283117 | A | 10/1997 | |
| JP | 09-289040 | A1 | 11/1997 | |
| JP | 09-306543 | A1 | 11/1997 | |
| JP | 09293518 | | 11/1997 | |
| JP | 10006453 | A | 1/1998 | |
| JP | 10007831 | | 1/1998 | |
| JP | 10017694 | A | 1/1998 | |
| JP | 10-261437 | A2 | 8/1998 | |
| JP | 10-284039 | A1 | 10/1998 | |
| JP | 11003709 | A | 1/1999 | |
| JP | 11-060790 | A1 | 3/1999 | |
| JP | 11-67273 | A1 | 3/1999 | |
| JP | 11-080395 | A | 3/1999 | |
| JP | 11-086628 | A1 | 3/1999 | |
| JP | 11102686 | | 4/1999 | |
| JP | 11-213982 | A1 | 5/1999 | |
| JP | 11250937 | A | 9/1999 | |
| JP | 11-283674 | A1 | 10/1999 | |
| JP | 11273726 | A | 10/1999 | |
| JP | 11-329395 | A1 | 11/1999 | |
| JP | 2000030686 | A | 1/2000 | |
| JP | 2002240215 | | 8/2002 | |
| JP | 2002334689 | | 11/2002 | |
| JP | 200439649 | | 2/2004 | |
| JP | 2004156975 | | 6/2004 | |
| JP | 2004288614 | | 10/2004 | |
| KR | 100745586 | B1 | 7/2007 | |
| TW | 460505 | B | 10/2001 | |
| WO | 94/20995 | A3 | 9/1994 | |
| WO | 9720885 | A1 | 6/1997 | |
| WO | 98/59387 | A2 | 12/1998 | |
| WO | WO 98/59387 | * | 12/1998 | ............ H01M 10/40 |
| WO | 9916138 | A1 | 4/1999 | |
| WO | 99/33125 | A1 | 7/1999 | |
| WO | 9944245 | | 9/1999 | |

OTHER PUBLICATIONS

Abraham, et al., Characterization of Ether Electrolytes for Rechargeable Lithium Cells, 1982, Journal of the Electrochemical Society, vol. 129, 6 Pages.
Abraham, et al., Inorganic-Organic Composite Solid Polymer Electrolytes, 2000, Journal of the Electrochemical Society, vol. 147, 6 pages.
Abraham, et al., Polymer Electrolytes Reinforced by Celgard Membranes, Mar. 3, 1995, J. Electrochem. Soc., vol. 142, 5 Pages.
Abraham, et al., Rechargeability of the Ambient Temperature Cell Li/2Me-THF, LiAsF6/Cr0.5V0.5S2, 1983, Journal of the Electrochemical Society, vol. 130, 6 pages.
Claim Chart comparing Claims 1 and 3-6 of the '586 patent to the Disclosure of Kojima, Submitted by Sumitomo in IPR 2013-00637, 2 Pages.
Claim Chart comparing Claims 1-3, 5-6 and 11 of the '586 patent to the Disclosure of Shinohara, Submitted by Sumitomo in IPR 2013-00637, 2 Pages.
Claim Chart comparing Claims 1-6 and 11 of the '586 patent to the Disclosure of JP '395, Submitted by Sumitomo in IPR 2013-00637, 3 Pages.
Claim Chart comparing Claims 1-6 and 11 of the '586 patent to the Disclosure of Lundquist, Submitted by Sumitomo in IPR 2013-00637, 3 Pages.
File History for EP Application No. 01106513.3, Submitted by Sumitomo in IPR 2013-00637, 92 Pages.
Geiger, et al., Advanced Separators for Lithium Batteries, 1994, 13 pages.
Petition for Inter Partes Review of U.S. Pat. No. 6,432,586, Submitted by Sumitomo in IPR2013-00637, Sep. 30, 2013, 64 pages.
Allock, et al., Contemporary Polymer Chemistry, 1981, 5 Pages.
American National Standards Institute, Inc., American National Standard for Portable Rechargeable Cells and Batteries, 1999, 48 Pages.
Besenhard, et al., Excerpts from the Handbook of Battery Materials, 14 pages.
Choe, et al., Characterization of Some Polyacrylonitrile-Based Electrolytes, 1997, Chem. Mater., vol. 9, 11 Pages.
Patent Owner's Motion for Observation on Cross-Examination of Dr. Abraham, Submitted by Celgard, LLC in IPR2014-00524, Jun. 1, 2015, 6 pages.
Declaration of C. Glen Wensley, Ph.D. Submitted by Celgard, LLC in IPR2014-00524, 13 Pages.
Declaration of Kuzhikalail M. Abraham, Ph.D. ISO Petitioner's Reply, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 20 Pages.
Declaration of Kuzhikalail M. Abraham, Ph.D., Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 55 Pages.
Declaration of Premanand Ramadass, Submitted by Celgard, LLC in IPR2014-00524, 23 Pages.
Declaration of Premanand Ramadass, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 26 Pages.
Declaration of Ralph E. White, Ph.D., P.E. ISO Preliminary Injunction, Submitted by Celgard, LLC in IPR2014-00692, 229 Pages.
Declaration of Ralph E. White, Ph.D., P.E., Submitted by Celgard, LLC in IPR2014-00524, 70 Pages.
Declaration of William J. Paulus, Submitted by Celgard, LLC in IPR2014-00524, 10 Pages.
Dias, et al., Trends in Polymer Electrolytes for Secondary Lithium Batteries, 2000, Journal of Power Sources, vol. 88, 23 Pages.
Doyle, et al., Modeling of Galvanostatic Charge and Discharge of the Lithium/Polymer /Insertion Cell, 1993, J. Electrochem. Soc., vol. 140, 8 Pages.
Excerpts from Jan. 29, 2015 Deposition of Kuzhikalail M. Abraham, Ph.D., Submitted by Celgard, LLC in IPR2014-00524, 43 Pages.
Excerpts from May 20, 2015 Deposition of Kuzhikalail M. Abraham, Ph.D., Submitted by Celgard, LLC in IPR2014-00524, 61 Pages.
File History for EP 1105613, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 92 Pages.
File History for JP 2001-110899 (partial trans), Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 24 Pages.
File History for JP 2001-110899, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 106 Pages.
File History for KR 10-2001-0017994 (partial trans), Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 18 Pages.
File History for KR 10-2001-0017994, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 92 Pages.
File History for KR 10-2008-0119658 (partial trans), Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 14 Pages.
File History for KR 10-2008-0119658, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 99 Pages.
File History for KR 10-2010-0025257 (partial trans), Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 6 Pages.
File History for KR 10-2010-0025257, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, 47 Pages.
Institution Decision, Submitted by Patent Trial and Appeal Board in IPR2014-00524, Sep. 29, 2014, 27 pages.
Jiang, et al., Studies of Some Poly (vinylidene fluoride) Electrolytes, 1997, Electrochimica Acta, vol. 42, 11 Pages.
McGraw-Hill, Encyclopedia of Science, 1997, 8th Edition, 15 pages.
Motion to Submit Supplemental Evidence, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, Oct. 29, 2014, 6 pages.
Motion to Submit Supplemental Information, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, Nov. 10, 2014, 15 pages.
Newman, Excerpts from Electrochemical Systems, 1991, 2nd Edition, 3 pages.
Opposition to Celgard's Motion for Observation on Cross Examination, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, Jun. 8, 2015, 5 pages.

(56) **References Cited**

OTHER PUBLICATIONS

Patent Owner's Opposition to Petitioner's Motion to Submit Supplemental Information, Submitted by Celgard, LLC in IPR2014-00524, Nov. 17, 2014, 16 pages.
Patent Owner's Response, Submitted by Celgard, LLC in IPR2014-00524, Feb. 6, 2015, 39 pages.
Petitioner's Reply in IPR2014-00692, Submitted by Celgard, LLC in IPR2015-01511, 35 pages.
Declaration of Kuzhikalail M. Abraham, Ph.D., Submitted by Sumitomo in IPR 2013-00637, 32 Pages.
Periasamy, et al., Studies on PVdF-Based Gel Polymer Electrolytes, 2000, Journal of Power Sources, vol. 88, 5 pages.
Petition for Inter Partes Review of U.S. Pat. No. 6,432,586, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, Mar. 20, 2014, 64 pages.
Petitioner's Reply in IPR2014-00679, Submitted by Celgard, LLC in IPR2015-01511, 31 pages.
Petitioner's Reply to Patent Owner Response, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, May 4, 2015, 28 pages.
Petitioner's Request for Rehearing, Submitted by Mitsubishi Plastics, Inc. in IPR2014-00524, Oct. 14, 2014, 20 pages.
Petition for Inter Partes Review of U.S. Pat. No. 6,432,586, Submitted by Ube Maxell Co., Ltd. in IPR2015-01511, Jun. 25, 2015, 70 pages.
Preliminary Response, Submitted by Celgard, LLC in IPR2014-00524, Jul. 2, 2014, 35 pages.
Song, et al., Review of Gel-Type Polymer Electrolytes for Lithium-Ion Batteries, 1999, Journal of Power Sources, vol. 77, 15 pages.
Besenhard, et al., Excerpts from the Handbook of Battery Materials, 1999, 1st Edition, 11 pages.
Besenhard, et al., Excerpts from the Handbook of Battery Materials, 4 pages, 1999.
Declaration of C. Glen Wensley, Ph.D. Submitted by Celgard, LLC in IPR2014-00679, 23 Pages.
Declaration of Craig B. Arnold, Submitted by SK Innovation Co., Ltd. in IPR2014-00679, 64 Pages.
Crowther, et al., Effect of Electrolyte Composition on Lithium Dendrite Growth, 2008, Journal of the Electrochemical Society, vol. 155, 6 Pages.
Declaration of Ralph E. White, Ph.D., P.E., Submitted by Celgard, LLC in IPR2014-00679, 88 Pages.
Merriam-Webster, Membrane and Micropore Definitions, Sep. 23, 2013, http://www.merriam-webster.com/dictionary/membrane, http://www.merriam-webster.com/dictionary/microporous, 6 Pages.
Declaration of William J. Paulus, Submitted by Celgard, LLC in IPR2014-00679, 10 Pages.
Excerpts from Apr. 17, 2015 Deposition of Ralph E. White, Ph.D., P.E., Submitted by SK Innovation Co., Ltd. in IPR2014-00679, 189 Pages.
Excerpts from Jan. 28, 2015 Deposition of Craig B. Arnold, Submitted by Celgard, LLC in IPR2014-00679, 71 Pages.
Final Decision, Submitted by Patent Trial and Appeal Board in IPR2014-00679, Sep. 25, 2015, 57 pages.
Institution Decision, Submitted by Patent Trial and Appeal Board in IPR2014-00679, Sep. 29, 2014, 26 pages.
Lewis, et al., Excerpts from Hawley Condensed Chemical Dictionary, 1997, 13th Edition, 6 pages.
Linden, et al., Excerpts from the Handbook of Batteries, 1995, 2nd Edition, 11 pages.
McGraw-Hill, Dictionary of Scientific and Technical Terms, 1994, 5th Edition, 3 Pages.
Merriam-Webster, Incorporated, Merriam-Webster's Collegiate Dictionary, 2000, 10th Edition, 4 Pages.
Patent Owner's Preliminary Response, Submitted by Celgard, LLC. in IPR2014-00679, May 9, 2014, 38 pages.
Yasuda Seiki Seisakusho Ltd., No. 323-Auto Automatic Gurley Type Densometer, Apr. 20, 2004, http:/WMN.yasuda-seiki.eo.jp/e/products/323-AUTO.hlrrl, 1 Page.
Petition for Inter Partes Review of U.S. Pat. No. 6,432,586, Submitted by SK Innovation Co., Ltd. in IPR2014-00679, May 9, 2014, 69 pages.
Tappi, Air resistance of Paper (Gurley Method), Test Method TAPPI/ANSI T 460 om-11, 2014, 1 Page.
Merriam-Webster, Storage Battery, Aug. 17, 2014, http://www.merriam-mbster.com'dictionary/storage%20battery, 2 Pages.
Wikipedia, Poly(ethylene glycol) diacrylate, http:/twww.sigmaaldrich.com/catalog/producValdrich/455008?1ang=en&region=US, Jun. 18, 2015, 3 Pages.
Wikipedia, Aluminium oxide, https://en.wikipedia.org/wiki/Aiuminium_oxide, Jun. 17, 2015, 9 Pages.
Ceramtac, Oxide Ceramics—Aluminum Oxide (AI203), https:/lwww.ceramtec.com/ceramic-materials/aluminum-oxide/, 5 Pages.
Random House Webster's College Dictionary, 2000, 2nd Edition, 4 pages.
Love, et al., Diagnostic Tools for Lithium-ion Battery State-of-Health Monitoring, U.S. Naval Research Laboratory, Code 6113, Alternative Energy Section, 28 Pages.
Standard Test Method for Resistance of Nonporous Paper to Passage of Air, 1999, 3 pages.
Yamaki, et al., A Consideration of the Morphology of Electrochemically Deposited Lithium in an Organic Electrolyte, 2000, Journal of Power Sources, vol. 74, 9 pages.
Declaration of Craig B. Arnold, Submitted by SK Innovation Co., Ltd. In IPR2014-00680, 77 Pages.
Love, et al., Thermomechanical analysis and durability of commercial micro-porous polymer Li-ion battery separators, 2011, Journal of Power Sources, vol. 196, 8 pages.
Chaturvedi, et al., Algorithms for Advanced Battery-Management Systems, Digital Object Identifier, Jun. 2010, IEEE Control Systems Magazine, 21 Pages.
Brian, Marshall, How Lithium-ion Batteries Work, Jun. 17, 2015, HowStuffWorks, http://electronics.howstuffworks.com/everydaytech/lithiumionbattery.htm, 5 pages.
Declaration of Ralph E. White, Ph.D., P.E., Submitted by Celgard, LLC in IPR2014-00680, 67 Pages.
Declaration of William J. Paulus, Submitted by Celgard, LLC in IPR2014-00680, 10 Pages.
Excerpts from Apr. 17, 2015 Deposition of Ralph E. White, Ph.D., P.E., Submitted by SK Innovation Co., Ltd., in IPR2014-00680, 67 Pages.
Excerpts from Jan. 28, 2015 Deposition of Craig B. Arnold, Submitted by Celgard, LLC in IPR2014-00680, 114 Pages.
Final Decision, Submitted by Patent Trial and Appeal Board in IPR2014-00680, Sep. 25, 2015, 33 pages.
Institution Decision, Submitted by Patent Trial and Appeal Board in IPR2014-00680, Sep. 29, 2014, 25 pages.
Patent Owner's Preliminary Response, Submitted by Celgard, LLC in IPR2014-00680, Aug. 19, 2014, 38 pages.
Patent Owner's Response, Submitted by Celgard, LLC in IPR2014-00680, Feb. 6, 2015, 40 pages.
Love, et al., Observation of Lithium Dendrites at Ambient Temperature and Below, 2015, ECS Electrochemistry Letters, vol. 4, 5 Pages.
Petition for Inter Partes Review of U.S. Pat. No. 6,432,586, Submitted by SK Innovation Co., Ltd. in IPR2014-00680, May 9, 2014, 70 pages.
U.S. Naval Research Laboratory, Mechanical Coupling: Dendrite vs. Separator, APG-CWG Safety Panel Meeting, 3 Pages.
Battery University, Is Lithium-ion the Ideal Battery?, 18 pages.
Besenhard, et al., Excerpts from the Handbook of Battery Materials, 27 pages.
Besenhard, et al., Excerpts from the Handbook of Battery Materials, 15 pages.
Celgards Brief in Opp to Motion to Stay Preliminary Injuction, Submitted by LG Chem, Ltd. in IPR2014-00692, 14 Pages.
Corrected Petition for Inter Partes Review of U.S. Pat. No. 6,432,586, Submitted by LG Chem, Ltd. In IPR2014-00692, Apr. 25, 2014, 65 pages.
Patent Owner's Preliminary Response, Submitted by Celgard, LLC in IPR2015-01511, Oct. 9, 2015, 44 pages.

(56) **References Cited**

OTHER PUBLICATIONS

Declaration of Jongmoon Chin, Submitted by LG Chem, Ltd. in IPR2014-00692, 3 Pages.
Declaration of Kuzhikalail Abraham, Ph.D. in Support of Petitioner's Reply Submitted by Celgard, LLC in IPR2014-00692, 20 Pages.
Declaration of Kuzhikalail M. Abraham, Ph.D., Submitted by LG Chem, Ltd. in IPR2014-00692, 60 pages.
Zhang, Sheng Shui, A review on the separators of liquid electrolyte Li-ion batteries, 2007, Journal of Power Sources, vol. 164, 14 pages.
Patent Owner Response in IPR2014-00692, Submitted by Celgard, LLC in IPR2015-01511, 67 pages.
Declaration of Ralph E. White, Ph.D., P.E. ISO Preliminary Injunction, Submitted by LG Chem, Ltd. in IPR2014-00692, 14 Pages.
Love, Materials from IAPG-CWG Safety Panel Meeting, 3 Pages.
Declaration of Ralph E. White, Ph.D., P.E., Submitted by Celgard, LLC in IPR2014-00692, 96 Pages.
Declaration of Thomas Vander Veen, Ph.D., Submitted by LG Chem, Ltd. in IPR2014-00692, 21 Pages.
Declaration of William J. Paulus, Submitted by Celgard, LLC in IPR2014-00692, 17 Pages.
Declaration of William J. Paulus, Submitted by Celgard, LLC in IPR2014-00692, 10 Pages.
Depo Transcript in *SK Innovation* v *Celgard* IPR2014-00680, Submitted by LG Chem, Ltd. in IPR2014-00692, 189 pages.
Excerpt from Defendants Memo of Law (ECF 136), Submitted by Celgard, LLC in IPR2014-00692, 1 Page.
Excerpts from Apr. 23, 2015 Deposition of Ralph E. White, Ph.D., P.E., Submitted by LG Chem, Ltd. in IPR2014-00692, 59 pages.
Excerpts from Jan. 29, 2015 Deposition of Kuzhikalail M. Abraham, Ph.D., Submitted by Celgard, LLC in IPR2014-00692, 43 Pages.
Final Decision, Submitted by Patent Trial and Appeal Board in IPR2014-00692, Oct. 5, 2015, 52 pages.
Institution Decision, Submitted by Patent Trial and Appeal Board in IPR2014-00692, Oct. 8, 2014, 32 pages.
List of Materials Considered by Thomas Vander Veen, Ph.D., Submitted by LG Chem, Ltd. in IPR2014-00692, 1 Page.
Declaration by Dr. Michael G. Pecht, Submitted by Ube Maxell Co., Ltd., in IPR2015-01511, 168 pages.
Patent Owner's Preliminary Response, Submitted by Celgard, LLC in IPR2014-00692, Aug. 1, 2014, 58 pages.
Patent Owner's Response, Submitted by Celgard, LLC in IPR2014-00692, Feb. 6, 2015, 66 pages.
Patent Owner's Motion for Observation on Cross-Examination of Dr. Kuzhikalail Abraham, Submitted by Celgard, LLC in IPR2014-00692, Jun. 5, 2015, 16 pages.
Patent Owner's Motion for Observation on Cross-Examination of Dr. Thomas Vander Veen, Submitted by Celgard, LLC in IPR2014-00692, Jun. 5, 2015, 15 pages.
Patent Owner's Motion for Observation on Cross-Examination of Jongmoon Chin, Submitted by Celgard, LLC in IPR2014-00692, Jun. 5, 2015, 10 pages.
Decision Denying Institution, Submitted by Patent Trial and Appeal Board in IPR2015-01511, Jan. 7, 2016, 17 pages.
Petition for Inter Partes Review of U.S. Pat. No. 6,432,586, Submitted by LG Chem, Ltd. in IPR2014-00692, Apr. 25, 2014, 66 pages.
Petitioner's Response to Patent Owner's Observations of Testimony of Dr. Abraham, Submitted by LG Chem, Ltd. in IPR2014-00692, Jun. 10, 2015, 19 pages.
Petitioner's Response to Patent Owner's Observations on Testimony of Chin, Submitted by LG Chem, Ltd. in IPR2014-00692, Jun. 10, 2015, 14 pages.
Petitioner's Response to Patent Owner's Observations on Testimony of Dr. Vander Veen, Submitted by LG Chem, Ltd. in IPR2014-00692, Jun. 10, 2015, 17 pages.
Redacted Public Version of Excerpt from Defendants (ECF 136), Submitted by Celgard, LLC in 1PR2014-00692, 1 Page.
Supplemental Declaration of Kuzhikalail M. Abraham, Ph.D., Submitted by LG Chem, Ltd. in IPR2014-00692, 18 pages.
Venugopal, et al., Characterization of Microporous Separators for Lithium-Ion Batteries, 1999, Journal of Power Sources, vol. 77, 8 pages.
Arora, et al., Battery Separators, Submitted by Ube Maxell Co., Ltd. in IPR2015-01511, 2004, 44 pages.
Corrected Petition for Inter Partes Review of U.S. Pat. No. 6,432,586, Submitted by Ube Maxell Co., Ltd. in IPR2015-01511, Jun. 25, 2015, 70 pages.
Sigma-Aldrich, Lithium Hexafluorophosphate Solution in DMC, http://www.sigmaaldrich.com/catalog/producValdrich/746754?1ang=en&region=US.
Sigma-Aldrich, Lithium Hexafluorophosphate Solution in ECDMC, http://www.sigmaaldrich.com/catalog/producValdrich/7 46711 ?lang=en&region= US.
Sigma-Aldrich, Lithium Hexafluorophosphate Solution in ECEMC, http://www.sigmaaldrich.com/catalog/producValdrichl746738?1ang=en&region=US.
Sigma-Aldrich, Lithium Hexafluorophosphate Solution in EMC, http://www.sigmaaldrich.com/catalog/producValdrichf746762?1ang=en&region=US.
Sigma-Aldrich, Lithium Hexafluorophosphate Solution in PC, http://www.sigmaaldrich.com/catalog/producValdrich/746789?1ang=en&region=US.
Corrected Principal Brief of Appellant Celgard, LLC ,2016.
Brief for Intervenor—Director of the United States Patent and Trademark Office , 2016.
Reply Brief for Appellant Celgard, LLC, 2016.
(Corrected) Notice of Entry of Judgment without Opinion , 2016.
Appellant Celgard, LLC's Combined Petition for Panel Rehearing and Rehearing En Banc, 2017.
On Petition for Panel Rehearing and Rehearing En Banc Order,2017.
Application for a 30-Day Extension of Time to File Petition for a Writ of Certiorari , 2017.
Petition for a Writ of Certiorari, Submitted by Petitioner Celgard, LLC, 115 pages.
Supplemental Appendix, Submitted by Petitioner Celgard, LLC, 8 pages.
Brief for the Respondent, 12 pages.
Reply Brief for Petitioner, 12 pages.
Giridhar et al, "A Review on Lithium-Ion Polymer Electrolyte Batteries," Bulletin of Electrochemistry, CECRI, (vol. 14), (p. 414-418), (1999).
Prosini et al., "A Novel Intrinsically Porous Separator for Self-Standing Lithium-Ion Batteries;" Pergamon, Electrochimica Acta, (vol. 48), (p. 227-233), (2002).
Kim et al., "Liquid-Liquid Phase Sepraration in Polysulfone/Solvent/Water Systems," Journal of Applied Polymer Science, John Wiley & Sons, Inc., (vol. 65), (p. 2643-2653), (1997).
Vogrin et al., "The Wet Phase Separation: The Effect of Cast Solution Thickness on the Appearance of Macrovoids in the Membrane Forming Ternary Cellulose Acetate/Acetone/Water System," Journal of Membrane Science, Elsevier Science B.V., (vol. 207), (p. 139-141), (2002).
Cheng et al., "PVDF Membrane Formation by Diffusion-Induced Phase Separation-Morphology Prediction Based on Phase Behavior and Mass Transfer Modeling," Journal of Polymer Science, John Wiley & Sons, Inc., (vol. 37), (p. 2079-2092), (1999).
Cheng, "Effect of Temperature on the Formation of Microporous PVDF Membranes by Precipitation from 1-Octanol/DMF/PVDF and Water/DMF/PVDF Systems," Macromolecules, American Chemical Society, (vol. 32), (p. 6668-6674), (1999).
Zhang, "Advanced Gel Polymer Electrolyte for Lithium-Ion Polymer Batteries," Graduate Theses and Dissertations, Paper 13515, Digital Repository @ Iowa State University, (2013).
Young et al., "Mechanisms of PVDF Membrane Formation by Immersion-Precipitation in Soft (1-Octanol) and Harsh (Water) Nonsolvents," Polymer, Elsevier Science Ltd., (vol. 40), (p. 5315-5323), (1999).

(56) **References Cited**

OTHER PUBLICATIONS

Matsuyama et al., "Preparation of Porous Membrane by Combined Use of Thermally Induced Phase Separation and Immersion Precipitation," Polymer, Elsevier Science Ltd., (vol. 43), (p. 5243-5248), (2002).
Nichias, "Technical Report," (2000).
Order denying Petition for a Writ of Certiorari in *Celgard* v. *Iancu,* 9 pages, 2018.
Petition for a Writ of Certiorari, Submitted by Petitioner Celgard, LLC, 115 pages , 2017.
Supplemental Appendix, Submitted by Petitioner Celgard, LLC, 8 pages, 2017.
Brief for the Respondent, 12 pages , 2017.
Reply Brief for Petitioner, 12 pages, 2017.
Product Datasheet, "Properties of Celgard 2400 Microporous Film," Jul. 1983.
Product Datasheet, "Properties of Celgard 2400 Microporous Film," Mar. 1985.
Product Datasheet, "Properties of Celgard 2500 Microporous Film," Mar. 1985.
Grady, Eveready Battery Company, The 20th International Seminar & Exhibit on Primary & Secondary Batteries, "New Product Concepts from Energizer", Fort Lauderdale, FL, Mar. 17-20, 2003.
Proceedings of the 38th Power Sources Conference, Jun. 8-11, 1998.
Chen et al., "Structural Characterization of Celgard Microporous Membrane Precursors: Melt-Extruded Polyethylene Fims," Journal of Applied Polymer Science, vol. 53, 471-483 (1994).
Sarada et al., "Three Dimensional Structure of Celgard Microporous Membranes," Journal of Membrane Science, 15 (1983) 97-113, Elsevier Scientific Publishing Company, Amsterdam.
Wang, et al., Poly(ethylene oxide)-silica hybrid materials for lithium battery application, 1999, Elsevier Science B.V., 39(4), pp. 206-210.*

* cited by examiner




Fig. 1




Fig. 2

Amended

# SEPARATOR FOR A HIGH ENERGY RECHARGEABLE LITHIUM BATTERY

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue; a claim printed with strikethrough indicates that the claim was canceled, disclaimed, or held invalid by a prior post-patent action or proceeding.**

## FIELD OF THE INVENTION

A separator for a high energy rechargeable lithium battery and a high energy rechargeable lithium battery are disclosed herein.

## BACKGROUND OF THE INVENTION

A high energy rechargeable lithium battery has an anode with an energy capacity of at least 372 milliampere-hours/gram (mAh/g). Such anodes include, for example, lithium metal, lithium alloys (e.g. lithium aluminum), and mixtures of lithium metal or lithium alloys and materials such as carbon, nickel, and copper. Such anodes exclude anodes solely with lithium intercalation or lithium insertion compounds.

The commercial success of lithium metal or lithium alloy batteries has eluded all but primary cells due to persistent safety problems.

The difficulties associated with the use of the foregoing anodes stem mainly from lithium dendrite growth that occurs after repetitive charge-discharge cycling. (While dendrite growth is a potential problem with any lithium battery, the severity of the problem with the above-mentioned high energy anodes is much greater than with other lithium anodes (e.g. pure carbon intercalation anodes) as is well known in the art.) When lithium dendrites grow and penetrate the separator, an internal short circuit of the battery occurs (any direct contact between anode and cathode is referred to as "electronic" shorting, and contact made by dendrites is a type of electronic shorting). Some shorting (i.e., a soft short), caused by very small dendrites, may only reduce the cycling efficiency of the battery. Other shorting may result in thermal runaway of the lithium battery, a serious safety problem for lithium rechargeable battery.

The failure to control the dendrite growth from such anodes remains a problem, limiting the commercialization of cells with those anodes, particularly those cells with liquid organic electrolytes.

Accordingly, there is a need to improve high energy rechargeable lithium batteries.

## SUMMARY OF THE INVENTION

The instant invention is directed to a separator for a high energy rechargeable lithium battery and the corresponding battery. The separator includes at least one ceramic composite layer and at least one polymeric microporous layer. The ceramic composite layer includes a mixture of inorganic particles and a matrix material. The ceramic composite layer is adapted, at least, to block dendrite growth and to prevent electronic shorting. The polymeric layer is adapted, at least, to block ionic flow between the anode and the cathode in the event of thermal runaway.

## DETAILED DESCRIPTION OF THE DRAWINGS

For the purpose of illustrating the invention, there is shown in the drawings a form which is presently preferred; it being understood, however, that this invention is not limited to the precise arrangements and instrumentalities shown.



FIG. **1** is a sectional view of a lithium metal battery.

FIG. **2** is a cross-sectional view of the separator.

## DETAILED DESCRIPTION OF THE INVENTION

Referring to the figures, wherein like numerals indicate like elements, there is shown in FIG. **1** a lithium metal battery (or cell) **10**. Lithium metal cell **10** comprises a lithium metal anode **12**, a cathode **14**, and a separator **16** disposed between anode **12** and cathode **14**, all of which is packaged within a can **20**. The illustrated cell **10** is a cylindrical cell or 'jelly roll' cell, but the invention is not so limited. Other configurations, for example, prismatic cells, button cells, or polymer cells are also included. Additionally, not shown is the electrolyte. The electrolyte may be a liquid (organic or inorganic), or a gel (or polymer). The invention will be, for convenience, described with regard to a c ylindrical cell with a liquid organic electrolyte, but it is not so limited and may find use in other cell types (e.g. energy storage system, combined cell and capacitor) and configurations.

The anode **12** should have an energy capacity greater than or equal to 372 mAh/g, preferably ≥700 mAh/g, and most preferably ≥1000 mAH/g. Anode **12** may be constructed from a lithium metal foil or a lithium alloy foil (e.g. lithium aluminum alloys), or a mixture of a lithium metal and/or lithium alloy and materials such as carbon (e.g. coke, graphite), nickel, copper. The anode **12** is not made solely from intercalation compounds containing lithium or insertion compounds containing lithium.

The cathode **14** may be any cathode compatible with the anode and may include an intercalation compound, an insertion compound, or an electrochemically active polymer. Suitable intercalation materials includes, for example, $MoS_2$, $FeS_2$, $MnO_2$, $TiS_2$, $NbSe_3$, $LiCoO_2$, $LiNiO_2$, $LiMn_2O_4$, $V_6O_{13}$, $V_2O_5$, and $CuCl_2$. Suitable polymers include, for example, polyacetylene, polypyrrole, polyaniline, and polythiopene.

The electrolyte may be liquid or gel (or polymer). Typically, the electrolyte primarily consists of a salt and a medium (e.g. in a liquid electrolyte, the medium may be referred to as a solvent; in a gel electrolyte, the medium may be a polymer matrix). The salt may be a lithium salt. The lithium salt may include, for example, $LiPF_6$, $LiAsF_6$, $LiCF_3SO_3$, $LiN(CF_3SO_3)_3$, $LiBF_6$, and $LiClO_4$, BETTE electrolyte (commercially available from 3M Corp. of Minneapolis, MN) and combinations thereof. Solvents may include, for example, ethylene carbonate (EC), propylene carbonate (PC), EC/PC, 2-MeTHF(2-methyltetrahydrofuran)/EC/PC, EC/DMC (dimethyl carbonate), EC/DME (dimethyl ethane), EC/DEC (diethyl carbonate), EC/EMC (ethylmethyl carbonate), EC/EMC/DMC/DEC, EC/EMC/DMC/DEC/PE, PC/DME, and DME/PC. Polymer matrices may include, for example, PVDF (polyvinylidene fluoride), PVDF:THF (PVDF:tetrahydrofuran), PVDF:CTFE (PVDF:chlorotrifluoro ethylene) PAN (polyacrylonitrile), and PEO (polyethylene oxide).

Referring to FIG. **2**, separator **16** is shown. Separator **16** comprises a ceramic composite layer **22** and a polymeric microporous layer **24**. The ceramic composite layer is, at least, adapted for preventing electronic shorting (e.g. direct or physical contact of the anode and the cathode) and blocking dendrite growth. The polymeric microporous layer

is, at least, adapted for blocking (or shutting down) ionic conductivity (or flow) between the anode and the cathode during the event of thermal runaway. The ceramic composite layer **22** of separator **16** must be sufficiently conductive to allow ionic flow between the anode and cathode, so that current, in desired quantities, may be generated by the cell. The layers **22** and **24** should adhere well to one another, i.e. separation should not occur. The layers **22** and **24** may be formed by lamination, coextrusion, or coating processes. Ceramic composite layer **22** may be a coating or a discrete layer, either having a thickness ranging from 0.001 micron to 50 microns, preferably in the range of 0.01 micron to 25 microns. Polymeric microporous layer **24** is preferably a discrete membrane having a thickness ranging from 5 microns to 50 microns, preferably in the range of 12 microns to 25 microns. The overall thickness of separator **16** is in the range of 5 microns to 100 microns, preferably in the range of 12 microns to 50 microns.

Ceramic composite layer **22** comprises a matrix material **26** having inorganic particles **28** dispersed therethrough. Ceramic composite layer **22** is nonporous (it being understood that some pores are likely to be formed once in contact with an electrolyte, but ion conductivity of layer **22** is primarily dependent upon choice of the matrix material **26** and particles **28**). The matrix material **26** of layer **22** differs from the foregoing polymer matrix (i.e., that discussed above in regard to the medium of the electrolyte) in, at least, function. Namely, matrix material **26** is that component of a separator which, in part, prevents electronic shorting by preventing dendrite growth; whereas, the polymer matrix is limited to the medium that carries the dissociated salt by which current is conducted within the cell. The matrix material **26** may, in addition, also perform the same function as the foregoing polymer matrix (e.g. carry the electrolyte salt). The matrix material **26** comprises about 5-80% by weight of the ceramic composite layer **22**, and the inorganic particles **28** form approximately 20-95% by weight of the layer **22**. Preferably, composite layer **22** contains inorganic particles 30%-75% by weight. Most preferably, composite layer **22** contains inorganic particles 40%-60% by weight.

The matrix material **26** may be ionically conductive or non-conductive, so any gel forming polymer suggested for use in lithium polymer batteries or in solid electrolyte batteries may be used. The matrix material **26** may be selected from, for example, polyethylene oxide (PEO), polyvinylidene fluoride (PVDF), polytetrafluoroethylene (PTFE), polyurethane, polyacrylonitrile (PAN), polymethylmethacrylate (PMMA), polytetraethylene glycol diacrylate, copolymers thereof, and mixtures thereof. The preferred matrix material is PVDF and/or PEO and their copolymers. The PVDF copolymers include PVDF:HFP (polyvinylidene fluoride:hexafluoropropylene) and PVDF:CTFE (polyvinylidene fluoride:chlorotrifluoroethylene). Most preferred matrix materials include PVDF:CTFE with less than 23% by weight CTFE, PVDH:HFP with less than 28% by weight HFP, any type of PEO, and mixtures thereof.

The inorganic particles **28** are normally considered non-conductive, however, these particles, when in contact with the electrolyte, appear, the inventor, however, does not wish to be bound hereto, to develop a superconductive surface which improves the conductivity (reduces resistance) of the separator **16**. The inorganic particles **28** may be selected from, for example, silicon dioxide ($SiO_2$), aluminum oxide ($Al_2O_3$), calcium carbonate ($CaCO_3$), titanium dioxide ($TiO_2$), $SiS_2$, $SiPO_4$ and the like, or mixtures thereof. The preferred inorganic particle is $SiO_2$, $Al_2O_3$, and $CaCO_3$. The



particles may have an average particle size in the range of 0.001 micron to 25 microns, most preferably in the range of 0.01 micron to 2 microns.

The microporous polymeric layer **24** consists of any commercially available microporous membranes (e.g. single ply or multi-ply), for example, those products produced by Celgard Inc. of Charlotte, North Carolina, Asahi Chemical of Tokyo, Japan, and Tonen of Tokyo, Japan. The layer **24** has a porosity in the range of 20-80%, preferably in the range of 28-60%. The layer **24** has an average pore size in the range of 0.02 to 2 microns, preferably in the range of 0.08 to 0.5 micron. The layer **24** has a Gurley Number in the range of 15 to 150 sec, preferably 30 to 80 sec. (Gurley Number refers to the time it takes for 10 cc of air at 12.2 inches of water to pass through one square inch of membrane.) The layer **24** is preferably polyolefinic. Preferred polyolefins include polyethylene and polypropylene. Polyethylene is most preferred.

The foregoing separator, while primarily designed for use in high energy rechargeable lithium batteries, may be used in other battery systems in which dendrite growth may be a problem.

The foregoing shall be further illustrated with regard to the following non-limiting examples.

## EXAMPLES

Sixty (60) parts of fine particle calcium carbonate, 40 parts of PVDF:HFP (Kynar 2801), are dissolved in 100 parts of acetone at 35° C. for 3 hours under high shear mixing. The solution is cast into a 15 micron film. After vaporization of the actone at room temperature, the composite film was thermally laminated with 2 layers (8 microns) of Celgard 2801 membrane. The resulting composite shutdown separator has a structure of PE/composite/PE and a thickness of 30 microns.

Thirty (30) parts of silicon dioxide, 30 parts of calcium carbonate, 40 parts of PVDF:HFP (Kynar 2801) are dissolved in 100 parts of acetone at 35° C. for 3 hours under high shear mixing. This solution was cast or coated onto a 23 micron layer of a polyethylene microporous layer made by Celgard Inc. After vaporization of the acetone at room temperature, the polyethylene/composite membrane had a thickness of 38 microns.

The present invention may be embodied in other specific forms without departing from the spirit or essential attributes thereof and, accordingly, reference should be made to the appended claims, rather than to the foregoing specification, as indicating the scope of the invention.

What is claimed is:

**[**1. A separator for a high energy rechargeable lithium battery comprises:

at least one ceramic composite layer, said layer including a mixture of inorganic particles in a matrix material; said layer being adapted to at least block dendrite growth and to prevent electronic shorting; and

at least one polyolefinic microporous layer, said layer being adapted to block ionic flow between an anode and a cathode.**]**

**[**2. The separator according to claim **1** wherein said mixture comprises between 20% to 95% by weight of said inorganic particles and between 5% to 80% by weight of said matrix material.**]**

**[**3. The separator according to claim **1** wherein said inorganic particles are selected from the group consisting of $SiO_2$, $Al_2O_3$, $CaCO_3$, $TiO_2$, $SiS_2$, $SiPO_4$, and mixtures thereof.**]**

[**4**. The separator according to claim **1** wherein said matrix material is selected from the group consisting of polyethylene oxide, polyvinylidene fluoride, polytetrafluoroethylene, polyurethane, polyacrylonitrile, polymethylmethacrulate, polytetraethylene glycol diacrylate, copolymers thereof, and mixtures thereof.]

[**5**. The separator according to claim **1** wherein said polyolefinic microporous layer is a polyolefinic membrane.]

[**6**. The separator according to claim **5** wherein said polyolefinic membrane is a polyethylene membrane.]

[**7**. A separator for a high energy rechargeable lithium battery comprises:

at least one ceramic composite layer or coating, said layer including a mixture of 20-95% by weight of inorganic particles selected from the group consisting of $SiO_2$, $Al_2O_3$, $CaCO_3$, $TiO_2$, $SiS_2$, $SiPO_4$, and mixtures thereof, and 5-80% by weight of a matrix material selected from the group consisting of polyethylene oxide, polyvinylidene fluoride, polytetrafluoroethylene, copolymers of the foregoing, and mixtures thereof; and

at least one polyolefinic microporous layer having a porosity in the range of 20-80%, an average pore size in the range of 0.02 to 2 microns, and a Gurley Number in the range of 15 to 150 sec.]

[**8**. The separator according to claim **7** wherein said inorganic particles have an average particle size in the range of 0.001 to 24 microns.]

[**9**. The separator according to claim **7** wherein said inorganix particles are selected from the group consisting of $SiO_2$, $Al_2O_3$, $CaCO_3$, and mixtures thereof.]

[**10**. The separator according to claim **7** wherein said matrix material is selected from the group consisting of polyvinylidene fluoride and/or polyethylene oxide, their copolymers, and mixtures thereof.]

[**11**. A high energy rechargeable lithium battery comprising:

an anode containing lithium metal or lithium-alloy or a mixtures of lithium metal and/or lithium alloy and another material;

a cathode;

a separator according to claims **1-10** disposed between said anode and said cathode; and

an electrolyte in ionic communication with said anode and said cathode via said separator.]

**12**. A separator for an energy storage system comprises:

at least one ceramic composite layer or coating, said layer including a mixture of 20-95% by weight of inorganic particles selected from the group consisting of $SiO_2$, $Al_2O_3$, $CaCO_3$, $TiO_2$, $SiS_2$, $SiPO_4$, [and the like] and mixtures thereof, and 5-80% by weight of a matrix material selected from the group consisting of polyethylene oxide, polyvinylidene fluoride, polytetrafluoroethylene, copolymers of the foregoing, and mixtures thereof, said layer being adapted to at least block dendrite growth and to prevent electronic shorting; and

at least one polyolefinic microporous layer having a porosity in the range of 20-80%, an average pore size in the range of 0.02 to 2 microns, and a Gurley Number in the range of 15 to 150 sec, said layer being adapted to block ionic flow between an anode and a cathode.

*13. A separator for a rechargeable lithium battery comprising:*

*at least one ceramic composite layer wherein the ceramic composite layer includes a mixture of inorganic particles in a matrix material and wherein the ceramic composite layer is adapted to at least block dendrite growth after repetitive charge-discharge cycling and to prevent electronic shorting, wherein the ceramic composite layer is nonporous such that pores are formed once in contact with an electrolyte; and*

*at least one polyolefinic microporous layer wherein the layer is adapted to block ionic flow between an anode and a cathode.*



*14. The separator according to claim 13 wherein the ceramic composite layer is a coating.*

*15. The separator according to claim 14 wherein the coating thickness is in the range of about 0.01 to 25 microns.*

*16. The separator according to claim 13 wherein the matrix material comprises polyethylene oxide (PEO), polyvinylidene fluoride (PVDF), polytetrafluoroethylene (PTFE), polyurethane, polyacrylonitrile (PAN), polymethylmethacrylate (PMMA), polytetraethylene glycol diacrylate, copolymers thereof, or mixtures thereof.*

*17. The separator according to claim 16 wherein the matrix material comprises polyvinylidene fluoride (PVDF), polyethylene oxide (PEO), copolymers thereof, or mixtures thereof.*

*18. The separator according to claim 13 wherein the matrix material comprises a gel forming polymer.*

*19. The separator according to claim 13 wherein the matrix material is a continuous material in which the inorganic particles are embedded.*

*20. The separator according to claim 13 wherein the inorganic particles have an average particle size in the range of 0.001 to 24 microns.*

*21. The separator according to claim 13 wherein the inorganic particles comprise silicon dioxide ($SiO_2$), aluminum oxide ($Al_2O_3$), calcium carbonate ($CaCO_3$), titanium dioxide ($TiO_2$), $SiS_2$, $SiPO_4$, or mixtures thereof.*

*22. The separator according to claim 13 wherein the inorganic particles comprise silicon dioxide ($SiO_2$), aluminum oxide ($Al_2O_3$), calcium carbonate ($CaCO_3$), or mixtures thereof.*

*23. The separator according to claim 13 wherein the polyolefinic microporous layer comprises polyethylene or polypropylene.*

*24. The separator according to claim 13 wherein the polyolefinic microporous layer is a polyolefinic membrane.*

*25. The separator according to claim 24 wherein the polyolefinic membrane is a polyethylene membrane.*

*26. The separator according to claim 13 wherein the ceramic composite layer prevents electronic shorting by eliminating soft shorts caused by dendrites.*

*27. The separator according to claim 13 wherein the ceramic composite layer prevents electronic shorting by eliminating soft shorts caused by dendrites that grow during repetitive charge-discharge cycling.*

*28. A separator for a rechargeable lithium battery comprising:*

*at least one ceramic composite layer, wherein the ceramic composite layer comprises:*

*a mixture of about 20-95% by weight of inorganic particles, and*

*about 5-80% by weight of a matrix material,*

*wherein the ceramic composite layer is adapted to at least block dendrite growth after repetitive charge-discharge cycling and thereby to prevent electronic shorting and the ceramic composite layer is nonporous such that pores are formed once in contact with an electrolyte; and*

*at least one polyolefinic microporous layer having a porosity in the range of about 20-80%, an average pore size in the range of about 0.02 to 2 microns, and*

*wherein the polyolefinic microporous layer is adapted to block ionic flow between an anode and a cathode.*

*29. The separator according to claim 28 wherein the ceramic composite layer is a coating.*

*30. The separator according to claim 29 wherein the coating thickness is in the range of about 0.01 to 25 microns.*

*31. The separator according to claim 28 wherein the matrix material comprises polyethylene oxide (PEO), polyvinylidene fluoride (PVDF), polytetrafluoroethylene (PTFE), polyurethane, polyacrylonitrile (PAN), polymethylmethacrylate (PMMA), polytetraethylene glycol diacrylate, copolymers thereof, or mixtures thereof.*

*32. The separator according to claim 31 wherein the matrix material comprises polyvinylidene fluoride (PVDF), polyethylene oxide (PEO), copolymers thereof, or mixtures thereof.*

*33. The separator according to claim 28 wherein the matrix material comprises a gel forming polymer.*

*34. The separator according to claim 28 wherein the matrix material is a continuous material in which the inorganic particles are embedded.*



*35. The separator according to claim 28 wherein the inorganic particles have an average particle size in the range of about 0.001 to 24 microns.*

*36. The separator according to claim 28 wherein the inorganic particles comprise silicon dioxide ($SiO_2$), aluminum oxide ($Al_2O_3$), calcium carbonate ($CaCO_3$), titanium dioxide ($TiO_2$), $SiS_2$, $SiPO_4$, or mixtures thereof.*

*37. The separator according to claim 36 wherein the inorganic particles comprise silicon dioxide ($SiO_2$), aluminum oxide ($Al_2O_3$), calcium carbonate ($CaCO_3$), or mixtures thereof.*

*38. The separator according to claim 28 wherein the ceramic composite layer prevents electronic shorting by eliminating soft shorts caused by dendrites.*

*39. The separator according to claim 28 wherein the ceramic composite layer prevents electronic shorting by eliminating soft shorts caused by dendrites that grow during repetitive charge-discharge cycling.*

* * * * *

# EXHIBIT B

US006692867B2

(12) **United States Patent**
**Nark et al.**

(10) **Patent No.: US 6,692,867 B2**
(45) **Date of Patent: Feb. 17, 2004**

(54) **BATTERY SEPARATOR-PIN REMOVAL**

(75) Inventors: **Robert A. Nark**, Charlotte, NC (US); **Ronald W. Call**, Rock Hill, SC (US); **Donald K. Simmons**, Charlotte, NC (US); **Mark W. Ferebee**, Charlotte, NC (US)

(73) Assignee: **Celgard Inc.**, Charlotte, NC (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 129 days.

(21) Appl. No.: **09/976,982**

(22) Filed: **Oct. 12, 2001**

(65) **Prior Publication Data**

US 2003/0072995 A1 Apr. 17, 2003

(51) **Int. Cl.**[7] .................................................. **H01M 2/16**
(52) **U.S. Cl.** ........................ **429/142**; 429/144; 429/254
(58) **Field of Search** ................................ 429/129, 142, 429/144, 247, 249, 250, 254; 508/459

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,384,032 A * 5/1983 Tashiro et al. .............. 429/249
5,281,491 A * 1/1994 Rein et al. .............. 429/145 X
5,885,947 A * 3/1999 Maples .................. 508/459 X
6,245,456 B1 * 6/2001 Fukuda et al. .......... 429/131 X

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 219190 | * | 4/1987 | ............ H01M/2/16 |
| JP | 10-110052 | | 4/1998 | |
| JP | 10-139918 | | 5/1998 | |
| JP | 10-195215 | | 7/1998 | |
| JP | 10-279717 | * | 10/1998 | ............ H01M/2/16 |

OTHER PUBLICATIONS

U.S. patent application Ser. No. 09/661,519, Ferebee, filed Sep. 13, 2000.

Witco Corporation, Additives Product Guide, Polymer Additives Group, Olefins/Styrenics, p. 1–17 (Date unknown).

* cited by examiner

*Primary Examiner*—Stephen Kalafut
(74) *Attorney, Agent, or Firm*—Robert H. Hammer, III

(57) **ABSTRACT**

A method for removing a pin from a battery assembly by the step of providing a separator comprising: a microporous membrane having an exterior surface portion of polypropylene, the polypropylene including at least 50 ppm of metallic stearate, preferably calcium stearate Static and being adapted to exhibit a pin removal force ≦7100 g.

**20 Claims, No Drawings**

# BATTERY SEPARATOR-PIN REMOVAL

## FIELD OF THE INVENTION

The instant invention is directed to a battery separator having improved pin removal properties.

## BACKGROUND OF THE INVENTION

In the manufacture of high energy, lightweight batteries, for example, secondary lithium batteries, the battery assembly, i.e., an anode tape and a cathode tape sandwiching a separator tape, is wound about one (1) or more pins (or cores or mandrels) . To begin winding of the assembly, the separator tape is taken up on the pin, and then the anode and cathode tapes are fed to the pin. Upon completion of the winding, the battery assembly is removed (or withdrawn) from the pin. If the assembly (i.e., the separator tape) sticks on the pin during withdrawal, the assembly "telescopes" and must be rejected. Such rejects increase the cost of the battery manufacturing process. Accordingly, battery manufacturers desire separator tapes that have improved pin removal properties, i.e., separators that will not stick to the pin when the battery assembly is removed therefrom.

Several attempts have been made to solve the foregoing pin removal problem. In Japanese Kokai 10-110052 published Apr. 28, 1998, the surface of a microporous membrane is textured to improve the pin removal. Spherical particles, consisting of an organic resin, preferably at least one resin selected from fluororesins and silicone resins, protrude from the membranes surface. The textured surface reduces frictional resistance. In Japanese Kokai 10-139918 published May 26, 1998, the surface of a microporous membrane is coated with a lubricant to improve pin removal. The coating may be accomplished by dip coating or roll coating. The lubricants include (waxes e.g., paraffin wax, microcrystalline wax, low-molecular weight polyethylene and other hydrocarbons waxes); fatty acid esters (e.g., methyl stearate, stearyl stearate, monoglyceride stearate); aliphatic amides (e.g., stearamide, palmitamide, methylene bis stearamide), and combinations thereof. In Japanese Kokai 10-195215 published Jul. 28, 1998, the surface portion of the microporous membrane, which has a greater ratio of polyethylene to polypropylene than the middle portion of the membrane, has improved pin removal properties. In U.S. patent application Ser. No. 09/661,519 filed Sep. 13, 2000, the surface of the pin is modified to improve pin removal. The surface modifications include texturing (roughing) the surface and/or grooving the surface of the pin.

The use of calcium stearate as an additive in polyolefin resins is known. See: *Plastics Engineering Handbook*, Chapman & Hall, New York City, N.Y., (1991), p. 645. Therein, it is noted that calcium stearate, when used in polyolefins, acts to 'tie up catalyst,' that lubricants are used to enhance resin processibility, and that 'effective lubricants . . . do not adversely affect the properties of end products' (i.e., they are inert). For example, 600 ppm of calcium stearate has been added to polypropylene for the purpose of acting as an acid scavenger. See Witco's Additive Product Guide, Polymer Additives Group, Olefins/Styrenics, page 2. Calcium stearate may also act as a lubricant to improve the flow characteristics of the polyolefin resins. Witco, Ibid., page 2. Polypropylene resins containing calcium stearate have been used to make battery separators, i.e., CELGARD® 2400, a single layer polypropylene separator, and CELGARD® 2300, a multilayered separator.

In spite of the foregoing efforts, there is still a need to improve the pin removal properties of these separators.



## SUMMARY OF THE INVENTION

A method for removing a pin from a battery assembly comprising the step of providing a separator comprising:

a microporous membrane having an exterior surface portion of polypropylene, the polypropylene including at least 50 ppm of metallic stearate and being adapted to exhibit a pin removal force ≦7100 g.

## DESCRIPTION OF THE INVENTION

A microporous membrane, as used herein, has a plurality of micropores that extend through the membrane. The micropores have an average pore size ranging from 0.005 to 10 microns, preferably 0.01 to 5 microns, and most preferably 0.05 to 2 microns. The microporous membrane also has a Gurley (ASTM D726B) ranging from 5 to 100 seconds, preferably 10–60 seconds. Preferably, these membranes are "shutdown membranes," i.e., having the ability to stop ion flow between the anode and cathode upon the onset of a rapid increase in the battery's temperature due to, for example, internal short circuiting. The microporous membrane may be a single ply membrane or a multilayered membrane, as is well understood in the art. The preferred multilayered structure has a polypropylene/polyethylene/polypropylene structure (PP/PE/PP). The preferred single ply membrane is made from polypropylene. The exterior surface portion of the membrane (a coined term that refers to the surface of either a single ply or multi ply membrane) is preferably a polypropylene. The polypropylene is preferably an isotactic polypropylene homopolymer. Such polypropylene has a melt flow index (MFI) ranging from 1 to 4, preferably, 1.2 to 1.7. Such polypropylene has a density ranging from 0.90 to 0.91 g/cm$^3$. Preferably, these membrane's are produced by an 'extrude, anneal, stretch' method (a/k/a the 'dry stretch' or the Celgard® method), but may include other techniques such as 'solvent extraction.' See: Kesting, R., *Synthetic Polymeric Membranes*, John Wiley and Sons, New York City, N.Y. (1985), incorporated herein by reference.

It has been determined that the pin removal properties of the separator are improved by the inclusion of a metallic stearate in the polypropylene exterior surface portion of the membrane, preferably at least 50 ppm of the metallic stearate. The preferred metallic stearate is calcium stearate. Preferably, the calcium stearate in the polypropylene is at least 50 ppm, preferably 50–3000 ppm, and most preferred, between 300 and 600 ppm. The amount of calcium stearate was determined by induced coupled plasma (ICP) analysis. The lower limit defines the minimum amount of metallic stearate needed to obtain the improved pin removal properties. The upper limit defines the maximum amount of the metallic stearate tolerable before the risk, that the metallic stearate will dissolve from the separator in to the electrolyte and thereby adversely impact the electrochemical properties of the electrolyte, becomes to great. Such calcium stearates are commercially available from Witco Corporation, Greenwich, Conn. under the tradename of 'Calcium Stearate Regular.'

The present invention will be further explained with reference to the examples set forth below.

The pin removal properties were quantified using the following procedure that measures the 'pin removal force (g).'

A battery winding machine was used to wind the separator around a pin (or core or mandrel). The pin is a two (2) piece cylindrical mandrel with a 0.16 inch diameter and a smooth

exterior surface. Each piece has a semicircular cross section. The separator, discussed below, is taken up on the pin. The initial force (tangential) on the separator is 0.5 kgf and thereafter the separator is wound at a rate of ten (10) inches in twenty four (24) seconds. During winding, a tension roller engages the separator being wound on the mandrel. The tension roller comprises a ⅝" diameter roller located on the side opposite the separator feed, a ¾" pneumatic cylinder to which 1 bar of air pressure is applied (when engaged), and a ¼" rod interconnecting the roller and the cylinder.

The separator consists of two (2) 30 mm (width)×10" pieces of the membrane being tested. Five (5) of these separators are tested, the results averaged, and the averaged value is reported. Each piece is spliced onto a separator feed roll on the winding machine with a 1" overlap. From the free end of the separator, i.e., distal the spliced end, ink marks are made at ½" and 7". The ½" mark is aligned with the far side of the pin (i.e., the side adjacent the tension roller), the separator is engaged between the pieces of the pin, and winding is begun with the tension roller engaged. When the 7" mark is about ½" from the jellyroll (separator wound on the pin), the separator is cut at that mark, and the free end of the separator is secured to the jellyroll with a piece of adhesive tape (1" wide, ½" overlap). The jellyroll (i.e., pin with separator wound thereon) is removed from the winding machine. An acceptable jellyroll has no wrinkles and no telescoping.

The jellyroll is placed in a tensile strength tester (i.e., Chatillon Model TCD 500-MS from Chatillon Inc., Greensboro, N.C.) with a load cell (50 lbs×0.02 lb; Chatillon DFGS 50). The strain rate is 2.5 inches per minute and data from the load cell is recorded at a rate of 100 points per second. The peak force is reported as the pin removal force.

Gurley was measured according to ASTM-D726(B). COF (Coefficient of friction) Static was measured according to JIS P 8147 entitled "Method for Determining Coefficient of Friction of Paper and Board."

## EXAMPLES

In Table 1, samples C1–C2 and 1–2 are single layer polypropylene microporous membranes. C1 and C2 were commercially available membranes (prior art, PA) sold under the name CELGARD® 2400. Samples 1 and 2 illustrate the present invention. Each of these samples was extruded through a circular die at 200° C., annealed at 150° C. with 6% stretch, and stretched, i.e., cold stretch 16–18%, and hot stretch with relax to the amount shown in the table.

TABLE 1

| | C1 (PA) | C2 (PA) | 1 | 2 |
|---|---|---|---|---|
| Resin | PP | PP | PP | PP |
| MFI | 1.2 | 1.2 | 1.2 | 1.2 |
| Total Thickness mil | 1 | 1 | 1 | 1 |
| Gurley 10 cc/sec | 24 | 24 | 24 | 24 |
| Porosity % | 40 | 40 | 40 | 40 |
| Total Stretch % | 100 | 100 | 100 | 100 |
| Calcium Stearate ppm | 340 | <1 | 250 | 1545 |
| Pin Removal Force (g) | 6500 | 7200 | 6700 | 6600 |
| Avg COF STATIC | 0.36 | 0.46 | 0.42 | 0.36 |

In Table 2, samples C3, C4, and 3 are multilayered (PP/PE/PP) microporous membranes. C3 and C4 were commercially available products, CELGARD® 2300 and CELGARD® E162, respectively. Sample 3 illustrates the present invention. All thin layer PP was extruded on a circular die at 224° C. All trilayers were annealed (125° C.) and bonded (133° C.) with 11% stretch. Then, the film was cold stretched at 20–25% and hot stretched and relaxed for the total stretch listed in Table 2.



TABLE 2

| | C3 (PA) | C4 (PA) | 3 |
|---|---|---|---|
| Resin | PP | PP | PP |
| MFI | 1.2 | 1.2 | 1.2 |
| Total Thickness mil | 1 | 1 | 1 |
| PP layer Thickness mil | 0.36 | 0.36 | 0.36 |
| Gurley 10 cc/sec | 24 | 24 | 24 |
| Porosity % | 40 | 40 | 40 |
| Total Stretch % | 109 | 109 | 109 |
| Calcium Stearate ppm | 492 | <1 | 584 |
| Pin Removal Force (g) | 6900 | 7300 | 6100 |
| Avg COF STATIC | 0.56 | 0.58 | |

In Table 3, samples C5, and 4 are multilayered (PP/PE/PP) microporous membranes. C5 was a commercially available product (prior art (PA)), CELGARD® 2320. Sample 4 illustrates the present invention. All thin layer PP was extruded on a circular die at 224° C. All trilayers were annealed (125° C.) and bonded (133° C.) with 11% stretch. Then, the film was cold stretched at 20–25% and hot stretched and relaxed for the total stretch listed in Table 3.

TABLE 3

| | C5 (PA) | 4 |
|---|---|---|
| Resin | PP | PP |
| MFI | 1.2 | 1.2 |
| Total Thickness mil | 0.78 | 0.78 |
| PP layer Thickness mil | 0.24 | 0.24 |
| Gurley 10 cc/sec | 20 | 20 |
| Porosity % | 43 | 43 |
| Total Stretch % | 122 | 122 |
| Calcium Stearate ppm | <1 | 428 |
| Pin Removal Force (g) | 8300 | 6900 |
| Avg COF STATIC | 0.41 | 0.46 |

The present invention made be embodied in other forms without departing from the spirit and the central attributes thereof and, accordingly, reference should be made to the appended claims, rather than to the foregoing specification, as indicated the scope of the invention.

What is claimed is:

1. A method for removing a pin from a battery assembly comprising the step of:

providing a battery assembly having a separator engaging a pin, said separator comprising a microporous membrane having an exterior surface portion of polypropylene, the polypropylene including at least 50 ppm of a calcium stearate; and

removing the pin from the battery assembly.

2. The method of claim **1** wherein the calcium stearate ranges between 50 and 3000 ppm of the polypropylene.

3. The method according to claim **1** wherein the microporous membrane further comprises a plurality of micropores therethrough, said micropores having an average pore size ranging from 0.05 to 10 microns, and said membrane having a Gurley ranging from 5 to 100 seconds.

4. The method of claim **1** wherein the membrane further comprises a multilayered membrane having a polypropylene-polyethylene-polypropylene structure.

5. The method according to claim **4** being a shut-down separator.

6. The method of claim **1** wherein the polypropylene comprising a polypropylene with a melt flow index between 1 and 4.

**7**. The method of claim **6** wherein the polypropylene is a polypropylene with a melt flow index between 1.2 and 1.7.

**8**. A method for removing a pin from a battery assembly comprising the step of:

providing a battery assembly having a separator engaging a pin, said separator comprising a microporous membrane having an exterior surface portion of polypropylene, the polypropylene including at least 50 ppm of a metallic stearate, and the membrane having a thickness of ≦1 mil (25 microns) and a pin removal force ≦7100 g; and

removing the pin from the battery assembly.

**9**. The method of claim **8** wherein the metallic stearate is a calcium stearate.

**10**. The method of claim **9** wherein the calcium stearate ranges between 50 and 3000 ppm of the polypropylene.

**11**. The method of claim **9** wherein the calcium stearate ranges between 300 and 600 ppm of the polypropylene.

**12**. The method according to claim **8** wherein the microporous membrane further comprises a plurality of micropores therethrough, said micropores having an average pore size ranging from 0.05 to 10 microns, and said membrane having a Gurley ranging from 5 to 100 seconds.

**13**. The method of claim **8** wherein the membrane further comprises a multilayered membrane having a polypropylene-polyethylene-polypropylene structure.

**14**. The method according to claim **13** being a shut-down separator.

**15**. The method of claim **8** wherein the polypropylene comprising a polypropylene with a melt flow index between 1 and 4.

**16**. The method of claims **15** wherein the polypropylene is a polypropylene with a melt flow index between 1.2 and 1.7.

**17**. A battery separator with improved pin removal properties comprising:

a microporous membrane having a polypropylene surface portion including at least 50 ppm of a metallic stearate.

**18**. The battery separator according to claim **17** wherein said metallic stearate being a calcium stearate ranging from 50 to 3000 ppm.

**19**. The battery separator according to claim **17** wherein said polypropylene having a melt flow index between 1 and 4.

**20**. The battery separator according to claim **17** having a pin removal force ≦7100 g.

* * * * *

# EXHIBIT C

***Source:*** *Polypore International, Inc.*

*February 25, 2013 08:06 ET*

# Celgard Files Patent Infringement Lawsuit

CHARLOTTE, N.C., Feb. 25, 2013 (GLOBE NEWSWIRE) -- Celgard, LLC ("Celgard"), a subsidiary of Polypore International, Inc. (NYSE:PPO), has filed a complaint in the U.S. District Court of the Western District of North Carolina against Sumitomo Chemical Company, Limited.

The complaint alleges that Sumitomo Chemical has infringed Celgard's United States Patent No. 6,432,586 issued for an invention entitled, "Separator for a High Energy Rechargeable Lithium Battery." The patent in the lawsuit covers ceramic composite layer lithium-ion battery separators first developed by Celgard for high-energy rechargeable lithium-ion batteries. This lawsuit has been filed after a period in which Celgard attempted to resolve its concerns with Sumitomo Chemical over infringement of Celgard's patent.

"Celgard has a long history of innovation in lithium-ion battery separators and is a world leader in this technology," said Robert B. Toth, Chairman, President and Chief Executive Officer of Polypore. "We have a responsibility to our customers, partners, and shareholders to safeguard the investments we make in innovation, and therefore will take appropriate steps like this to prevent the knowing and unfair exploitation of our intellectual property."

Celgard is represented by the law firm Kilpatrick Townsend & Stockton, LLP.

**About Polypore International, Inc.**

Polypore International, Inc. is a global high technology filtration company specializing in microporous membranes. Polypore's flat sheet and hollow fiber membranes are used in specialized applications that require the removal or separation of various materials from liquids, primarily in the ultrafiltration and microfiltration markets. Based in Charlotte, NC, Polypore International, Inc. is a market leader with manufacturing facilities or sales offices in ten countries serving six continents. See www.polypore.net.

**Forward-Looking Statement**

This release contains statements that are forward-looking in nature. Statements that are predictive in nature, that depend upon or refer to future events or conditions or that include words such as "expects," "anticipates," " intends," "plans," "believes," "estimates," and similar expressions are forward-looking statements. These statements involve known and unknown risks, uncertainties and other factors that may cause our actual results and performance to be materially different from any future results or performance expressed or implied by these forward-looking statements. These factors include the following: the highly competitive nature of the markets in which we sell our products; the failure to continue to develop innovative products; the loss of our customers; the vertical integration by our customers of the production of our products into their own manufacturing process; increases in prices for raw materials or the loss of key supplier contracts; our substantial indebtedness; interest rate risk related to our variable rate indebtedness; our inability to generate cash; restrictions related to the senior

secured credit agreement; employee slowdowns, strikes or similar actions; product liability claims exposure; risks in connection with our operations outside the United States, including compliance with applicable anti-corruption laws; the incurrence of substantial costs to comply with, or as a result of violations of, or liabilities under, environmental laws; the failure to protect our intellectual property; loss of senior management; the incurrence of additional debt, contingent liabilities and expenses in connection with future acquisitions; the failure to effectively integrate newly acquired operations; lithium market demand does not materialize as anticipated; the absence of expected returns from the intangible assets we have recorded;the adverse impact from legal proceedings on our financial condition; and natural disasters, epidemics, terrorist acts and other events beyond our control. Additional information concerning these and other important factors can be found in Item 1A. "Risk Factors" of our most recent Annual Report on Form 10-K and subsequent reports filed with the Securities and Exchange Commission. Such forward-looking statements speak only as of the date of this press release. Polypore expressly disclaims any obligation to release publicly any updates or revisions to any forward-looking statements contained herein to reflect any change in Polypore's expectations with regard thereto or change in events, conditions or circumstances on which any statement is based.

Polypore International, Inc.
Corporate Communications

Beth Kitteringham
(704) 587-8596

EVs are here. Try to keep up.

CHARGED

ELECTRIC VEHICLES MAGAZINE

(https://chargedevs.com)

(https://twitter.com/ChargedEVs) (https://www.facebook.com/ChargedEVs)

(http://www.linkedin.com/groups/CHARGED-Electric-Vehicles-Magazine-4197890)

(https://plus.google.com/100693067560191421765/)

SUBSCRIBE NOW » (HTTPS://CHARGEDEVS.COM/SUBSCRIBE/)

# Polypore and Sumitomo sign license agreement for battery separator coating

Posted January 4, 2014 by Charles Morris (https://chargedevs.com/author/charles-morris/) & filed under Newswire (https://chargedevs.com/category/newswire/), The Tech (https://chargedevs.com/category/newswire/the-tech/).




Polypore International and Sumitomo Chemical have entered into a Settlement and License Agreement which ends outstanding litigation between the two companies.

Last February, Charlotte-based Polypore's Celgard unit filed a patent-infringement suit against Sumitomo over Celgard's lithium-ion battery separators, which are designed to prevent short circuits and limit safety problems from overheating.

Under the new License Agreement, Sumitomo Chemical has licensed Polypore's intellectual property related to the coating separators.

"This agreement confirms the integrity of our intellectual property around ceramic coating of separators for lithium-ion batteries," said Robert Toth, President and CEO of Polypore. "In addition to the financial consideration of the licensing arrangement, we are pleased that this agreement establishes the opportunity for Polypore and Sumitomo to work together to address growing market needs, which we expect to benefit both companies. As interest in coated separator solutions continues to grow, we believe that the combined strength of our intellectual property, Sumitomo's technical expertise in coating and the exceptional performance characteristics of our separator material create an attractive solution for meeting the growth needs of existing and future customers."

*Source: Polypore (http://investor.polypore.net/releasedetail.cfm?ReleaseID=816084), Green Car Congress (http://www.greencarcongress.com/2013/12/20131231-polypore.html), Bloomberg (http://www.bloomberg.com/news/2013-02-25/polypore-s-celgard-files-suit-against-sumitomo-over-batteries.html)*

(https://www.facebook.com/sharer/sharer.php?u=https://chargedevs.com/newswire/polypore-and-sumitomo-sign-license-agreement-for-battery-separator-coating/)

(https://twitter.com/intent/tweet?text=Polypore%20and%20Sumitomo%20sign%20license%20agreement%20for%20battery%20separator%20coating&url=https%3A%2F%2Fchargedevs.com%2Fnewswire%2Fpolypore-and-sumitomo-sign-license-agreement-for-battery-separator-coating%2F&)

(https://plus.google.com/share?url=https://chargedevs.com/newswire/polypore-and-sumitomo-sign-license-agreement-for-battery-separator-coating/)

**Tags:** Batteries (https://chargedevs.com/tag/batteries/), Celgard (https://chargedevs.com/tag/celgard/), Polypore (https://chargedevs.com/tag/polypore/), Sumitomo Chemical

(http://www.linkedin.com/shareArticle?mini=true&title=Polypore%20and%20Sumitomo%20sign%20license%20agreement%20for%20battery%20separator%20coating&url=https://chargedevs.com/newswire/polypore-and-sumitomo-sign-license-agreement-for-battery-separator-coating/&summary=Polypore International and Sumitomo Chemical have entered into a Settlement and License Agreement wh...)

(mailto:?subject=Please visit this link https://chargedevs.com/newswire/polypore-and-sumitomo-sign-license-agreement-for-battery-separator-coating/&body=Hey Buddy!, I found this information for you: "Polypore%20and%20Sumitomo%20sign%20license%20agreement%20for%20battery%20separator%20coating". Here is the website link: https://chargedevs.com/newswire/polypore-and-sumitomo-sign-license-agreement-for-battery-separator-coating/. Thank you.)

(https://chargedevs.com/tag/sumitomo-chemical/)




(https://www.odu-usa.com/applications/emobility/)

0 Comments Charged EVs Login

Recommend Tweet Share Sort by Best

Start the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

Subscribe Add Disqus to your siteAdd DisqusAdd Disqus' Privacy PolicyPrivacy PolicyPrivacy




(http://exhibit.ubmamevents.com/Novi19_ChargedEV)

SUBSCRIBE NOW (HTTPS://CHARGEDEVS.COM/SUBSCRIBE/)



(https://www.champcable.com/category/electric-hybrid-cables/)

## GET DAILY CHARGED NEWS.

Your Email

JOIN



(https://www.mag-inc.com/Products/Powder-Cores/EQ-Cores)

**- THIS WEEK'S POPULAR POSTS -**

(https://chargedevs.com/newswire/here-we-go-again-german-research-institute-claims-diesels-are-cleaner-than-evs/) Here we go again: German research institute



claims diesels are cleaner than EVs (https://chargedevs.com/newswire/here-we-go-again-german-research-institute-claims-diesels-are-cleaner-than-evs/)



(https://chargedevs.com/newswire/dana-launches-new-integrated-motor-and-inverter/) Dana launches new integrated motor and inverter (https://chargedevs.com/newswire/dana-launches-new-integrated-motor-and-inverter/)



(https://chargedevs.com/newswire/vw-introduces-electric-suv-for-chinese-market-with-wireless-charging-and-level-4-autonomy/) VW introduces electric SUV for Chinese market, with wireless charging and Level 4 autonomy (https://chargedevs.com/newswire/vw-introduces-electric-suv-for-chinese-market-with-wireless-charging-and-level-4-autonomy/)



(http://lord.com/cooltherm)



(http://www.calex.com/)

- **CHARGED SPONSORED EVENTS** -



(https://www.powertodrive.de/en/home.html)




(http://www.evtechexpo.eu/visit/welcome-to-ev-tech-expo/?actioncode=NTWO000139AJB)




(https://evs32.org/)




(https://lp.events.ascential.com/Registration-Form-CWIEME-BERLIN-EN.html?actioncode=PRT70)




(http://www.batteryseminars.com/)



(https://chargedevs.com/newswire/the-secret-to-healthy-public-charging-infrastructure/)

SUBSCRIBE NOW » (HTTPS://CHARGEDEVS.COM/SUBSCRIBE/)

HOME (/) PRIVACY POLICY (HTTPS://CHARGEDEVS.COM/PRIVACY-POLICY/)

WHITEPAPERS/WEBINARS (HTTPS://CHARGEDEVS.COM/WHITEPAPERS/)

SPONSORED CONTENT (HTTPS://CHARGEDEVS.COM/CATEGORY/SPONSORED/)

ADVERTISE (HTTPS://CHARGEDEVS.COM/ADVERTISE/)

© 2019 Isentropic Media. All rights reserved.

(http://www.chargedevs.com/feed)

×

- Home (http://www.greencarcongress.com/)
- About (http://www.greencarcongress.com/about3.html)
- Contact (http://www.greencarcongress.com/about3.html#contact)
- RSS (http://feeds2.feedburner.com/greencarcongress/TrBK)
- GCC Twitter (http://twitter.com/GreenCarCongres)
- Newsletter (http://bioage.typepad.com/test_site/newsletter-subscription.html)

Home (http://www.greencarcongress.com/) About (http://www.greencarcongress.com/about3.html) Contact (http://www.greencarcongress.com/about3.html#contact) RSS (http://feeds2.feedburner.com/greencarcongress/TrBK) GCC Twitter (http://twitter.com/GreenCarCongres) Newsletter (http://bioage.typepad.com/test_site/newsletter-subscription.html)

(https://www.greencarcongress.com/2013/12/20131230-biodiesel.html) EIA: US biodiesel production hits high in October (https://www.greencarcongress.com/2013/12/20131230-biodiesel.html)
ORNL: Speed synchronization through connected vehicle technology contributes to significant fuel economy improvements in conventional and hybrid vehicles (https://www.greencarcongress.com/2013/12/20131231-ornl.html) (https://www.greencarcongress.com/2013/12/20131231-ornl.html)

# Polypore and Sumitomo enter settlement and license agreement over battery separator coating (https://www.greencarcongress.com/2013/12/20131231-polypore.html)

31 December 2013 (https://www.greencarcongress.com/2013/12/20131231-polypore.html)

Polypore International, Inc. and Sumitomo Chemical Co., Ltd. have entered (http://investor.polypore.net/releasedetail.cfm?ReleaseID=816084) into a Settlement and License Agreement which ends all outstanding worldwide litigation between the two companies related to Polypore's intellectual property rights on battery separator coating.

Under the License Agreement, Sumitomo Chemical has licensed Polypore's intellectual property related to coating separators for lithium-ion batteries. The financial terms of the Agreement include an up-front payment to Polypore as well as recurring royalties.

> *This agreement confirms the integrity of our intellectual property around ceramic coating of separators for lithium-ion batteries. In addition to the financial consideration of the licensing arrangement, we are pleased that this agreement establishes the opportunity for Polypore and Sumitomo to work together to address growing market needs, which we expect to benefit both companies. As interest in coated separator solutions continues to grow, we believe that the combined strength of our intellectual property, Sumitomo's technical expertise in coating and the exceptional performance characteristics of our separator material create an attractive solution for meeting the growth needs of existing and future customers.*
>
> —Robert Toth, President and CEO of Polypore

Polypore International is a high technology filtration company specializing in microporous membranes; it operates two businesses: Energy Storage and Separations Media. Within energy storage fall Celgard, for high-performance lithium-ion battery separators; and Daramic, for battery separators for lead-acid batteries and specialty applications.

Posted on 31 December 2013 in Brief (https://www.greencarcongress.com/brief/) | Permalink (https://www.greencarcongress.com/2013/12/20131231-polypore.html) | Comments (0) (https://www.greencarcongress.com/2013/12/20131231-polypore.html#comments)

## Comments

## Verify your Comment

## Previewing your Comment

Posted by: |

This is only a preview. Your comment has not yet been posted.

Post

Edit

Your comment could not be posted. Error type:
Your comment has been posted. Post another comment
The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.

Continue

# Post a comment

Sign in with Typepad (https://www.typekey.com/t/typekey/login?v=1.0&t=bb8139952e67371770f6f463977bbc08f3a3f21f&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2013%2F12%2F20131231-polypore.html&_portal=typepad) Facebook (https://www.typekey.com/t/typekey/login?v=1.0&t=bb8139952e67371770f6f463977bbc08f3a3f21f&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2013%2F12%2F20131231-polypore.html&_portal=typepad&service=facebook) Twitter (https://www.typekey.com/t/typekey/login?v=1.0&t=bb8139952e67371770f6f463977bbc08f3a3f21f&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2013%2F12%2F20131231-polypore.html&_portal=typepad&service=twitter) Google+ (https://www.typekey.com/t/typekey/login?v=1.0&t=bb8139952e67371770f6f463977bbc08f3a3f21f&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2013%2F12%2F20131231-polypore.html&_portal=typepad&service=gplus)and more... (https://www.typekey.com/t/typekey/login?v=1.0&t=bb8139952e67371770f6f463977bbc08f3a3f21f&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2013%2F12%2F20131231-polypore.html&_portal=typepad&service=openid)

Custom Search

# In Brief

FCA selects HARMAN (Samsung) and Google Technologies for New global connected vehicle "ecosystem" (https://www.greencarcongress.com/2019/05/20190501-fca.html)

Cummins reviewing emissions certification and compliance process for its pickup truck applications (https://www.greencarcongress.com/2019/05/20190501-cummins.html)

Agility launches 6x2 44-tonne CNG tractor and trailer-mounted CNG system for UK market (https://www.greencarcongress.com/2019/05/201905021-agility.html)

Toyota selects Novelis as aluminum supplier for 2019 RAV4; Advanz 6HS – s600 and Advanz 6HS – e600 (https://www.greencarcongress.com/2019/05/20190501-toyota.html)

Nouryon signs deal with SulNOx for additives for the fuels market (https://www.greencarcongress.com/2019/05/20190501-nouryon.html)

NuScale and DHIC partner on deploymeny of NuScale SMR (https://www.greencarcongress.com/2019/04/20190430-nuscale.html)

Ballard launches turnkey hydrogen fuel cell solutions for commercial unmanned aerial vehicles (https://www.greencarcongress.com/2019/04/20190429-fcair.html)

Semcon develops cloud solution for autonomous drones (https://www.greencarcongress.com/2019/04/20190429-semcon.html)

New green RoRo vessels for Finnlines designed by KNUD E. HANSEN (https://www.greencarcongress.com/2019/04/20190427-hansen.html)

Continental introduces first tire optimized for electric buses in city traffic (https://www.greencarcongress.com/2019/04/20190426-conti.html)

Zero Motorcycles closes $25M round, bringing aggregate investment to >$250M (https://www.greencarcongress.com/2019/04/20190426-zero.html)

Velodyne Lidar, Nikon announce manufacturing agreement for mass production of Velodyne lidar sensors (https://www.greencarcongress.com/2019/04/20190426-velodyne.html)

Grove Hydrogen partners with Hofer on electric drive solutions (https://www.greencarcongress.com/2019/04/20190425-grove.html)

Penske Truck Leasing to deploy heavy-duty DC fast charging stations in SoCal (https://www.greencarcongress.com/2019/04/20190425-penske.html)

Trillium debuts new recharging product for electric vehicle fleets (https://www.greencarcongress.com/2019/04/20190425-trillium.html)

Austin becomes fifth city in Texas to purchase Proterra battery-electric buses (https://www.greencarcongress.com/2019/04/20190425-proterra.html)

CDFA and CARB launch public-private partnership to advance carbon farming (https://www.greencarcongress.com/2019/04/20190425-arb.html)

Tweets by @mmillikin



Mike Millikin
@mmillikin

Daimler will pull Smart mini-cars out of United States, Canada - Reuters reuters.com/article/us-dai…

EVConnect launches certification program for electric vehicle charging station manufacturers (https://www.greencarcongress.com/2019/04/20190424-evconnect.html)

Sandia releases QuESt v1.2 open-source software for energy storage (https://www.greencarcongress.com/2019/04/20190424-quest.html)

SP VICTALL partners with JMC on first composite pickup box in China; reduced weight and cost (https://www.greencarcongress.com/2019/04/20190424-jmc.html)

Embed View on Twitter

# Archives (https://www.greencarcongress.com/archives.html)

- May 2019 (http://www.greencarcongress.com/2019/05/index.html)
- April 2019 (http://www.greencarcongress.com/2019/04/index.html)
- March 2019 (http://www.greencarcongress.com/2019/03/index.html)
- February 2019 (http://www.greencarcongress.com/2019/02/index.html)
- January 2019 (http://www.greencarcongress.com/2019/01/index.html)
- December 2018 (http://www.greencarcongress.com/2018/12/index.html)
- November 2018 (http://www.greencarcongress.com/2018/11/index.html)
- October 2018 (http://www.greencarcongress.com/2018/10/index.html)
- September 2018 (http://www.greencarcongress.com/2018/09/index.html)
- August 2018 (http://www.greencarcongress.com/2018/08/index.html)

More... (https://www.greencarcongress.com/archives.html)

# Categories (https://www.greencarcongress.com/archives.html)

- 3D printing (https://www.greencarcongress.com/3d-printing/)
- 48V (https://www.greencarcongress.com/48v/)
- 5G (https://www.greencarcongress.com/5g/)
- Additives (https://www.greencarcongress.com/additives/)
- Africa (https://www.greencarcongress.com/africa/)
- AI (https://www.greencarcongress.com/ai/)

- Algae (https://www.greencarcongress.com/algae/)
- Algal Fuels (https://www.greencarcongress.com/algal_fuels/)
- Ammonia (https://www.greencarcongress.com/ammonia/)
- Arctic (https://www.greencarcongress.com/arctic/)
- ARPA-E (https://www.greencarcongress.com/arpa-e/)
- Australia (https://www.greencarcongress.com/australia/)
- Auto X-Prize (https://www.greencarcongress.com/auto-x-prize/)
- Autonomous driving (https://www.greencarcongress.com/autonomous-driving/)
- Aviation (https://www.greencarcongress.com/aviation/)
- B2U (https://www.greencarcongress.com/b2u/)
- B2V (https://www.greencarcongress.com/b2v/)
- Batteries (https://www.greencarcongress.com/batteries/)
- Behavior (https://www.greencarcongress.com/behavior/)
- Big Data (https://www.greencarcongress.com/big-data/)
- Bio-hydrocarbons (https://www.greencarcongress.com/biohydrocarbons/)
- Bio-hydrogen (https://www.greencarcongress.com/biohydrogen/)
- Bio-polymers (https://www.greencarcongress.com/biopolymers/)
- Biobutanol (https://www.greencarcongress.com/biobutanol/)
- Biodiesel (https://www.greencarcongress.com/biodiesel/)
- Biogasoline (https://www.greencarcongress.com/biogasoline/)
- Biomass (https://www.greencarcongress.com/biomass/)
- Biomass-to-Liquids (BTL) (https://www.greencarcongress.com/biomasstoliquids_btl/)
- Biomethane (https://www.greencarcongress.com/biomethane/)
- Biorefinery (https://www.greencarcongress.com/biorefinery/)
- Biotech (https://www.greencarcongress.com/biotech/)
- Black carbon (https://www.greencarcongress.com/black-carbon/)
- Blockchain (https://www.greencarcongress.com/blockchain/)
- Brazil (https://www.greencarcongress.com/brazil/)
- Brief (https://www.greencarcongress.com/brief/)
- Canada (https://www.greencarcongress.com/canada/)
- Car Sharing (https://www.greencarcongress.com/car_sharing/)
- Carbon Capture and Conversion (CCC) (https://www.greencarcongress.com/carbon-capture-and-conversion-ccc/)
- Carbon Capture and Storage (CCS) (https://www.greencarcongress.com/carbon_capture_and_storage_ccs/)
- Catalysts (https://www.greencarcongress.com/catalysts/)
- Cellulosic ethanol (https://www.greencarcongress.com/cellulosic_ethanol/)
- China (https://www.greencarcongress.com/china/)
- Cities (https://www.greencarcongress.com/cities/)
- City car (https://www.greencarcongress.com/city_car/)
- Climate Change (https://www.greencarcongress.com/climate_change/)
- Climate Change Adaptation (https://www.greencarcongress.com/climate_change_adaptation/)
- Climate models (https://www.greencarcongress.com/climate_models/)
- Co-Optima (https://www.greencarcongress.com/co-optima/)
- Coal (https://www.greencarcongress.com/coal/)
- Coal-to-Liquids (CTL) (https://www.greencarcongress.com/coaltoliquids_ctl/)
- Compressed Air Engines (https://www.greencarcongress.com/compressed_air_engines/)
- Concept Engines (https://www.greencarcongress.com/concept_engines/)
- Conferences and other events (https://www.greencarcongress.com/conferences_and_other_events/)
- Connected vehicles (https://www.greencarcongress.com/connected_vehicles/)
- Controls and controllers (https://www.greencarcongress.com/controls-and-controllers/)
- Conversions (https://www.greencarcongress.com/conversions/)

- CV2X (https://www.greencarcongress.com/cv2x/)
- D-I-Y (https://www.greencarcongress.com/diy/)
- Deepwater (https://www.greencarcongress.com/deepwater/)
- Diesel (https://www.greencarcongress.com/diesel/)
- DME (https://www.greencarcongress.com/dme/)
- DMF (https://www.greencarcongress.com/dmf/)
- Driver Assistance Systems (https://www.greencarcongress.com/driver-assistance-systems/)
- Electric (Battery) (https://www.greencarcongress.com/electric_battery/)
- Emissions (https://www.greencarcongress.com/emissions/)
- Engines (https://www.greencarcongress.com/engines/)
- Environmental Justice (https://www.greencarcongress.com/environmental-justice/)
- Enzymes (https://www.greencarcongress.com/enzymes/)
- Ethanol (https://www.greencarcongress.com/ethanol/)
- Europe (https://www.greencarcongress.com/europe/)
- Exascale computing (https://www.greencarcongress.com/exascale-computing/)
- Fleets (https://www.greencarcongress.com/fleets/)
- Forecasts (https://www.greencarcongress.com/forecasts/)
- Friction (https://www.greencarcongress.com/friction/)
- Fuel Cells (https://www.greencarcongress.com/fuel_cells/)
- Fuel Efficiency (https://www.greencarcongress.com/fuel_efficiency/)
- Fuels (https://www.greencarcongress.com/fuels/)
- Gas-to-Liquids (GTL) (https://www.greencarcongress.com/gastoliquids_gtl/)
- Gasification (https://www.greencarcongress.com/gasification/)
- Geoengineering (https://www.greencarcongress.com/geoengineering/)
- Geothermal (https://www.greencarcongress.com/geothermal/)
- Graphene (https://www.greencarcongress.com/graphene/)
- Green Chemistry (https://www.greencarcongress.com/green-chemistry/)
- Health (https://www.greencarcongress.com/health/)
- Heavy-duty (https://www.greencarcongress.com/heavyduty/)
- High Octane Fuels (https://www.greencarcongress.com/high-octane-fuels/)
- High Performance Computing (https://www.greencarcongress.com/high-performance-computing/)
- HMI (https://www.greencarcongress.com/hmi/)
- Hybrids (https://www.greencarcongress.com/hybrids/)
- Hydraulic Hybrid (https://www.greencarcongress.com/hydraulic_hybrid/)
- Hydrogen (https://www.greencarcongress.com/h2/)
- Hydrogen Production (https://www.greencarcongress.com/hydrogen_production/)
- Hydrogen Storage (https://www.greencarcongress.com/hydrogen_storage/)
- India (https://www.greencarcongress.com/india/)
- Industry 4.0 (https://www.greencarcongress.com/industry-40/)
- Infrastructure (https://www.greencarcongress.com/infrastructure/)
- Intelligent Transportation Systems (ITS) (https://www.greencarcongress.com/intelligent_transportation_systems_its/)
- Internet of Things (https://www.greencarcongress.com/internet-of-things/)
- Japan (https://www.greencarcongress.com/japan/)
- Land use (https://www.greencarcongress.com/land-use/)
- Latin America (https://www.greencarcongress.com/latin_america/)
- LCFS (https://www.greencarcongress.com/lcfs/)
- LFG (https://www.greencarcongress.com/lfg/)
- Li-O2 (https://www.greencarcongress.com/li-o2/)
- Li-Sulfur (https://www.greencarcongress.com/li-sulfur/)
- Lifecycle analysis (https://www.greencarcongress.com/lifecycle_analysis/)

Green Car Congress (http://WWW.GREENCARCONGRESS.COM/) © 2004-2019 BioAge Group, LLC. All Rights Reserved.

Top

- Lighting (https://www.greencarcongress.com/lighting/)
- LNG (https://www.greencarcongress.com/lng/)
- Low Temperature Combustion (https://www.greencarcongress.com/low-temperature-combustion/)
- LPG (https://www.greencarcongress.com/lpg/)
- LSV/NEV (https://www.greencarcongress.com/lsvnev/)
- Lubricating Oils (https://www.greencarcongress.com/lubricating_oils/)
- Manufacturing (https://www.greencarcongress.com/manufacturing/)
- Mapping (https://www.greencarcongress.com/mapping/)
- Market Background (https://www.greencarcongress.com/market_background/)
- Materials (https://www.greencarcongress.com/materials/)
- Methanol (https://www.greencarcongress.com/methanol/)
- Micro-mobility (https://www.greencarcongress.com/micro-mobility/)
- Microprocessors and controls (https://www.greencarcongress.com/microprocessors-and-controls/)
- Middle East (https://www.greencarcongress.com/middle_east/)
- Mobility (https://www.greencarcongress.com/mobility/)
- Mobility services (https://www.greencarcongress.com/mobility-services/)
- Motors (https://www.greencarcongress.com/motors/)
- Motorsport (https://www.greencarcongress.com/motorsport/)
- Nanotech (https://www.greencarcongress.com/nanotech/)
- Natural Gas (https://www.greencarcongress.com/natural_gas/)
- Nuclear (https://www.greencarcongress.com/nuclear/)
- Ocean acidification (https://www.greencarcongress.com/ocean_acidification/)
- Off-road (https://www.greencarcongress.com/offroad/)
- Oil (https://www.greencarcongress.com/oil/)
- Oil sands (https://www.greencarcongress.com/oil_sands/)
- Oil Shale (https://www.greencarcongress.com/oil_shale/)
- Opinion (https://www.greencarcongress.com/opinion/)
- Optima (https://www.greencarcongress.com/optima/)
- Other Asia (https://www.greencarcongress.com/other_asia/)
- Other Powertrains (https://www.greencarcongress.com/other_powertrains/)
- Personal Transit (https://www.greencarcongress.com/personal_transit/)
- Personalities (https://www.greencarcongress.com/personalities/)
- Perspective (https://www.greencarcongress.com/perspective/)
- Plastics (https://www.greencarcongress.com/plastics/)
- Plug-ins (https://www.greencarcongress.com/plugins/)
- Polar (https://www.greencarcongress.com/polar/)
- Policy (https://www.greencarcongress.com/policy/)
- Ports and Marine (https://www.greencarcongress.com/ports_and_marine/)
- Power Electronics (https://www.greencarcongress.com/power_electronics/)
- Power Generation (https://www.greencarcongress.com/power_generation/)
- Power-to-Gas (https://www.greencarcongress.com/power-to-gas/)
- Power-to-Liquids (https://www.greencarcongress.com/power-to-liquids/)
- Powertrain materials (https://www.greencarcongress.com/powertrain-materials/)
- Quantum computing (https://www.greencarcongress.com/quantum-computing/)
- Racing (https://www.greencarcongress.com/racing/)
- Rail (https://www.greencarcongress.com/rail/)
- Recycling (https://www.greencarcongress.com/recycling/)
- Regulations (https://www.greencarcongress.com/regulations/)
- Research (https://www.greencarcongress.com/research/)
- Resilience (https://www.greencarcongress.com/climate-resilience/)
- Resources (https://www.greencarcongress.com/resources/)

- Ridesharing (https://www.greencarcongress.com/ridesharing/)
- Robotics (https://www.greencarcongress.com/robotics/)
- Russia (https://www.greencarcongress.com/russia/)
- Safety (https://www.greencarcongress.com/safety/)
- Sales (https://www.greencarcongress.com/sales/)
- Science (https://www.greencarcongress.com/science/)
- Security (https://www.greencarcongress.com/security/)
- Sensors (https://www.greencarcongress.com/sensors/)
- Simulation (https://www.greencarcongress.com/simulation/)
- Smart charging (https://www.greencarcongress.com/smart-charging/)
- Smart Grid (https://www.greencarcongress.com/smart-grid/)
- Solar (https://www.greencarcongress.com/solar/)
- Solar fuels (https://www.greencarcongress.com/solar-fuels/)
- Solid-state (https://www.greencarcongress.com/solid-state/)
- SSVs (https://www.greencarcongress.com/ssvs/)
- Standards (https://www.greencarcongress.com/standards/)
- Surveys (https://www.greencarcongress.com/surveys/)
- Sustainability (https://www.greencarcongress.com/sustainability/)
- SVO (https://www.greencarcongress.com/svo/)
- Synthetic Biology (https://www.greencarcongress.com/synthetic_biology/)
- TEF (https://www.greencarcongress.com/tef/)
- Telematics (https://www.greencarcongress.com/telematics/)
- Thermoelectrics (https://www.greencarcongress.com/thermoelectrics/)
- Tires (https://www.greencarcongress.com/tires/)
- Transmissions (https://www.greencarcongress.com/transmissions/)
- Trials (https://www.greencarcongress.com/trials/)
- Urban mobility (https://www.greencarcongress.com/urban-mobility/)
- V2X (https://www.greencarcongress.com/v2g/)
- Vehicle Dynamics (https://www.greencarcongress.com/vehicle-dynamics/)
- Vehicle Manufacturers (https://www.greencarcongress.com/vehicle_manufacturers/)
- Vehicle Systems (https://www.greencarcongress.com/vehicle_systems/)
- Waste Heat Recovery (https://www.greencarcongress.com/waste_heat_recovery/)
- Water (https://www.greencarcongress.com/water/)
- Wave and Tidal (https://www.greencarcongress.com/tidal/)
- Weight reduction (https://www.greencarcongress.com/weight-reduction/)
- Wind (https://www.greencarcongress.com/wind/)
- Wireless (https://www.greencarcongress.com/wireless/)

# EXHIBIT D

# Celgard Files Patent Infringement Lawsuit Against LG Chem, Ltd.

Email | Print Friendly | Share

January 30, 2014 16:15 ET | **Source:** Polypore International, Inc.

CHARLOTTE, N.C., Jan. 30, 2014 (GLOBE NEWSWIRE) -- Celgard, LLC ("Celgard"), a subsidiary of Polypore International, Inc. (NYSE:PPO), announced today that it has filed a complaint in the U.S. District Court of the Western District of North Carolina against LG Chem, Ltd. and LG Chem America, Inc. (collectively "LG").

The complaint alleges that LG has infringed Celgard's United States Patent No. 6,432,586 issued for an invention entitled "Separator for a High Energy Rechargeable Lithium Battery." The patent in the lawsuit covers ceramic composite layer lithium-ion battery separators first developed by Celgard for high-energy rechargeable lithium-ion batteries. This lawsuit has been filed following a lengthy period of unsuccessful discussions with LG regarding various business terms of its relationship with Celgard, including infringement of Celgard's patent. Celgard is represented by the law firm Kilpatrick Townsend & Stockton, LLP.

"Celgard has a long history of innovation in lithium-ion battery separators and is a proven world leader in this technology. We value long-term customer relationships, and we are interested in partnerships that reflect the value of our products in applications such as electric drive vehicles ("EDVs"), where exceptional safety and performance characteristics are critical," said Robert B. Toth, President and Chief Executive Officer of Polypore. "We supported LG for years under a formalized memorandum of understanding that was intended to result in a long-term supply agreement, investing substantial capital at their request and developing and qualifying high quality products with unique attributes. Unfortunately, after a long period of support and discussions, LG's recent approach and demands were simply unacceptable.

"Legal action is not a decision we take lightly. However, LG's recent approach in both consumer electronics and EDV applications leaves us with no choice," added Toth. "While LG has not confirmed this in writing to us as we requested, representatives of LG have verbally stated that they are attempting to qualify alternate sources of supply to Celgard separator—an action we believe constitutes further infringement of our coating patents. We are taking this action on behalf of our company and our shareholders to safeguard our assets, and we will continue to take appropriate steps to protect our intellectual property."

During the fourth quarter of 2013, Polypore recorded no revenues from LG and expects to report fourth quarter sales for the Electronics and EDVs segment to be in the low- to mid-$30 million range.

Polypore expects to announce its fourth quarter and full year 2013 financial results on February 24, 2014 after market close and will take questions regarding current business matters at that time.

**About Polypore International, Inc.**

Polypore International, Inc. is a global high technology filtration company specializing in microporous membranes. Polypore's flat sheet and hollow fiber membranes are used in specialized applications that require the removal or separation of various materials from liquids, primarily in the ultrafiltration and microfiltration markets. Based in Charlotte, NC, Polypore International, Inc. is a market leader with manufacturing facilities or sales offices in nine countries serving six continents. See www.polypore.net.

**Forward-Looking Statements**

This release contains statements that are forward-looking in nature. Statements that are predictive in nature, that depend upon or refer to future events or conditions or that include words such as "expects," "anticipates," "intends," "plans," "believes," "estimates," and similar expressions are forward-looking statements. These statements involve known and unknown risks, uncertainties and other factors that may cause our actual results and performance to be materially different from any future results or performance expressed or implied by these forward-looking statements. These factors include the following: the highly competitive nature of the markets in which we sell our products; the failure to continue to develop innovative products; the loss of our customers; the vertical integration by our customers of the production of our products into their own manufacturing process; increases in prices for raw materials or the loss of key supplier contracts; our substantial indebtedness; interest rate risk related to our variable rate

indebtedness; our inability to generate cash; restrictions related to the senior secured credit agreement; employee slowdowns, strikes or similar actions; product liability claims exposure; risks in connection with our operations outside the United States, including compliance with applicable anti-corruption laws; the incurrence of substantial costs to comply with, or as a result of violations of, or liabilities under, environmental laws; the failure to protect our intellectual property; the loss of senior management; the incurrence of additional debt, contingent liabilities and expenses in connection with future acquisitions; the failure to effectively integrate newly acquired operations; lithium market demand not materializing as anticipated; the absence of expected returns from the intangible assets we have recorded; and natural disasters, epidemics, terrorist acts and other events beyond our control. Additional information concerning these and other important factors can be found in Item 1A. "Risk Factors" of our most recent Annual Report on Form 10-K and subsequent reports filed with the Securities and Exchange Commission. Such forward-looking statements speak only as of the date of this press release. Polypore expressly disclaims any obligation to release publicly any updates or revisions to any forward-looking statements contained herein to reflect any change in Polypore's expectations with regard thereto or change in events, conditions or circumstances on which any statement is based.

Polypore International, Inc.

Investor Relations
Paul Clegg
(704) 587-8886

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

EVs are here. Try to keep up.
CHARGED
ELECTRIC VEHICLES MAGAZINE

(https://chargedevs.com)

(https://twitter.com/ChargedEVs) (https://www.facebook.com/ChargedEVs)

(http://www.linkedin.com/groups/CHARGED-Electric-Vehicles-Magazine-4197890)

(https://plus.google.com/100693067560191421765/)

SUBSCRIBE NOW (HTTPS://CHARGEDEVS.COM/SUBSCRIBE/)

# Celgard files suit against LG Chem over battery separator patent

Posted February 4, 2014 by Charles Morris (https://chargedevs.com/author/charles-morris/) filed under Newswire (https://chargedevs.com/category/newswire/), The Tech (https://chargedevs.com/category/newswire/the-tech/).




Celgard, a subsidiary of Polypore International (NYSE:PPO), has filed a complaint against LG Chem, alleging that the Korean chemical giant has infringed one of Celgard's US patents for a battery separator.

The patent in question covers ceramic composite layer lithium-ion battery separators. Celgard filed the lawsuit following a lengthy period of discussions with LG regarding the two companies' business relationship.

Battery separators, which keep anode and cathode apart (it would not be a happy meeting), are much in the news lately (http://chargedevs.com/newswire/polypore-and-sumitomo-sign-license-agreement-for-battery-separator-coating/). As demand for lithium-ion batteries grows, the companies that make these critical components are embroiled in a web of intrigue. LG Chem recently lost a lawsuit (http://chargedevs.com/newswire/sk-innovation-wins-battery-separator-patent-lawsuit/) with another Korean company, SK Innovation, which also involved battery separator patents.

"Celgard supported LG for years under a formalized memorandum of understanding that was intended to result in a long-term supply agreement, investing substantial capital at their request and developing and qualifying high-quality products with unique attributes," said Polypore CEO Robert B. Toth. "Unfortunately, after a long period of support and discussions, LG's recent approach and demands were simply unacceptable…representatives of LG have verbally stated that they are attempting to qualify alternate sources of supply to Celgard – an action we believe constitutes further infringement of our coating patents."

Separately, Polypore announced this week that Celgard has entered into a long-term agreement to supply separators to Samsung SDI.

*Source: Polypore (http://investor.polypore.net/releasedetail.cfm?releaseid=822260) via Green Car Congress (http://www.greencarcongress.com/2014/01/20140131-celgard1.html)Image courtesy of Celgard*

(https://www.facebook.com/sharer/sharer.php?u=https://chargedevs.com/newswire/celgard-files-suit-against-lg-chem-over-battery-separator-patent/)

(https://twitter.com/intent/tweet?text=Celgard%20files%20suit%20against%20LG%20Chem%20over%20battery%20separator%20patent&url=https%3A%2F%2Fchargedevs.com%2Fnewswire%2Fcelgard-files-suit-against-lg-chem-over-battery-separator-patent%2F&)

(https://plus.google.com/share?url=https://chargedevs.com/newswire/celgard-files-suit-against-lg-chem-over-battery-separator-patent/)

(http://www.linkedin.com/shareArticle?mini=true&title=Celgard%20files%20suit%20against%20LG%20Chem%20over%20battery%20separator%20patent&url=https://chargedevs.com/newswire/celgard-files-suit-against-lg-chem-over-battery-separator-patent/&summary=Celgard, a subsidiary of Polypore International (NYSE:PPO), has filed a complaint against LG Chem, a…)

(mailto:?subject=Please visit this link https://chargedevs.com/newswire/celgard-files-suit-against-lg-chem-over-battery-separator-patent/&body=Hey Buddy!, I found this information for you: "Celgard%20files%20suit%20against%20LG%20Chem%20over%20battery%20separator%20patent". Here is the website link: https://chargedevs.com/newswire/celgard-files-suit-against-lg-chem-over-battery-separator-patent/. Thank you.)

**Tags:** Celgard (https://chargedevs.com/tag/celgard/), LG Chem (https://chargedevs.com/tag/lg-chem/)



(https://www.odu-usa.com/applications/emobility/)

**0 Comments** Charged EVs Login

Recommend Tweet Share Sort by Best

Start the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

Subscribe Add Disqus to your siteAdd DisqusAdd Disqus' Privacy PolicyPrivacy PolicyPrivacy



(http://bit.ly/2JxmA3g)

SUBSCRIBE NOW » (HTTPS://CHARGEDEVS.COM/SUBSCRIBE/)



(https://www.fkdelvotec.com/en/products/ultrasonic-laserbonder/)

## GET DAILY CHARGED NEWS.

Your Email

JOIN



(http://www.beva-usa.com/program/?utm_source=Charged_EVs&utm_medium=Banner&utm_content=Brochure&utm_campaign=Charged_EVs)

- THIS WEEK'S POPULAR POSTS -



(https://chargedevs.com/newswire/here-we-go-again-german-research-institute-claims-diesels-are-cleaner-than-evs/) Here we go again: German research institute claims diesels are cleaner than EVs (https://chargedevs.com/newswire/here-we-go-again-german-research-institute-claims-diesels-are-cleaner-than-evs/)



(https://chargedevs.com/newswire/dana-launches-new-integrated-motor-and-inverter/) Dana launches new integrated motor and inverter (https://chargedevs.com/newswire/dana-launches-new-integrated-motor-and-inverter/)



(https://chargedevs.com/newswire/vw-introduces-electric-suv-for-chinese-market-with-wireless-charging-and-level-4-autonomy/) VW introduces electric SUV for Chinese market, with wireless charging and Level 4 autonomy (https://chargedevs.com/newswire/vw-introduces-electric-suv-for-chinese-market-with-wireless-charging-and-level-4-autonomy/)




(http://exhibit.ubmamevents.com/Novi19_ChargedEV)



(https://www.wattzilla.com/)

- CHARGED SPONSORED EVENTS -



(https://www.powertodrive.de/en/home.html)



(http://www.evtechexpo.eu/visit/welcome-to-ev-tech-expo/?actioncode=NTWO000139AJB)



(https://evs32.org/)



(https://lp.events.ascential.com/Registration-Form-CWIEME-BERLIN-EN.html?actioncode=PRT70)



(http://www.batteryseminars.com/)



(http://www.calex.com/)

SUBSCRIBE NOW (HTTPS://CHARGEDEVS.COM/SUBSCRIBE/)

HOME (/) PRIVACY POLICY (HTTPS://CHARGEDEVS.COM/PRIVACY-POLICY/)

WHITEPAPERS/WEBINARS (HTTPS://CHARGEDEVS.COM/WHITEPAPERS/)

SPONSORED CONTENT (HTTPS://CHARGEDEVS.COM/CATEGORY/SPONSORED/) ADVERTISE (HTTPS://CHARGEDEVS.COM/ADVERTISE/)

© 2019 Isentropic Media. All rights reserved.

(http://www.chargedevs.com/feed)

×

- Home (http://www.greencarcongress.com/)
- About (http://www.greencarcongress.com/about3.html)
- Contact (http://www.greencarcongress.com/about3.html#contact)
- RSS (http://feeds2.feedburner.com/greencarcongress/TrBK)
- GCC Twitter (http://twitter.com/GreenCarCongres)
- Newsletter (http://bioage.typepad.com/test_site/newsletter-subscription.html)

Home (http://www.greencarcongress.com/) About (http://www.greencarcongress.com/about3.html) Contact (http://www.greencarcongress.com/about3.html#contact) RSS (http://feeds2.feedburner.com/greencarcongress/TrBK) GCC Twitter (http://twitter.com/GreenCarCongres) Newsletter (http://bioage.typepad.com/test_site/newsletter-subscription.html)

(https://www.greencarcongress.com/2014/01/20140131-obamaarctic.html) Obama Administration releases implementation plan for the National Strategy for the Arctic Region (https://www.greencarcongress.com/2014/01/20140131-obamaarctic.html)
Samsung SDI to use Celgard separator in electric drive vehicle and storage system Li-ion batteries (https://www.greencarcongress.com/2014/01/20140131-celgard2.html) (https://www.greencarcongress.com/2014/01/20140131-celgard2.html)

# Celgard files patent infringement lawsuit against LG Chem over Li-ion separator technology (https://www.greencarcongress.com/2014/01/20140131-celgard1.html)

31 January 2014 (https://www.greencarcongress.com/2014/01/20140131-celgard1.html)

Celgard, LLC, a subsidiary of Polypore International, Inc., filed (http://investor.polypore.net/releasedetail.cfm?releaseid=822260) a complaint in the US District Court of the Western District of North Carolina against LG Chem, Ltd. and LG Chem America, Inc.. The complaint alleges that LG has infringed Celgard's United States Patent Nº 6,432,586 issued for an invention entitled "Separator for a High Energy Rechargeable Lithium Battery."

The patent in the lawsuit covers ceramic composite layer lithium-ion battery separators developed by Celgard for high-energy rechargeable lithium-ion batteries. This lawsuit has been filed following a lengthy period of unsuccessful discussions with LG regarding various business terms of its relationship with Celgard, including infringement of Celgard's patent. Celgard is represented by the law firm Kilpatrick Townsend & Stockton, LLP.

Celgard battery separators are polypropylene (PP), polyethylene (PE), or trilayer PP/PE/PP electrolytic separator membranes.

Earlier in January, LG announced that it obtained a patent for its safety-reinforced separator (SRS) in Europe and Japan. LG Chem now has SRS patents in five regions, including South Korea, the United States and China. SRS uses nanoscale ceramic particles to prevent internal short circuits. LG Chem is also embroiled in litigation with another S. Korean company, SK Innovation, over the separator technology. (Earlier post (http://www.greencarcongress.com/2014/01/20140122-lgchem.html).)

Separately, Polypore announced that Celgard and Samsung SDI Co., Ltd. have entered (http://investor.polypore.net/releasedetail.cfm?releaseid=822261) into a long-term supply agreement under which Samsung will purchase Celgard brand separator to be used in its electric drive vehicle and energy storage system lithium-ion batteries. (Earlier post (http://www.greencarcongress.com/2014/01/20140131-celgard2.html).)

> *Celgard has a long history of innovation in lithium-ion battery separators and is a proven world leader in this technology. We value long-term customer relationships, and we are interested in partnerships that reflect the value of our products in applications such as electric drive vehicles (EDVs), where exceptional safety and performance characteristics are critical.*

> *We supported LG for years under a formalized memorandum of understanding that was intended to result in a long-term supply agreement, investing substantial capital at their request and developing and qualifying high quality products with unique attributes. Unfortunately, after a long period of support and discussions, LG's recent approach and demands were simply unacceptable.*

> *Legal action is not a decision we take lightly. However, LG’s recent approach in both consumer electronics and EDV applications leaves us with no choice. While LG has not confirmed this in writing to us as we requested, representatives of LG have verbally stated that they are attempting to qualify alternate sources of supply to Celgard separator—an action we believe constitutes further infringement of our coating patents. We are taking this action on behalf of our company and our shareholders to safeguard our assets, and we will continue to take appropriate steps to protect our intellectual property.*
>
> —Robert B. Toth, President and CEO of Polypore

During the fourth quarter of 2013, Polypore recorded no revenues from LG and expects to report fourth quarter sales for the Electronics and EDVs segment to be in the low- to mid-$30 million range.

Posted on 31 January 2014 in Brief (https://www.greencarcongress.com/brief/) | Permalink (https://www.greencarcongress.com/2014/01/20140131-celgard1.html) | Comments (1) (https://www.greencarcongress.com/2014/01/20140131-celgard1.html#comments)

## Comments

So many people are trying to get $$$M from Samsung with doubtful claims. This may be another one of them.

Unfortunately, all those legal claims can slow the arrival of improved batteries and benefit Oilcos and ICEVs manufacturers.

Posted by: HarveyD (https://profile.typepad.com/harveyd) | 31 January 2014 at 10:11 AM (https://www.greencarcongress.com/2014/01/20140131-celgard1.html?cid=6a00d8341c4fbe53ef01a51160627c970c#comment-6a00d8341c4fbe53ef01a51160627c970c)

## Verify your Comment

## Previewing your Comment

Posted by: |

This is only a preview. Your comment has not yet been posted.

Post

Edit

Your comment could not be posted. Error type:
Your comment has been posted. Post another comment
The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.

Continue

# Post a comment

Sign in with Typepad (https://www.typekey.com/t/typekey/login?v=1.0&t=a77d9ef9cd4458af6485b3393d3b36dd283b747b&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2014%2F01%2F20140131-celgard1.html&_portal=typepad) Facebook (https://www.typekey.com/t/typekey/login?v=1.0&t=a77d9ef9cd4458af6485b3393d3b36dd283b747b&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2014%2F01%2F20140131-celgard1.html&_portal=typepad&service=facebook) Twitter (https://www.typekey.com/t/typekey/login?v=1.0&t=a77d9ef9cd4458af6485b3393d3b36dd283b747b&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2014%2F01%2F20140131-celgard1.html&_portal=typepad&service=twitter) Google+ (https://www.typekey.com/t/typekey/login?v=1.0&t=a77d9ef9cd4458af6485b3393d3b36dd283b747b&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2014%2F01%2F20140131-celgard1.html&_portal=typepad&service=gplus)and more... (https://www.typekey.com/t/typekey/login?v=1.0&t=a77d9ef9cd4458af6485b3393d3b36dd283b747b&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2014%2F01%2F20140131-celgard1.html&_portal=typepad&service=openid)

Custom Search

# In Brief

FCA selects HARMAN (Samsung) and Google Technologies for New global connected vehicle ecosystem (https://www.greencarcongress.com/2019/05/20190501-fca.html)

Cummins reviewing emissions certification and compliance process for its pickup truck applications (https://www.greencarcongress.com/2019/05/20190501-cummins.html)

Agility launches 6x2 44-tonne CNG tractor and trailer-mounted CNG system for UK market (https://www.greencarcongress.com/2019/05/20190521-agility.html)

---

Toyota selects Novelis as aluminum supplier for 2019 RAV4; Advanz 6HS – s600 and Advanz 6HS – e600 (https://www.greencarcongress.com/2019/05/20190501-toyota.html)

---

Nouryon signs deal with SulNOx for additives for the fuels market (https://www.greencarcongress.com/2019/05/20190501-nouryon.html)

---

NuScale and DHIC partner on deploymeny of NuScale SMR (https://www.greencarcongress.com/2019/04/20190430-nuscale.html)

---

Ballard launches turnkey hydrogen fuel cell solutions for commercial unmanned aerial vehicles (https://www.greencarcongress.com/2019/04/20190429-fcair.html)

---

Semcon develops cloud solution for autonomous drones (https://www.greencarcongress.com/2019/04/20190429-semcon.html)

---

New green RoRo vessels for Finnlines designed by KNUD E. HANSEN (https://www.greencarcongress.com/2019/04/20190427-hansen.html)

---

Continental introduces first tire optimized for electric buses in city traffic (https://www.greencarcongress.com/2019/04/20190426-conti.html)

---

Zero Motorcycles closes $25M round, bringing aggregate investment to >$250M (https://www.greencarcongress.com/2019/04/20190426-zero.html)

---

Velodyne Lidar, Nikon announce manufacturing agreement for mass production of Velodyne lidar sensors (https://www.greencarcongress.com/2019/04/20190426-velodyne.html)

---

Grove Hydrogen partners with Hofer on electric drive solutions (https://www.greencarcongress.com/2019/04/20190425-grove.html)

---

Penske Truck Leasing to deploy heavy-duty DC fast charging stations in SoCal (https://www.greencarcongress.com/2019/04/20190425-penske.html)

---

Trillium debuts new recharging product for electric vehicle fleets (https://www.greencarcongress.com/2019/04/20190425-trillium.html)

---

Austin becomes fifth city in Texas to purchase Proterra battery-electric buses (https://www.greencarcongress.com/2019/04/20190425-proterra.html)

CDFA and CARB launch public-private partnership to advance carbon farming (https://www.greencarcongress.com/2019/04/20190425-arb.html)

Tweets by @mmillikin



Mike Millikin
@mmillikin

Daimler will pull Smart mini-cars out of United States, Canada - Reuters reuters.com/article/us-dai...

Embed View on Twitter

EVConnect launches certification program for electric vehicle charging station manufacturers (https://www.greencarcongress.com/2019/04/20190424-evconnect.html)

Sandia releases QuESt v1.2 open-source software for energy storage (https://www.greencarcongress.com/2019/04/20190424-quest.html)

SP VICTALL partners with JMC on first composite pickup box in China; reduced weight and cost (https://www.greencarcongress.com/2019/04/20190424-jmc.html)

# Archives (https://www.greencarcongress.com/archives.html)

- May 2019 (http://www.greencarcongress.com/2019/05/index.html)
- April 2019 (http://www.greencarcongress.com/2019/04/index.html)
- March 2019 (http://www.greencarcongress.com/2019/03/index.html)
- February 2019 (http://www.greencarcongress.com/2019/02/index.html)
- January 2019 (http://www.greencarcongress.com/2019/01/index.html)
- December 2018 (http://www.greencarcongress.com/2018/12/index.html)
- November 2018 (http://www.greencarcongress.com/2018/11/index.html)
- October 2018 (http://www.greencarcongress.com/2018/10/index.html)
- September 2018 (http://www.greencarcongress.com/2018/09/index.html)
- August 2018 (http://www.greencarcongress.com/2018/08/index.html)

More... (https://www.greencarcongress.com/archives.html)

# Categories (https://www.greencarcongress.com/archives.html)

- 3D printing (https://www.greencarcongress.com/3d-printing/)
- 48V (https://www.greencarcongress.com/48v/)
- 5G (https://www.greencarcongress.com/5g/)
- Additives (https://www.greencarcongress.com/additives/)
- Africa (https://www.greencarcongress.com/africa/)

- AI (https://www.greencarcongress.com/ai/)
- Algae (https://www.greencarcongress.com/algae/)
- Algal Fuels (https://www.greencarcongress.com/algal_fuels/)
- Ammonia (https://www.greencarcongress.com/ammonia/)
- Arctic (https://www.greencarcongress.com/arctic/)
- ARPA-E (https://www.greencarcongress.com/arpa-e/)
- Australia (https://www.greencarcongress.com/australia/)
- Auto X-Prize (https://www.greencarcongress.com/auto-x-prize/)
- Autonomous driving (https://www.greencarcongress.com/autonomous-driving/)
- Aviation (https://www.greencarcongress.com/aviation/)
- B2U (https://www.greencarcongress.com/b2u/)
- B2V (https://www.greencarcongress.com/b2v/)
- Batteries (https://www.greencarcongress.com/batteries/)
- Behavior (https://www.greencarcongress.com/behavior/)
- Big Data (https://www.greencarcongress.com/big-data/)
- Bio-hydrocarbons (https://www.greencarcongress.com/biohydrocarbons/)
- Bio-hydrogen (https://www.greencarcongress.com/biohydrogen/)
- Bio-polymers (https://www.greencarcongress.com/biopolymers/)
- Biobutanol (https://www.greencarcongress.com/biobutanol/)
- Biodiesel (https://www.greencarcongress.com/biodiesel/)
- Biogasoline (https://www.greencarcongress.com/biogasoline/)
- Biomass (https://www.greencarcongress.com/biomass/)
- Biomass-to-Liquids (BTL) (https://www.greencarcongress.com/biomasstoliquids_btl/)
- Biomethane (https://www.greencarcongress.com/biomethane/)
- Biorefinery (https://www.greencarcongress.com/biorefinery/)
- Biotech (https://www.greencarcongress.com/biotech/)
- Black carbon (https://www.greencarcongress.com/black-carbon/)
- Blockchain (https://www.greencarcongress.com/blockchain/)
- Brazil (https://www.greencarcongress.com/brazil/)
- Brief (https://www.greencarcongress.com/brief/)
- Canada (https://www.greencarcongress.com/canada/)
- Car Sharing (https://www.greencarcongress.com/car_sharing/)
- Carbon Capture and Conversion (CCC) (https://www.greencarcongress.com/carbon-capture-and-conversion-ccc/)
- Carbon Capture and Storage (CCS) (https://www.greencarcongress.com/carbon_capture_and_storage_ccs/)
- Catalysts (https://www.greencarcongress.com/catalysts/)
- Cellulosic ethanol (https://www.greencarcongress.com/cellulosic_ethanol/)
- China (https://www.greencarcongress.com/china/)
- Cities (https://www.greencarcongress.com/cities/)
- City car (https://www.greencarcongress.com/city_car/)
- Climate Change (https://www.greencarcongress.com/climate_change/)
- Climate Change Adaptation (https://www.greencarcongress.com/climate_change_adaptation/)
- Climate models (https://www.greencarcongress.com/climate_models/)
- Co-Optima (https://www.greencarcongress.com/co-optima/)
- Coal (https://www.greencarcongress.com/coal/)
- Coal-to-Liquids (CTL) (https://www.greencarcongress.com/coaltoliquids_ctl/)
- Compressed Air Engines (https://www.greencarcongress.com/compressed_air_engines/)
- Concept Engines (https://www.greencarcongress.com/concept_engines/)
- Conferences and other events (https://www.greencarcongress.com/conferences_and_other_events/)
- Connected vehicles (https://www.greencarcongress.com/connected_vehicles/)
- Controls and controllers (https://www.greencarcongress.com/controls-and-controllers/)

- Conversions (https://www.greencarcongress.com/conversions/)
- CV2X (https://www.greencarcongress.com/cv2x/)
- D-I-Y (https://www.greencarcongress.com/diy/)
- Deepwater (https://www.greencarcongress.com/deepwater/)
- Diesel (https://www.greencarcongress.com/diesel/)
- DME (https://www.greencarcongress.com/dme/)
- DMF (https://www.greencarcongress.com/dmf/)
- Driver Assistance Systems (https://www.greencarcongress.com/driver-assistance-systems/)
- Electric (Battery) (https://www.greencarcongress.com/electric_battery/)
- Emissions (https://www.greencarcongress.com/emissions/)
- Engines (https://www.greencarcongress.com/engines/)
- Environmental Justice (https://www.greencarcongress.com/environmental-justice/)
- Enzymes (https://www.greencarcongress.com/enzymes/)
- Ethanol (https://www.greencarcongress.com/ethanol/)
- Europe (https://www.greencarcongress.com/europe/)
- Exascale computing (https://www.greencarcongress.com/exascale-computing/)
- Fleets (https://www.greencarcongress.com/fleets/)
- Forecasts (https://www.greencarcongress.com/forecasts/)
- Friction (https://www.greencarcongress.com/friction/)
- Fuel Cells (https://www.greencarcongress.com/fuel_cells/)
- Fuel Efficiency (https://www.greencarcongress.com/fuel_efficiency/)
- Fuels (https://www.greencarcongress.com/fuels/)
- Gas-to-Liquids (GTL) (https://www.greencarcongress.com/gastoliquids_gtl/)
- Gasification (https://www.greencarcongress.com/gasification/)
- Geoengineering (https://www.greencarcongress.com/geoengineering/)
- Geothermal (https://www.greencarcongress.com/geothermal/)
- Graphene (https://www.greencarcongress.com/graphene/)
- Green Chemistry (https://www.greencarcongress.com/green-chemistry/)
- Health (https://www.greencarcongress.com/health/)
- Heavy-duty (https://www.greencarcongress.com/heavyduty/)
- High Octane Fuels (https://www.greencarcongress.com/high-octane-fuels/)
- High Performance Computing (https://www.greencarcongress.com/high-performance-computing/)
- HMI (https://www.greencarcongress.com/hmi/)
- Hybrids (https://www.greencarcongress.com/hybrids/)
- Hydraulic Hybrid (https://www.greencarcongress.com/hydraulic_hybrid/)
- Hydrogen (https://www.greencarcongress.com/h2/)
- Hydrogen Production (https://www.greencarcongress.com/hydrogen_production/)
- Hydrogen Storage (https://www.greencarcongress.com/hydrogen_storage/)
- India (https://www.greencarcongress.com/india/)
- Industry 4.0 (https://www.greencarcongress.com/industry-40/)
- Infrastructure (https://www.greencarcongress.com/infrastructure/)
- Intelligent Transportation Systems (ITS) (https://www.greencarcongress.com/intelligent_transportation_systems_its/)
- Internet of Things (https://www.greencarcongress.com/internet-of-things/)
- Japan (https://www.greencarcongress.com/japan/)
- Land use (https://www.greencarcongress.com/land-use/)
- Latin America (https://www.greencarcongress.com/latin_america/)
- LCFS (https://www.greencarcongress.com/lcfs/)
- LFG (https://www.greencarcongress.com/lfg/)
- Li-O2 (https://www.greencarcongress.com/li-o2/)
- Li-Sulfur (https://www.greencarcongress.com/li-sulfur/)

Green Car Congress (http://WWW.GREENCARCONGRESS.COM/) © 2004-2019 BioAge Group, LLC. All Rights Reserved.

Top

- Lifecycle analysis (https://www.greencarcongress.com/lifecycle_analysis/)
- Lighting (https://www.greencarcongress.com/lighting/)
- LNG (https://www.greencarcongress.com/lng/)
- Low Temperature Combustion (https://www.greencarcongress.com/low-temperature-combustion/)
- LPG (https://www.greencarcongress.com/lpg/)
- LSV/NEV (https://www.greencarcongress.com/lsvnev/)
- Lubricating Oils (https://www.greencarcongress.com/lubricating_oils/)
- Manufacturing (https://www.greencarcongress.com/manufacturing/)
- Mapping (https://www.greencarcongress.com/mapping/)
- Market Background (https://www.greencarcongress.com/market_background/)
- Materials (https://www.greencarcongress.com/materials/)
- Methanol (https://www.greencarcongress.com/methanol/)
- Micro-mobility (https://www.greencarcongress.com/micro-mobility/)
- Microprocessors and controls (https://www.greencarcongress.com/microprocessors-and-controls/)
- Middle East (https://www.greencarcongress.com/middle_east/)
- Mobility (https://www.greencarcongress.com/mobility/)
- Mobility services (https://www.greencarcongress.com/mobility-services/)
- Motors (https://www.greencarcongress.com/motors/)
- Motorsport (https://www.greencarcongress.com/motorsport/)
- Nanotech (https://www.greencarcongress.com/nanotech/)
- Natural Gas (https://www.greencarcongress.com/natural_gas/)
- Nuclear (https://www.greencarcongress.com/nuclear/)
- Ocean acidification (https://www.greencarcongress.com/ocean_acidification/)
- Off-road (https://www.greencarcongress.com/offroad/)
- Oil (https://www.greencarcongress.com/oil/)
- Oil sands (https://www.greencarcongress.com/oil_sands/)
- Oil Shale (https://www.greencarcongress.com/oil_shale/)
- Opinion (https://www.greencarcongress.com/opinion/)
- Optima (https://www.greencarcongress.com/optima/)
- Other Asia (https://www.greencarcongress.com/other_asia/)
- Other Powertrains (https://www.greencarcongress.com/other_powertrains/)
- Personal Transit (https://www.greencarcongress.com/personal_transit/)
- Personalities (https://www.greencarcongress.com/personalities/)
- Perspective (https://www.greencarcongress.com/perspective/)
- Plastics (https://www.greencarcongress.com/plastics/)
- Plug-ins (https://www.greencarcongress.com/plugins/)
- Polar (https://www.greencarcongress.com/polar/)
- Policy (https://www.greencarcongress.com/policy/)
- Ports and Marine (https://www.greencarcongress.com/ports_and_marine/)
- Power Electronics (https://www.greencarcongress.com/power_electronics/)
- Power Generation (https://www.greencarcongress.com/power_generation/)
- Power-to-Gas (https://www.greencarcongress.com/power-to-gas/)
- Power-to-Liquids (https://www.greencarcongress.com/power-to-liquids/)
- Powertrain materials (https://www.greencarcongress.com/powertrain-materials/)
- Quantum computing (https://www.greencarcongress.com/quantum-computing/)
- Racing (https://www.greencarcongress.com/racing/)
- Rail (https://www.greencarcongress.com/rail/)
- Recycling (https://www.greencarcongress.com/recycling/)
- Regulations (https://www.greencarcongress.com/regulations/)
- Research (https://www.greencarcongress.com/research/)
- Resilience (https://www.greencarcongress.com/climate-resilience/)

- Resources (https://www.greencarcongress.com/resources/)
- Ridesharing (https://www.greencarcongress.com/ridesharing/)
- Robotics (https://www.greencarcongress.com/robotics/)
- Russia (https://www.greencarcongress.com/russia/)
- Safety (https://www.greencarcongress.com/safety/)
- Sales (https://www.greencarcongress.com/sales/)
- Science (https://www.greencarcongress.com/science/)
- Security (https://www.greencarcongress.com/security/)
- Sensors (https://www.greencarcongress.com/sensors/)
- Simulation (https://www.greencarcongress.com/simulation/)
- Smart charging (https://www.greencarcongress.com/smart-charging/)
- Smart Grid (https://www.greencarcongress.com/smart-grid/)
- Solar (https://www.greencarcongress.com/solar/)
- Solar fuels (https://www.greencarcongress.com/solar-fuels/)
- Solid-state (https://www.greencarcongress.com/solid-state/)
- SSVs (https://www.greencarcongress.com/ssvs/)
- Standards (https://www.greencarcongress.com/standards/)
- Surveys (https://www.greencarcongress.com/surveys/)
- Sustainability (https://www.greencarcongress.com/sustainability/)
- SVO (https://www.greencarcongress.com/svo/)
- Synthetic Biology (https://www.greencarcongress.com/synthetic_biology/)
- TEF (https://www.greencarcongress.com/tef/)
- Telematics (https://www.greencarcongress.com/telematics/)
- Thermoelectrics (https://www.greencarcongress.com/thermoelectrics/)
- Tires (https://www.greencarcongress.com/tires/)
- Transmissions (https://www.greencarcongress.com/transmissions/)
- Trials (https://www.greencarcongress.com/trials/)
- Urban mobility (https://www.greencarcongress.com/urban-mobility/)
- V2X (https://www.greencarcongress.com/v2g/)
- Vehicle Dynamics (https://www.greencarcongress.com/vehicle-dynamics/)
- Vehicle Manufacturers (https://www.greencarcongress.com/vehicle_manufacturers/)
- Vehicle Systems (https://www.greencarcongress.com/vehicle_systems/)
- Waste Heat Recovery (https://www.greencarcongress.com/waste_heat_recovery/)
- Water (https://www.greencarcongress.com/water/)
- Wave and Tidal (https://www.greencarcongress.com/tidal/)
- Weight reduction (https://www.greencarcongress.com/weight-reduction/)
- Wind (https://www.greencarcongress.com/wind/)
- Wireless (https://www.greencarcongress.com/wireless/)

# EXHIBIT E

Maekyung Media Group ›

Sign In | Register

KOSPI 2,213.21 33.90 (+1.56%) KOSDAQ 749.88 8.88 (+1.20%) Dollar/Won 1,168.20 9.70 (+0.84%) more +

Pulse by Maeil Business News Korea

Biz & Company | Tech | Market | Economy | Seoul | Asia | K-wave

Home > Biz&Company

# SK Innovation to expand production of lithium-ion battery separators

2016.04.28 18:07:54 | 2016.04.28 19:36:48



SK Innovation Co., the energy solutions arm of South Korean conglomerate SK Group, said on Thursday that it has decided to expand its manufacturing facility in Jeungpyeong, North Chungcheong, to ramp up output of lithium-ion battery separators (LiBS), a core component in developing electric vehicles. Ground-breaking is set for May.

LiBS is a technological component that separates negative and positive electrodes in smartphone and electric vehicle batteries that help prevent possible explosion or ignition. SK Innovation was the first in the country and third in the world to develop its own commercial-use battery separators in 2004. The nine production lines at the company's facility in Jeungpyeong is responsible for 17 percent of global LiBS demand.

According to SK Innovation, once it completes the construction of expanding its manufacturing facility in the first half of 2018, the company will be capable of producing 330 million square meters of LiBS per year. The volume is enough to be fit and support 1 million all-electric vehicles.

MOST READ MOST RECENT

1 Korea's JB Financial posts best-ever net profit in Q1
2 S. Korean Pres vows gov't support to foster non-memory chip ..
3 LG Electronics Q1 OP down 18.7% on yr due to money-losing mo..
4 BAE Systems continues supporting Malaysia for LCA enhancemen..
5 Air passengers rise 6.4 percent in Q1, exceeding 30mn for fi..
6 Samsung Electro-Mechanics Q1 OP up 23.6% on yr, down 25% on ..
7 Lotte Mart opens special toy sales event on Apr. 25-May. 7
8 Samsung SDI Q1 OP halves on qtr due to ESS fire scare
9 Samsung Electronics admits discovering defects in Galaxy Fol..
10 Korea's venture investment hits all-time quarterly high of $..

Ad
Download The 2018 Phase I CRO Quality Rankings
Worldwide Clinical Trials Download

SAVE THE DATE THE 20th WORLD KNOWLEDGE FORUM Sep. 25(Wed) - 27(Fri), 2019 | Seoul, Korea

WEATHER
Seoul

Wed 1 May 2019

WED 14.0℃ THURS 10/23℃ FRI 11/25℃ SAT 13/25℃

FOLLOW US

Get Newsletters

An unnamed official from SK Innovation said that demand for battery separators has been on a rise in sync with rapid growth in the world's electric vehicle and smartphone market. The company will become the world's second-largest LiBS producer after expansion and reach closer to its goal of becoming the world's largest by 2020.

The decision to expand its production facility is known to have picked up speed after SK Innovation ended the three-year court battle with Celgard - now Asahi Kasei - a Japanese producer of battery separators, over patent rights last month. The dispute first began in 2013 when the Japanese company filed a lawsuit against SK Innovation claiming that it was using its patented technologies with regard to LiBS.

SK Innovation sold 1 trillion won ($875 million) of battery separators so far since it began commercial production in 2005. Another SK Innovation official said that one in every five laptops and mobile phones in the world uses batteries that are fitted with SK Innovation's LiBS.

Meanwhile, SK Innovation has also been aggressive in expanding its presence in the electric vehicle battery business, based on the LiBS technology. In July, last year, the company increased the annual production capacity of its battery plant in Seosan, North Chungcheong, from 15,000 units to 30,000 units per year. In March - only after 8 months - the company announced additional expansion in the production by 10,000 units.

By Chung Wook

Read in Korean

[ⓒ Pulse by Maeil Business News Korea & mk.co.kr, All rights reserved]

PHOTOS 1/10



Maeil Business Newspaper, ECCK co-host GAII 2019 in Seoul

Pulse by Maeil Business News Korea

About Us Terms of Service Privacy Policy Advertising Contact Us

Copyright ⓒ Pulse by Maeil Business News Korea. All rights reserved.

BUSINESSKOREA Since 1983



Lithium-ion Battery Separator

# SK Innovation to Seek to Win Largest Share in Global EV Battery Membrane Market

By Jung Min-hee | 2016.04.29 01:15



An employee at SK Innovation's plant in Jeungpyeong, North Chungcheong Province, holds a lithium-ion battery separator (LiBS), a core component for EV batteries.

SK Innovation Co., the energy solutions arm of SK Group, will seek to increase the production of lithium-ion battery separator (LiBS), a core component for electric vehicle (EV) batteries, by 30 percent and win the largest share in the global market by 2020.

The company announced on Apr. 28 that it will start the construction to expand two LiBS production lines (unit 10 and 11) at the Jeungpyeong plant in North Chungcheong Province from next month.

LiBS is a technological component that separates negative and positive electrodes in smartphone and EV batteries that help prevent possible explosion or ignition. It is a micrometer-thin film divided into dry or wet according to the manufacturing methods. SK Innovation produces wet LiBS, which takes more money to produce but has excellence in quality and strength.

Once the company completes the construction of expanding its manufacturing facility in the first half of 2018, it will be capable of producing 330 million square meters of LiBS per year. The volume is enough to be fit and support 1 million all-electric vehicles.

SK Innovation, the world's second-largest LiBS producer with a 26 percent share in the wet LiBS market as of 2015, plans to become the world's largest after expansion by 2020, surpassing Japan's Asahi Kasei.

The company ended the three-year court battle with Celgard, the current Asahi Kasei, over separator patent rights by mutual consent last month, removing uncertainties.

SK Innovation was the first in the country and third in the world to develop its own commercial-use battery separators in 2004, and begin the first commercial production at the first line in the Cheongju plant, North Chungcheong Province, in Jan. 20015. The company accomplished surplus in two years after the commercial production and increased the number of its production lines to nine in 2014.

SK Innovation plans to diversify its business portfolio by strengthening new businesses, like EV battery, in addition to existing refining and petrochemical businesses in a bid to establish a business structure that make a profit despite the economic recession.

**Jung Min-hee**

# EXHIBIT F

# Celgard Files Lawsuit Against MTI Corporation for Patent Infringement of Ceramic Coated Separators Used in Lithium Batteries

English

NEWS PROVIDED BY
**Polypore International, LP →**
Dec 13, 2018, 18:15 ET

CHARLOTTE, N.C., Dec. 13, 2018 /PRNewswire/ -- Celgard, LLC ("Celgard"), a subsidiary of Polypore International, LP, filed a complaint in U.S. District Court for the Northern District of California against MTI Corporation ("MTI"), seller of ceramic coated separators for lithium batteries in Richmond, California, USA.

The complaint alleges that MTI has infringed Celgard's United States Patent No. 6,432,586 issued for an invention entitled "Separator for a High Energy Rechargeable Lithium Battery." The patent in the lawsuit covers ceramic composite layer lithium-ion battery separators first developed by Celgard for high-energy rechargeable lithium-ion batteries. The lawsuit seeks an injunction preventing MTI from selling ceramic coated battery separators that infringe Celgard's patent and it also seeks compensation for damages.

A separate complaint filed by Celgard in U.S. District Court for the Western District of North Carolina against MTI seeks an injunction preventing MTI from infringing trademarks and from selling unauthorized and counterfeit ceramic coated battery separators with the Celgard® registered brand name and Celgard® labeling, and also seeks compensation for damages.

Celgard is taking these actions to safeguard its assets and customers, and will continue to take appropriate steps to prevent the unfair exploitation of its intellectual property.

**About Celgard, LLC**

Celgard, LLC specializes in developing, manufacturing and marketing coated and uncoated dry-process microporous membranes used as separators in various lithium-ion batteries that play a critical role in the performance, life and safety of lithium battery cells. Celgard's battery separator technology is used in lithium batteries for electric drive vehicles, energy storage systems and other specialty applications.

Celgard is a wholly-owned subsidiary of Polypore International, LP. For more information, visit www.celgard.com

**About Polypore International, LP**

Polypore International, LP, an Asahi Kasei Group company, specializes in highly-engineered microporous membranes used in electric drive vehicles, energy storage systems and emergency backup power systems, portable consumer electronic devices, cars, trucks, buses, and forklifts. A global high-technology company based in Charlotte, North Carolina, Polypore International, LP is highly regarded in the market with manufacturing facilities or sales offices in nine countries serving six continents. For more information, visit www.polypore.com.

SOURCE Polypore International, LP

Related Links

polypore.net

×

- Home (http://www.greencarcongress.com/)
- About (http://www.greencarcongress.com/about3.html)
- Contact (http://www.greencarcongress.com/about3.html#contact)
- RSS (http://feeds2.feedburner.com/greencarcongress/TrBK)
- GCC Twitter (http://twitter.com/GreenCarCongres)
- Newsletter (http://bioage.typepad.com/test_site/newsletter-subscription.html)

Home (http://www.greencarcongress.com/) About (http://www.greencarcongress.com/about3.html) Contact (http://www.greencarcongress.com/about3.html#contact) RSS (http://feeds2.feedburner.com/greencarcongress/TrBK) GCC Twitter (http://twitter.com/GreenCarCongres) Newsletter (http://bioage.typepad.com/test_site/newsletter-subscription.html)

# Celgard sues MTI for patent infringement of ceramic-coated separators used in Li-ion batteries (https://www.greencarcongress.com/2018/12/20181214-celgard.html)

14 December 2018 (https://www.greencarcongress.com/2018/12/20181214-celgard.html)

Celgard, LLC, a subsidiary of Polypore International, LP, filed (https://prnmedia.prnewswire.com/news-releases/celgard-files-lawsuit-against-mti-corporation-for-patent-infringement-of-ceramic-coated-separators-used-in-lithium-batteries-300765517.html?c=n) a complaint in U.S. District Court for the Northern District of California against MTI Corporation, seller of ceramic coated separators for lithium batteries in Richmond, California.

The complaint alleges that MTI has infringed Celgard's United States Patent Nº 6,432,586 issued for an invention entitled "Separator for a High Energy Rechargeable Lithium Battery." The patent in the lawsuit covers ceramic composite layer lithium-ion battery separators first developed by Celgard for high-energy rechargeable lithium-ion batteries. The lawsuit seeks an injunction preventing MTI from selling ceramic coated battery separators that infringe Celgard's patent and it also seeks compensation for damages.

A separate complaint filed by Celgard in US District Court for the Western District of North Carolina against MTI seeks an injunction preventing MTI from infringing trademarks and from selling unauthorized and counterfeit ceramic coated battery separators with the Celgard registered brand name and Celgard labeling, and also seeks compensation for damages.

Celgard said it is taking these actions to safeguard its assets and customers, and will continue to take appropriate steps to prevent the unfair exploitation of its intellectual property.

Posted on 14 December 2018 in Brief (https://www.greencarcongress.com/brief/) | Permalink (https://www.greencarcongress.com/2018/12/20181214-celgard.html) | Comments (0) (https://www.greencarcongress.com/2018/12/20181214-celgard.html#comments)

## Comments

## Verify your Comment

## Previewing your Comment

Posted by: |

This is only a preview. Your comment has not yet been posted.

Case 5:19-cv-02401-VKD Document 69 Filed 08/15/19 Page 83 of 128 PageID #: 3157

Post

Edit

Your comment could not be posted. Error type:
Your comment has been posted. Post another comment
The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.

Continue

# Post a comment

Sign in with Typepad (https://www.typekey.com/t/typekey/login?v=1.0&t=86ea15f1a83d5c0450dcdb8a4c129559932fe1b8&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2018%2F12%2F20181214-celgard.html&_portal=typepad) Facebook (https://www.typekey.com/t/typekey/login?v=1.0&t=86ea15f1a83d5c0450dcdb8a4c129559932fe1b8&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2018%2F12%2F20181214-celgard.html&_portal=typepad&service=facebook) Twitter (https://www.typekey.com/t/typekey/login?v=1.0&t=86ea15f1a83d5c0450dcdb8a4c129559932fe1b8&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2018%2F12%2F20181214-celgard.html&_portal=typepad&service=twitter)Google+ (https://www.typekey.com/t/typekey/login?v=1.0&t=86ea15f1a83d5c0450dcdb8a4c129559932fe1b8&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2018%2F12%2F20181214-celgard.html&_portal=typepad&service=gplus)and more... (https://www.typekey.com/t/typekey/login?v=1.0&t=86ea15f1a83d5c0450dcdb8a4c129559932fe1b8&lang=en_US&_return=https%3A%2F%2Fwww.greencarcongress.com%2F2018%2F12%2F20181214-celgard.html&_portal=typepad&service=openid)

Custom Search

# In Brief

NuScale and DHIC partner on deploymeny of NuScale SMR (https://www.greencarcongress.com/2019/04/20190430-nuscale.html)

Ballard launches turnkey hydrogen fuel cell solutions for commercial unmanned aerial vehicles (https://www.greencarcongress.com/2019/04/20190429-fcair.html)

Semcon develops cloud solution for autonomous drones (https://www.greencarcongress.com/2019/04/20190429-semcon.html)

New green RoRo vessels for Finnlines designed by KNUD E. HANSEN (https://www.greencarcongress.com/2019/04/20190427-hansen.html)

Continental introduces first tire optimized for electric buses in city traffic (https://www.greencarcongress.com/2019/04/20190426-conti.html)

Zero Motorcycles closes $25M round, bringing aggregate investment to >$250M (https://www.greencarcongress.com/2019/04/20190426-zero.html)

Velodyne Lidar, Nikon announce manufacturing agreement for mass production of Velodyne lidar sensors (https://www.greencarcongress.com/2019/04/20190426-velodyne.html)

Grove Hydrogen partners with Hofer on electric drive solutions (https://www.greencarcongress.com/2019/04/20190425-grove.html)

Penske Truck Leasing to deploy heavy-duty DC fast charging stations in SoCal (https://www.greencarcongress.com/2019/04/20190425-penske.html)

Trillium debuts new recharging product for electric vehicle fleets (https://www.greencarcongress.com/2019/04/20190425-trillium.html)

Austin becomes fifth city in Texas to purchase Proterra battery-electric buses (https://www.greencarcongress.com/2019/04/20190425-proterra.html)

CDFA and CARB launch public-private partnership to advance carbon farming (https://www.greencarcongress.com/2019/04/20190425-arb.html)

EV Connect launches certification program for electric vehicle charging station manufacturers (https://www.greencarcongress.com/2019/04/20190424-evconnect.html)

Sandia releases QuESt v1.2 open-source software for energy storage (https://www.greencarcongress.com/2019/04/20190424-quest.html)

SP VICTALL partners with JMC on first composite pickup box in China; reduced weight and cost (https://www.greencarcongress.com/2019/04/20190424-jmc.html)

Trucker convicted of felony assault for hitting CARB inspector (https://www.greencarcongress.com/2019/04/20190424-carb.html)

Hyundai US market fuel cell SUVs rack up 7.5M miles (https://www.greencarcongress.com/2019/04/20190423-hyundaifcv.html)

MY2018 vehicles have record high fuel economy with improved horsepower and acceleration (https://www.greencarcongress.com/2019/04/20190423-fotw.html)

Nevada Governor signs stronger Renewable Portfolio Standard into law (https://www.greencarcongress.com/2019/04/20190423-nevada.html)

/www.greencarcongress.com/2019/04/20190423-proterrasfo.html)

Tweets by @mmillikin



Mike Millikin
@mmillikin

Daimler will pull Smart mini-cars out of United States, Canada - Reuters
reuters.com/article/us-dai…

Embed View on Twitter

# Archives (https://www.greencarcongress.com/archives.html)

- April 2019 (http://www.greencarcongress.com/2019/04/index.html)
- March 2019 (http://www.greencarcongress.com/2019/03/index.html)
- February 2019 (http://www.greencarcongress.com/2019/02/index.html)
- January 2019 (http://www.greencarcongress.com/2019/01/index.html)
- December 2018 (http://www.greencarcongress.com/2018/12/index.html)
- November 2018 (http://www.greencarcongress.com/2018/11/index.html)
- October 2018 (http://www.greencarcongress.com/2018/10/index.html)
- September 2018 (http://www.greencarcongress.com/2018/09/index.html)
- August 2018 (http://www.greencarcongress.com/2018/08/index.html)
- July 2018 (http://www.greencarcongress.com/2018/07/index.html)

More... (https://www.greencarcongress.com/archives.html)

# Categories (https://www.greencarcongress.com/archives.html)

- 3D printing (https://www.greencarcongress.com/3d-printing/)
- 48V (https://www.greencarcongress.com/48v/)
- 5G (https://www.greencarcongress.com/5g/)
- Additives (https://www.greencarcongress.com/additives/)

- Africa (https://www.greencarcongress.com/africa/)
- AI (https://www.greencarcongress.com/ai/)
- Algae (https://www.greencarcongress.com/algae/)
- Algal Fuels (https://www.greencarcongress.com/algal_fuels/)
- Ammonia (https://www.greencarcongress.com/ammonia/)
- Arctic (https://www.greencarcongress.com/arctic/)
- ARPA-E (https://www.greencarcongress.com/arpa-e/)
- Australia (https://www.greencarcongress.com/australia/)
- Auto X-Prize (https://www.greencarcongress.com/auto-x-prize/)
- Autonomous driving (https://www.greencarcongress.com/autonomous-driving/)
- Aviation (https://www.greencarcongress.com/aviation/)
- B2U (https://www.greencarcongress.com/b2u/)
- B2V (https://www.greencarcongress.com/b2v/)
- Batteries (https://www.greencarcongress.com/batteries/)
- Behavior (https://www.greencarcongress.com/behavior/)
- Big Data (https://www.greencarcongress.com/big-data/)
- Bio-hydrocarbons (https://www.greencarcongress.com/biohydrocarbons/)
- Bio-hydrogen (https://www.greencarcongress.com/biohydrogen/)
- Bio-polymers (https://www.greencarcongress.com/biopolymers/)
- Biobutanol (https://www.greencarcongress.com/biobutanol/)
- Biodiesel (https://www.greencarcongress.com/biodiesel/)
- Biogasoline (https://www.greencarcongress.com/biogasoline/)
- Biomass (https://www.greencarcongress.com/biomass/)
- Biomass-to-Liquids (BTL) (https://www.greencarcongress.com/biomasstoliquids_btl/)
- Biomethane (https://www.greencarcongress.com/biomethane/)
- Biorefinery (https://www.greencarcongress.com/biorefinery/)
- Biotech (https://www.greencarcongress.com/biotech/)
- Black carbon (https://www.greencarcongress.com/black-carbon/)
- Blockchain (https://www.greencarcongress.com/blockchain/)
- Brazil (https://www.greencarcongress.com/brazil/)
- Brief (https://www.greencarcongress.com/brief/)
- Canada (https://www.greencarcongress.com/canada/)
- Car Sharing (https://www.greencarcongress.com/car_sharing/)
- Carbon Capture and Conversion (CCC) (https://www.greencarcongress.com/carbon-capture-and-conversion-ccc/)
- Carbon Capture and Storage (CCS) (https://www.greencarcongress.com/carbon_capture_and_storage_ccs/)
- Catalysts (https://www.greencarcongress.com/catalysts/)
- Cellulosic ethanol (https://www.greencarcongress.com/cellulosic_ethanol/)
- China (https://www.greencarcongress.com/china/)
- Cities (https://www.greencarcongress.com/cities/)
- City car (https://www.greencarcongress.com/city_car/)
- Climate Change (https://www.greencarcongress.com/climate_change/)
- Climate Change Adaptation (https://www.greencarcongress.com/climate_change_adaptation/)
- Climate models (https://www.greencarcongress.com/climate_models/)
- Co-Optima (https://www.greencarcongress.com/co-optima/)
- Coal (https://www.greencarcongress.com/coal/)
- Coal-to-Liquids (CTL) (https://www.greencarcongress.com/coaltoliquids_ctl/)
- Compressed Air Engines (https://www.greencarcongress.com/compressed_air_engines/)
- Concept Engines (https://www.greencarcongress.com/concept_engines/)
- Conferences and other events (https://www.greencarcongress.com/conferences_and_other_events/)
- Connected vehicles (https://www.greencarcongress.com/connected_vehicles/)
- Controls and controllers (https://www.greencarcongress.com/controls-and-controllers/)
- Conversions (https://www.greencarcongress.com/conversions/)
- CV2X (https://www.greencarcongress.com/cv2x/)
- D-I-Y (https://www.greencarcongress.com/diy/)
- Deepwater (https://www.greencarcongress.com/deepwater/)
- Diesel (https://www.greencarcongress.com/diesel/)
- DME (https://www.greencarcongress.com/dme/)
- DMF (https://www.greencarcongress.com/dmf/)

- Driver Assistance Systems (https://www.greencarcongress.com/driver-assistance-systems/)
- Electric (Battery) (https://www.greencarcongress.com/electric_battery/)
- Emissions (https://www.greencarcongress.com/emissions/)
- Engines (https://www.greencarcongress.com/engines/)
- Environmental Justice (https://www.greencarcongress.com/environmental-justice/)
- Enzymes (https://www.greencarcongress.com/enzymes/)
- Ethanol (https://www.greencarcongress.com/ethanol/)
- Europe (https://www.greencarcongress.com/europe/)
- Exascale computing (https://www.greencarcongress.com/exascale-computing/)
- Fleets (https://www.greencarcongress.com/fleets/)
- Forecasts (https://www.greencarcongress.com/forecasts/)
- Friction (https://www.greencarcongress.com/friction/)
- Fuel Cells (https://www.greencarcongress.com/fuel_cells/)
- Fuel Efficiency (https://www.greencarcongress.com/fuel_efficiency/)
- Fuels (https://www.greencarcongress.com/fuels/)
- Gas-to-Liquids (GTL) (https://www.greencarcongress.com/gastoliquids_gtl/)
- Gasification (https://www.greencarcongress.com/gasification/)
- Geoengineering (https://www.greencarcongress.com/geoengineering/)
- Geothermal (https://www.greencarcongress.com/geothermal/)
- Graphene (https://www.greencarcongress.com/graphene/)
- Green Chemistry (https://www.greencarcongress.com/green-chemistry/)
- Health (https://www.greencarcongress.com/health/)
- Heavy-duty (https://www.greencarcongress.com/heavyduty/)
- High Octane Fuels (https://www.greencarcongress.com/high-octane-fuels/)
- High Performance Computing (https://www.greencarcongress.com/high-performance-computing/)
- HMI (https://www.greencarcongress.com/hmi/)
- Hybrids (https://www.greencarcongress.com/hybrids/)
- Hydraulic Hybrid (https://www.greencarcongress.com/hydraulic_hybrid/)
- Hydrogen (https://www.greencarcongress.com/h2/)
- Hydrogen Production (https://www.greencarcongress.com/hydrogen_production/)
- Hydrogen Storage (https://www.greencarcongress.com/hydrogen_storage/)
- India (https://www.greencarcongress.com/india/)
- Industry 4.0 (https://www.greencarcongress.com/industry-40/)
- Infrastructure (https://www.greencarcongress.com/infrastructure/)
- Intelligent Transportation Systems (ITS) (https://www.greencarcongress.com/intelligent_transportation_systems_its/)
- Internet of Things (https://www.greencarcongress.com/internet-of-things/)
- Japan (https://www.greencarcongress.com/japan/)
- Land use (https://www.greencarcongress.com/land-use/)
- Latin America (https://www.greencarcongress.com/latin_america/)
- LCFS (https://www.greencarcongress.com/lcfs/)
- LFG (https://www.greencarcongress.com/lfg/)
- Li-O2 (https://www.greencarcongress.com/li-o2/)
- Li-Sulfur (https://www.greencarcongress.com/li-sulfur/)
- Lifecycle analysis (https://www.greencarcongress.com/lifecycle_analysis/)
- Lighting (https://www.greencarcongress.com/lighting/)
- LNG (https://www.greencarcongress.com/lng/)
- Low Temperature Combustion (https://www.greencarcongress.com/low-temperature-combustion/)
- LPG (https://www.greencarcongress.com/lpg/)
- LSV/NEV (https://www.greencarcongress.com/lsvnev/)
- Lubricating Oils (https://www.greencarcongress.com/lubricating_oils/)
- Manufacturing (https://www.greencarcongress.com/manufacturing/)
- Mapping (https://www.greencarcongress.com/mapping/)
- Market Background (https://www.greencarcongress.com/market_background/)
- Materials (https://www.greencarcongress.com/materials/)
- Methanol (https://www.greencarcongress.com/methanol/)
- Micro-mobility (https://www.greencarcongress.com/micro-mobility/)
- Microprocessors and controls (https://www.greencarcongress.com/microprocessors-and-controls/)
- Middle East (https://www.greencarcongress.com/middle_east/)

Green Car Congress (http://WWW.GREENCARCONGRESS.COM/) © 2004-2019 BioAge Group, LLC. All Rights Reserved.

Top

- Mobility (https://www.greencarcongress.com/mobility/)
- Mobility services (https://www.greencarcongress.com/mobility-services/)
- Motors (https://www.greencarcongress.com/motors/)
- Motorsport (https://www.greencarcongress.com/motorsport/)
- Nanotech (https://www.greencarcongress.com/nanotech/)
- Natural Gas (https://www.greencarcongress.com/natural_gas/)
- Nuclear (https://www.greencarcongress.com/nuclear/)
- Ocean acidification (https://www.greencarcongress.com/ocean_acidification/)
- Off-road (https://www.greencarcongress.com/offroad/)
- Oil (https://www.greencarcongress.com/oil/)
- Oil sands (https://www.greencarcongress.com/oil_sands/)
- Oil Shale (https://www.greencarcongress.com/oil_shale/)
- Opinion (https://www.greencarcongress.com/opinion/)
- Optima (https://www.greencarcongress.com/optima/)
- Other Asia (https://www.greencarcongress.com/other_asia/)
- Other Powertrains (https://www.greencarcongress.com/other_powertrains/)
- Personal Transit (https://www.greencarcongress.com/personal_transit/)
- Personalities (https://www.greencarcongress.com/personalities/)
- Perspective (https://www.greencarcongress.com/perspective/)
- Plastics (https://www.greencarcongress.com/plastics/)
- Plug-ins (https://www.greencarcongress.com/plugins/)
- Polar (https://www.greencarcongress.com/polar/)
- Policy (https://www.greencarcongress.com/policy/)
- Ports and Marine (https://www.greencarcongress.com/ports_and_marine/)
- Power Electronics (https://www.greencarcongress.com/power_electronics/)
- Power Generation (https://www.greencarcongress.com/power_generation/)
- Power-to-Gas (https://www.greencarcongress.com/power-to-gas/)
- Power-to-Liquids (https://www.greencarcongress.com/power-to-liquids/)
- Powertrain materials (https://www.greencarcongress.com/powertrain-materials/)
- Quantum computing (https://www.greencarcongress.com/quantum-computing/)
- Racing (https://www.greencarcongress.com/racing/)
- Rail (https://www.greencarcongress.com/rail/)
- Recycling (https://www.greencarcongress.com/recycling/)
- Regulations (https://www.greencarcongress.com/regulations/)
- Research (https://www.greencarcongress.com/research/)
- Resilience (https://www.greencarcongress.com/climate-resilience/)
- Resources (https://www.greencarcongress.com/resources/)
- Ridesharing (https://www.greencarcongress.com/ridesharing/)
- Robotics (https://www.greencarcongress.com/robotics/)
- Russia (https://www.greencarcongress.com/russia/)
- Safety (https://www.greencarcongress.com/safety/)
- Sales (https://www.greencarcongress.com/sales/)
- Science (https://www.greencarcongress.com/science/)
- Security (https://www.greencarcongress.com/security/)
- Sensors (https://www.greencarcongress.com/sensors/)
- Simulation (https://www.greencarcongress.com/simulation/)
- Smart charging (https://www.greencarcongress.com/smart-charging/)
- Smart Grid (https://www.greencarcongress.com/smart-grid/)
- Solar (https://www.greencarcongress.com/solar/)
- Solar fuels (https://www.greencarcongress.com/solar-fuels/)
- Solid-state (https://www.greencarcongress.com/solid-state/)
- SSVs (https://www.greencarcongress.com/ssvs/)
- Standards (https://www.greencarcongress.com/standards/)
- Surveys (https://www.greencarcongress.com/surveys/)
- Sustainability (https://www.greencarcongress.com/sustainability/)
- SVO (https://www.greencarcongress.com/svo/)
- Synthetic Biology (https://www.greencarcongress.com/synthetic_biology/)
- TEF (https://www.greencarcongress.com/tef/)

- Telematics (https://www.greencarcongress.com/telematics/)
- Thermoelectrics (https://www.greencarcongress.com/thermoelectrics/)
- Tires (https://www.greencarcongress.com/tires/)
- Transmissions (https://www.greencarcongress.com/transmissions/)
- Trials (https://www.greencarcongress.com/trials/)
- Urban mobility (https://www.greencarcongress.com/urban-mobility/)
- V2X (https://www.greencarcongress.com/v2g/)
- Vehicle Dynamics (https://www.greencarcongress.com/vehicle-dynamics/)
- Vehicle Manufacturers (https://www.greencarcongress.com/vehicle_manufacturers/)
- Vehicle Systems (https://www.greencarcongress.com/vehicle_systems/)
- Waste Heat Recovery (https://www.greencarcongress.com/waste_heat_recovery/)
- Water (https://www.greencarcongress.com/water/)
- Wave and Tidal (https://www.greencarcongress.com/tidal/)
- Weight reduction (https://www.greencarcongress.com/weight-reduction/)
- Wind (https://www.greencarcongress.com/wind/)
- Wireless (https://www.greencarcongress.com/wireless/)

# EXHIBIT G

# Accelerating the Growth of Renewable Energy Industries

Supplier of solar PV, biodiesel and lithium-ion battery materials
Trusted by manufacturers, distributors and project developers worldwide

LEARN MORE

SUPPLY CHAIN

## Solutions for the Road Ahead

Targray is an international leader in the sourcing, transportation, storage, financing, distribution and supply of specialty materials and supply chain solutions for the Biofuels, Solar PV and Battery sectors.

Privacy - Terms

Leveraging 3 decades experience in high-growth tech sectors, we work with partners on enhancing product features, lowering lead times, optimizing inventory, improving cash flow and managing risk across the supply chain. Our material solutions help reduce the world's carbon footprint while enabling technology providers to create more efficient, better performing products for consumers.

## Solar Photovoltaics

## Biodiesel Distribution

## Lithium-ion Battery Manufacturing

Targray Group's international footprint enables us to source the globe for best-in-class lithium-ion battery materials and equipment solutions. Working closely with battery supply chain partners, we bring to market innovative battery material solutions for manufacturing and R&D in the energy storage industry. Our portfolio of lithium-ion battery materials includes battery electrodes, anode materials (graphite, graphene, LTO), cathode materials, electrolyte solutions, separators, packaging materials and lithium-ion cells.

Targray supports battery manufacturing and science through its affiliations with NAATbatt and the Electrochemical Society. We accompany battery manufacturers and researchers through every stage of the product development cycle, from early innovation to large-scale production.

# Optimizing Procurement in the Cleantech Sector

Designed to meet the needs of solar and energy storage companies, our innovative supply chain financing platform leverages Targray group's robust financing facility to provide buyers and sellers the flexibility they require to lower procurement costs, unlock value and accelerate growth.

Supported by critical material allocation agreements with specialty material manufacturers, our company also offers the global warehousing and supply chain capabilities required to effectively manage long-term material supply agreements. Our extensive materials portfolio includes products for solar panel producers, PV manufacturers, battery manufacturers, EPCs, energy storage project developers, installers, contractors and more. For more information, please contact us.

LEARN MORE

# Featured Solutions

Privacy - Terms



### PV Material Procurement

Since 2005 , our solar PV materials portfolio has been a trusted source for module manufacturers worldwide.



### Biodiesel Marketing

Privacy - Terms

Our Biofuels business delivers full-service wholesale biodiesel solutions built to provide differentiated value to customers.



**Supply Chain Financing**

Targray supply chain finance programs help PV companies unlock capital to meet society's growing energy needs.

Privacy - Terms



### Inventory Management

We combine global resources with finance, logistics and risk management expertise to create valuable business solutions for our customers.



### Battery Cathode Powders

Privacy - Terms

Targray markets a range of cathode active materials engineered to help lithium-ion cell manufacturers overcome unique market challenges.



### B99 Blending Solutions

We create turnkey B99 biodiesel solutions that enable diesel retailers to enhance their fuel margins while helping create a more sustainable future.

## Powered by Partnership

Privacy - Terms

Targray Group has developed particular expertise in the areas of biofuels, solar power, and battery energy storage. From PV cells and battery casings, to biofuels and carbon-neutralizing additives, our solutions play an important role in helping reduce the world's carbon footprint while enabling energy technology providers to create more efficient, better-performing products that enhance the consumer experience.

Across our business lines, we collaborate with leading non-profits and trade associations in the pursuit of innovative sustainability solutions and systems that foster global environmental responsibility.

## OUR PARTNERS

# News and Announcements

### Targray Earns Deloitte Best Managed Companies Award

Targray has been named one of Canada's Best Managed Companies by professional services firm Deloitte. One of the country's leading business awards programs, *Best Managed Companies* recognizes Canadian-owned organizations for innovative, world-class business practices.

READ ANNOUNCEMENT

### EU Biodiesel Trading Desk opens in Geneva

Part of a broader investment plan to meet demand for low-carbon fuels in the EU, the Geneva trading desk will leverage off Targray's global franchise and in-house expertise to create differentiated value for biodiesel consumers throughout Europe.

READ ANNOUNCEMENT

### Biofuels Division Announces West Fargo Biodiesel Terminal

Located in West Fargo, North Dakota, the new terminal will provide local fuel buyers with greater access to biodiesel, a bio-based renewable fuel that produces 80% fewer $CO_2$ emissions than petroleum diesel.

READ ANNOUNCEMENT

Privacy - Terms

### Targray Expands Solar Supply Chain Finance Program

Targray's solar supply chain financing solution enables solar material buyers to optimize working capital through extended payment terms, while helping their suppliers benefit from additional cash flow through accelerated payment.

READ ANNOUNCEMENT

### Minnesota Biodiesel Distribution Center Opens in Saint Paul

Strategically located in the heart of Saint Paul, the new biodiesel terminal will help address the rapid growth in regional demand for biodiesel in Minnesota, stemming from recent updates to the state's Biofuels mandate.

READ ANNOUNCEMENT

### California Regulators Approve NOx Mitigating Biodiesel Additive

California regulators have announced the certification of CATANOX, a NOx mitigating biodiesel additive developed by Targray to help meet the latest requirements of the state's Low Carbon Fuel Standard.

READ ANNOUNCEMENT

Privacy - Terms

# Innovative Supply Chain Solutions

For over three decades, our company has continuously transformed itself in the pursuit of new opportunities. Our core focus on high-growth technology markets has led us to establish a presence in a diverse range of sectors over the years, from optical disc manufacturing to transportation fuels. Today, through diverse but focused businesses, Targray is committed to delivering innovative products and solutions to markets around the world. Our global team of professionals has the knowledge to assist customers in the planning, design, assessment, and execution of their projects.

**WORK WITH US**

## Solar PV Solutions

- Solar Financing
- Inventory Management
- Solar Silicon Materials
- Solar PV Modules

Privacy - Terms

- Solar PV Cells
- Solar Wafers

## Battery Materials

- Electrolyte Solutions
- Separator Materials
- Battery Electrodes
- Battery Packaging
- Cathode Materials
- Graphite Materials

## Biodiesel Solutions

- Wholesale Biodiesel
- Biodiesel Marketing
- EU Biodiesel Trading
- U.S. Distribution Network
- International Exports
- Blending Guide

## Corporate Information

- Business Divisions
- Company History
- Company Awards
- Industry Partners
- Job Openings
- Latest News

Privacy - Terms

# EXHIBIT H

# Ceramic Separators

## Fully Ceramic Separators for Lithium-ion Battery Manufacturing & Research

## An Exceptional Combination of Safety & Performance

The latest addition to Targray's line of battery separators, our ceramic separators delivers an exceptional combination of safety, temperature performance and life cycle for lithium-ion battery manufacturers and R&D facilities. Given their rigorous safety and performance features, our ceramic separators are ideally suited for advanced li-ion battery applications, namely electric vehicles and energy storage systems.

## Ceramic Separators: Key Features & Benefits

- Proven to be highly suitable for high-power (*150 C*) and high temperature (*over 100° C*) battery applications.
- Fully compatible with a range of processing technologies including stacking, winding and z-folding.
- Features superior wettability, which allows for the faster & more uniform absorption of electrolyte.
- Demonstrates great resistance in typical abuse scenarios. *(Nail penetration test)*
- Minimal shrinkage – less than 1% of shrinkage occurs after 24 hours at 200°C.
- Enables the fast & thorough drying of stacks / jelly rolls at 130°C and above.

- Ultra-long life cycle & calendar life. (*up to 9000 cycles at 100% DoD*)
- Retains mechanical integrity in high heat, up to 240°C.
- Qualified for use in automotive industry applications.

*Working closely with our supply partners and organizations including the Electrochemical Society and NAATBatt International, we help lithium-ion battery manufacturers and researchers worldwide commercialize ambitious new technologies for the energy storage market. Contact us today to learn more.*

---

## Related Products



### PVDF & SBR Binders

Our Lithium-ion battery raw materials portfolio includes Aqueous and PVDF Anode Binders.



### Anode Foil Material

Targray offers Copper and Nickel Foils depending on the application of the Lithium-ion battery.



### Cathode Materials

Targray supplies a complete catalog of Cathode Materials for use by Li-ion battery manufacturers.

+1 (514) 695-8095

To speak with a Targray representative.

## Sign Up for Li-ion Battery Industry Alerts

Sign up to the Targray Li-ion Battery Newsletter for all the latest **lithium-ion battery** industry news and insights. Subscribers are also among the first to receive battery division product alerts and special announcements.

First Name

Last Name

Email

Submit

## Solar PV Solutions

- Solar Financing
- Inventory Management
- Solar Silicon Materials
- Solar PV Modules
- Solar PV Cells
- Solar Wafers

## Battery Materials

- Electrolyte Solutions
- Separator Materials
- Battery Electrodes
- Battery Packaging
- Cathode Materials
- Graphite Materials

## Biodiesel Solutions

- Wholesale Biodiesel
- Biodiesel Marketing
- EU Biodiesel Trading
- U.S. Distribution Network
- International Exports
- Blending Guide

## Corporate Information

- Business Divisions
- Company History
- Company Awards

- Industry Partners
- Job Openings
- Latest News

Privacy - Terms

# EXHIBIT I

Battery Division

Advanced Battery Materials

# High-performance Separators

## Polyethylene and polypropylene separator materials for battery manufacturing



One of the most important components to ensure li-ion cell safety is the separator, a thin porous membrane that physically separates the anode and cathode. The separator is used to prevent physical contact between the anode and cathode, while facilitating ion transportation in the cell. Consequently, an effective battery separator should provide excellent mechanical strength without sacrificing porosity.

Targray polypropylene- and polyethylene battery-grade separator rolls contain micro- and nano pores to provide excellent ion transportation within the cell. Characterized by a highly uniform thickness and excellent puncture resistance, our separators are available in a ceramic-coated variant that offers enhanced thermal deformation resistance and mechanical robustness.

TARGRAY

# High-performance Separators

### High elongation Separator (ST)

Offering best-in-class impact resistance, our new ST separators are designed to extend upon harsh impact to resist breakage. Characterized by a small pore size, uniform distribution, and a high puncture and DB strength, our ST separator materials are ideal for NCM- and NCA-based battery chemistries.

| Product number | | ST212D | ST214C | ST216D | ST216E | ST420C |
|---|---|---|---|---|---|---|
| Thickness | | 12.0±2.0μm | 14.0±2.0μm | 16.0±2.0μm | 16.0±2.0μm | 20.0±2.0μm |
| Gurley (s/100ml) | | 170±60 | 230±70 | 220±60 | 170±60 | 330±80 |
| Porosity (%) | | 43.0±3.0 | 39.0±3.0 | 43.0±3.0 | 47.0±3.0 | 38.0±3.0 |
| Base weight (g/m$^2$) | | 6.3±1.0 | 7.9±1.0 | 8.4±1.0 | 7.7±1.0 | 11.5±1.0 |
| Puncture strength (g) | | ≥220 | ≥250 | ≥280 | ≥280 | ≥400 |
| Tensile strength (kgf/cm$^2$) | MD | ≥1600 | ≥1600 | ≥1600 | ≥1600 | ≥1600 |
| | TD | ≥140 | ≥140 | ≥140 | ≥140 | ≥140 |
| Thermal shrinkage (% 120℃*1h) | MD | ≤5.0 | ≤5.0 | ≤5.0 | ≤5.0 | ≤3.0 |
| | TD | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 |

TARGRAY

# High-performance Separators

**Wrinkle-resistant Separator (SZ)**

Our new SZ separators were developed specifically to address wrinkling issues occurring during electrolyte injection.

| Product number | | SZ212202 | SZ214202 | SZ216102 | SZ216202 | SZ218202 |
|---|---|---|---|---|---|---|
| Thickness | | 12.0±2.0 | 14.0±2.0 | 16.0±2.0 | 16.0±2.0 | 18.0±2.0 |
| Gurley (s/100ml) | | 170±50 | 210±50 | 290±70 | 230±70 | 260±70 |
| Porosity (%) | | 42.0±3.0 | 39.0±3.0 | 37.0±3.0 | 40.0±3.0 | 40.0±3.0 |
| Base weight (g/m$^2$) | | 6.3±1.0 | 8.1±1.0 | 9.0±1.0 | 8.7±1.0 | 9.8±1.0 |
| Puncture strength (g) | | ≥200 | ≥220 | ≥280 | ≥280 | ≥320 |
| Tensile strength (kgf/cm$^2$) | MD | ≥1500 | ≥1500 | ≥1500 | ≥1500 | ≥1500 |
| | TD | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 |
| Thermal shrinkage (% 120℃*1h) | MD | ≤5.0 | ≤5.0 | ≤5.0 | ≤5.0 | ≤5.0 |
| | TD | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 |

TARGRAY

# High-performance Separators

### Wet Process Polyethylene Separators (SW)

Designed using polyethylene with an ultra-high molecular weight, our SW separators are produced via a wet stretch process that yields excellent thickness, uniformity, and tensile strength. Polyethylene separators are widely used in batteries for consumer electronics, as well as well as in large format lithium-ion cells.

| Product number | | SW312D | SW312F | SW316E | SW320H | SW517E |
|---|---|---|---|---|---|---|
| Porosity (%) | | 40±3 | 44±5 | 42±3 | 48±3 | 42±3 |
| Thickness (μm) | | 12±1.5 | 12±2 | 16±2 | 20±2 | 17±2 |
| Density (g/m$^2$) | | 6.9±1.0 | 6.4±1.0 | 8.9±1.0 | 10.0±1.0 | 9.5±1.0 |
| Permeability (S/100ml) | | 200±50 | ≤170 | 200±50 | 180±50 | 200±50 |
| Puncture strength (g) | | ≥400 | ≥400 | ≥530 | ≥600 | ≥580 |
| Tensile strength (kgf/cm$^2$) | MD | ≥1700 | ≥1700 | ≥1600 | ≥1600 | ≥1600 |
| | TD | ≥1400 | ≥1400 | ≥1400 | ≥1400 | ≥1400 |
| Shrinkage (%,90℃ 2h) | MD | ≤2.5 | ≤2.5 | ≤2.5 | ≤2.5 | ≤2.5 |
| | TD | ≤1.0 | ≤1.0 | ≤1.0 | ≤1.0 | ≤1.0 |
| Shrinkage (%,105℃ 1h) | MD | ≤4.0 | ≤4.5 | ≤4.0 | ≤4.0 | ≤4.0 |
| | TD | ≤1.5 | ≤2.5 | ≤1.5 | ≤1.5 | ≤1.5 |

TARGRAY

# High-performance Separators

**Wet Process Polyethylene Separators (SW)**

Designed using polyethylene with an ultra-high molecular weight, our SW separators are produced via a wet stretch process that yields excellent thickness, uniformity, and tensile strength. Polyethylene separators are widely used in batteries for consumer electronics, as well as well as in large format lithium-ion cells.

| Product number | | SW312D | SW312F | SW316E | SW320H | SW517E |
|---|---|---|---|---|---|---|
| Porosity (%) | | 40±3 | 44±5 | 42±3 | 48±3 | 42±3 |
| Thickness (μm) | | 12±1.5 | 12±2 | 16±2 | 20±2 | 17±2 |
| Density (g/m$^2$) | | 6.9±1.0 | 6.4±1.0 | 8.9±1.0 | 10.0±1.0 | 9.5±1.0 |
| Permeability (S/100ml) | | 200±50 | ≤170 | 200±50 | 180±50 | 200±50 |
| Puncture strength (g) | | ≥400 | ≥400 | ≥530 | ≥600 | ≥580 |
| Tensile strength (kgf/cm$^2$) | MD | ≥1700 | ≥1700 | ≥1600 | ≥1600 | ≥1600 |
| | TD | ≥1400 | ≥1400 | ≥1400 | ≥1400 | ≥1400 |
| Shrinkage (%,90℃ 2h) | MD | ≤2.5 | ≤2.5 | ≤2.5 | ≤2.5 | ≤2.5 |
| | TD | ≤1.0 | ≤1.0 | ≤1.0 | ≤1.0 | ≤1.0 |
| Shrinkage (%,105℃ 1h) | MD | ≤4.0 | ≤4.5 | ≤4.0 | ≤4.0 | ≤4.0 |
| | TD | ≤1.5 | ≤2.5 | ≤1.5 | ≤1.5 | ≤1.5 |

TARGRAY

# High-performance Separators

**Ceramic-coated Wet Process Polyethylene Separators (SW)**

Our SW separators are also available with aluminum oxide ceramic coating to further enhance safety characteristics.

| Base product number | | SW312D | | SW312F | | SW316E | | SW320H | |
|---|---|---|---|---|---|---|---|---|---|
| Product number | | SH416W14 | SH416W22 | SH716W14 | SH716W22 | SH220W14 | SH220W22 | SH624W14 | SH624W22 |
| Coating method | | single side | double side | single side | double side | single side | double side | single side | double side |
| Porosity (%) | | 40±5 | 40±5 | 44±5 | 44±5 | 42±5 | 42±5 | 48±5 | 48±5 |
| Thickness (μm) | | 16±2 | 16±2 | 16±2 | 16±2 | 20±2 | 20±2 | 24±2 | 24±2 |
| Density ($g/m^2$) | | 14±3.0 | 14±3.5 | 13.5±3.0 | 13.5±3.0 | 16±3 | 16±3 | 17±3.0 | 17±3.5 |
| Permeability (S/100ml) | | 230±70 | 250±70 | 170±70 | 190±70 | 240±70 | 260±70 | 220±70 | 240±70 |
| Puncture strength (g) | | ≥400 | ≥400 | ≥350 | ≥350 | ≥480 | ≥480 | ≥550 | ≥550 |
| Tensile strength ($kgf/cm^2$) | MD | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1200 | ≥1200 |
| | TD | ≥950 | ≥950 | ≥950 | ≥950 | ≥1000 | ≥1000 | ≥1000 | ≥1000 |
| Shrinkage (%,90℃ 2h) | MD | ≤2.5 | ≤2.5 | ≤2.5 | ≤2.5 | ≤2.5 | ≤2.5 | ≤2.5 | ≤2.5 |
| | TD | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 |
| Shrinkage (%,105℃ 1h) | MD | ≤4 | ≤4.5 | ≤4 | ≤4.5 | ≤4 | ≤4.5 | ≤4 | ≤4.5 |
| | TD | ≤4 | ≤4.5 | ≤4 | ≤4.5 | ≤4 | ≤4.5 | ≤4 | ≤4.5 |

TARGRAY

# High-performance Separators

### Standard Dry Process Polypropylene Separators (SD)

Available in a wide range of thicknesses, our advanced polypropylene separator materials are characterized by a high shut down temperature and excellent mechanical strength, which makes them suitable for use in EV batteries and other power cell applications.

| Thickness | | 16µm | | | 20µm | | | 25µm | | | 32µm | | | 40µm | | 60µm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product number | | SD216001 | SD216101 | SD216201 | SD220001 | SD220101 | SD220201 | SD425201 | SD425301 | SD425401 | SD432101 | SD432201 | SD432301 | SD440201 | SD440301 | SD460201 |
| Thickness (µm) | | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 | ±2 |
| Permeability (s/100ml) | | 450±120 | 320±100 | 250±80 | 550±150 | 450±120 | 320±100 | 380±100 | 300±80 | 200±50 | 560±150 | 500±150 | 400±150 | 600±150 | 480±150 | 900±200 |
| Porosity (%) | | 33±3 | 37±3 | 42±3 | 33±3 | 37±3 | 42±3 | 42±3 | 47±3 | 53±3 | 37±3 | 42±3 | 47±3 | 42±3 | 47±3 | 42±3 |
| Density ($g/m^2$) | | 10.0±1.0 | 9.1±1.0 | 8.5±1.0 | 12.2±1.0 | 11.5±1.0 | 10.5±1.0 | 13.2±1.0 | 12.1±1.0 | 10.0±1.0 | 18.4±1.5 | 16.8±1.5 | 15.5±1.5 | 21.1±1.5 | 19.3±1.5 | 31.5±2.0 |
| Puncture strength (g) | | ≥250 | ≥250 | ≥220 | ≥300 | ≥300 | ≥280 | ≥400 | ≥300 | ≥300 | ≥500 | ≥500 | ≥480 | ≥600 | ≥550 | ≥800 |
| Tensile strength ($kgf/cm^2$) | MD | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 | ≥1100 |
| | TD | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 |
| Shrinkage (%, 90℃ 2h) | MD | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤2.0 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 |
| | TD | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 |
| Shrinkage (%, 105℃ 1h) | MD | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 | ≤4.0 | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 |
| | TD | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 |

TARGRAY

# High-performance Separators

### High-strength Dry Process Polypropylene Separators (SD)

Targray dry process polypropylene separators are offered in a high-strength variant in sizes ranging from 12 to 25 microns.

| Thickness | | 12μm | 14μm | 16μm | | 20μm | | 25μm |
|---|---|---|---|---|---|---|---|---|
| Product number | | SD212202 | SD214202 | SD216102 | SD216202 | SD220102 | SD220202 | SD425202 |
| Thickness (μm) | | 12±2 | 14±2 | 16±2 | 16±2 | 20±2 | 20±2 | 25±2 |
| Permeability (s/100ml) | | 180±80 | 220±50 | 320±100 | 250±100 | 450±100 | 320±100 | 380±100 |
| Porosity (%) | | 40±5 | 40±5 | 37±3 | 42±3 | 37±3 | 42±3 | 42±3 |
| Density ($g/m^2$) | | 6.8±1.0 | 7.4±1.0 | 9.1±1.0 | 8.5±1.0 | 11.5±1.0 | 10.5±1.0 | 13.2±1.0 |
| Puncture strength (g) | | ≥180 | ≥260 | ≥300 | ≥300 | ≥350 | ≥350 | ≥450 |
| Tensile strength （$kgf/cm^2$） | MD | ≥1500 | ≥1500 | ≥1400 | ≥1400 | ≥1400 | ≥1400 | ≥1400 |
| | TD | ≥120 | ≥140 | ≥130 | ≥130 | ≥130 | ≥130 | ≥130 |
| Shrinkage (%, 90℃ 2h) | MD | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 | ≤1.5 |
| | TD | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 |
| Shrinkage (%, 105℃ 1h) | MD | ≤4 | ≤3 | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 | ≤3.5 |
| | TD | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 | ≤0.5 |

TARGRAY

# High-performance Separators

**Ceramic-coated Dry Process Ceramic Separators (SH) |** *16μm*

Our dry process polypropylene separators are also available with aluminum oxide ceramic coating to further enhance safety characteristics.

| Thickness | | 16μm | | | | | |
|---|---|---|---|---|---|---|---|
| Product number | | SH216D14 | SH216D22 | SH816D14 | SH816D22 | SH216Z14 | SH216Z22 |
| Coating method | | single side | double side | single side | double side | single side | double side |
| Porosity (%) | | 42±3 | 42±3 | 50±3 | 50±3 | 42±3 | 42±3 |
| Thickness (μm) | | 16±2 | 16±2 | 16±2 | 16±2 | 16±2 | 16±2 |
| Density (g/m²) | | 13.4±3.0 | 13.4±3.5 | 12.1±3 | 12.1±3 | 13.4±3.0 | 13.4±3.5 |
| Permeability (S/100ml) | | 220±70 | 220±70 | 140±70 | 150±70 | 200±70 | 210±70 |
| Puncture strength (g) | | ≥140 | ≥140 | ≥190 | ≥190 | ≥160 | ≥160 |
| Tensile strength (kgf/cm²) | MD | ≥850 | ≥850 | ≥900 | ≥900 | ≥950 | ≥950 |
| | TD | ≥95 | ≥95 | ≥65 | ≥65 | ≥90 | ≥90 |
| Shrinkage (%,90℃ 2h) | MD | ≤2 | ≤2 | ≤2 | ≤2 | ≤2 | ≤2 |
| | TD | ≤1 | ≤1 | ≤0.5 | ≤0.5 | ≤1 | ≤1 |
| Shrinkage (%,105℃ 1h) | MD | ≤4 | ≤4 | ≤3.5 | ≤3.5 | ≤4 | ≤4 |
| | TD | ≤1 | ≤1 | ≤0.5 | ≤0.5 | ≤1 | ≤1 |

# High-performance Separators

**Ceramic-coated Dry Process Ceramic Separators (SH) |** *20μm*

Our dry process polypropylene separators are also available with aluminum oxide ceramic coating to further enhance safety characteristics.

| Thickness | | 20μm | | | | |
|---|---|---|---|---|---|---|
| Product number | | SH220D14 | SH220D22 | SH620D14 | SH620T14 | SH320Z14 |
| Coating method | | single side | double side | single side | single side | single side |
| Porosity (%) | | 42±3 | 42±3 | 47±3 | 47±3 | 37±3 |
| Thickness (μm) | | 20±2 | 20±2 | 20±2 | 20±2 | 20±2 |
| Density ($g/m^2$) | | 15.1±3.0 | 15.1±3.5 | 14.6±3 | 14.7±3 | 16.1±3 |
| Permeability (S/100ml) | | 270±70 | 270±70 | 190±70 | 200±80 | 320±100 |
| Puncture strength (g) | | ≥180 | ≥180 | ≥160 | ≥220 | ≥220 |
| Tensile strength ($kgf/cm^2$) | MD | ≥850 | ≥850 | ≥850 | ≥1100 | ≥1000 |
| | TD | ≥95 | ≥95 | ≥80 | ≥95 | ≥100 |
| Shrinkage (%,90℃ 2h) | MD | ≤2 | ≤2 | ≤2 | ≤2 | ≤2 |
| | TD | ≤1 | ≤1 | ≤1 | ≤1 | ≤1 |
| Shrinkage (%,105℃ 1h) | MD | ≤4 | ≤4 | ≤4 | ≤4 | ≤4 |
| | TD | ≤1 | ≤1 | ≤1 | ≤1 | ≤1 |

TARGRAY

# High-performance Separators

**Ceramic-coated Dry Process Ceramic Separators (SH) |** *24µm, 29µm*

Our dry process polypropylene separators are also available with aluminum oxide ceramic coating to further enhance safety characteristics.

| Thickness | | 24µm | | | 24µm | | |
|---|---|---|---|---|---|---|---|
| **Product number** | | **SH224D14** | **SH224D22** | **SH624D14** | **SH624Z14** | **SH229D14** | **SH229D22** |
| **Coating method** | | single side | double side | single side | single side | single side | double side |
| **Porosity (%)** | | 42±3 | 42±3 | 47±3 | 47±3 | 42±3 | 42±3 |
| **Thickness (µm)** | | 24±2 | 24±2 | 24±2 | 24±2 | 29±2 | 29±2 |
| **Density ($g/m^2$)** | | 17.1±3.0 | 17.1±3.5 | 16.8±3 | 16.9±3 | 19.8±3.0 | 19.8±3.5 |
| **Permeability (S/100ml)** | | 340±70 | 340±70 | 250±100 | 260±90 | 400±100 | 400±100 |
| **Puncture strength (g)** | | ≥280 | ≥280 | ≥220 | ≥320 | ≥360 | ≥360 |
| **Tensile strength ($kgf/cm^2$)** | **MD** | ≥850 | ≥850 | ≥900 | ≥1200 | ≥850 | ≥850 |
| | **TD** | ≥95 | ≥95 | ≥95 | ≥100 | ≥95 | ≥95 |
| **Shrinkage (%,90℃ 2h)** | **MD** | ≤2 | ≤2 | ≤2 | ≤2 | ≤2 | ≤2 |
| | **TD** | ≤1 | ≤1 | ≤1 | ≤1 | ≤1 | ≤1 |
| **Shrinkage (%,105℃ 1h)** | **MD** | ≤4 | ≤4 | ≤4 | ≤4 | ≤4 | ≤4 |
| | **TD** | ≤1 | ≤1 | ≤1 | ≤1 | ≤1 | ≤1 |

# EXHIBIT J

# Battery Separators

PE & PP foam battery separators for lithium-ion battery manufacturers and R&D

## Ceramic-coated Battery Separators for Li-ion Cell Manufacturers

One of the most critically important cell components to ensure cell safety is the separator, a thin porous membrane that physically separates the anode and cathode. The primary function of the separator is to prevent physical contact between the anode and cathode, while facilitating ion transport in the cell. The challenge with designing safe battery separators is the trade-off between mechanical robustness and porosity/transport properties.

Separators in most batteries are made of very simple plastic films that have the right pore size to allow ions to flow through while keeping the other components blocked. Designed to address the needs of lithium-ion cell manufacturers, Targray Polypropylene (PP), Polyethylene (PE), and ceramic-embedded battery separators deliver excellent porosity, as well as low cost, lightness and durability.

About Battery Separators

Privacy - Terms

Separator Characteristics

Separator Requirements

## Requirements for Battery Manufacturing

Battery separators are power-driven spacers that can be produced with fiberglass cloth or flexible plastic films made from nylon, polyethylene or polypropylene. The battery separator material must be absorbent and slim to allow the charged lithium ions to pass without obstruction, while occupying the least amount of space possible. Furthermore, battery separators must be able to withstand penetration and branching moss-like crystalline minerals in order to prevent the contamination of electrodes. If the separator material is compromised, the performance of the high-power cell declines.

| Process | PE / PP Single or Double Layer Dry Method |
|---|---|
| *Pros* | Uniformity in thickness<br>Strong chemical resistance<br>High wet ability, high EL absorption<br>High MD tensile strength<br>Thermal shutdown easy control (PE)<br>Low cost (PE)<br>Environmental friendly process<br>Low contamination in product<br>Thicker separator possible<br>Competitive quotation<br>Flexibility tailor-made products |

Privacy - Terms

| Process | PE / PP Single or Double Layer Dry Method |
|---|---|
| Cons | Lower TD tensile strength (PE)<br>Lower puncture rate (PE) |

*Working closely with our supply partners and organizations including the* Electrochemical Society *and* NAATBatt International*, we help lithium-ion battery manufacturers and researchers worldwide commercialize ambitious new technologies for the energy storage market. Contact us today to learn more.*

## Related Products



### PE and PP Separators

Our battery separator materials include PE and PP separators for battery technologies.

Privacy - Terms



### Copper and Nickel Foils

Targray offers Copper and Nickel Anode Foils for energy storage technologies.



### Ceramic Separators

Our fully ceramic battery separator solution is ideal for high-power battery applications.

+1 (514) 695-8095

To speak with a Targray representative.

## Sign Up for Li-ion Battery Industry Alerts

Sign up to the Targray Li-ion Battery Newsletter for all the latest **lithium-ion battery** industry news and insights. Subscribers are also among the first to receive battery division product alerts and special announcements.

Privacy - Terms

First Name

Last Name

Email

Submit

### Solar PV Solutions

- Solar Financing
- Inventory Management
- Solar Silicon Materials
- Solar PV Modules
- Solar PV Cells
- Solar Wafers

Privacy - Terms

### Battery Materials

- Electrolyte Solutions
- Separator Materials
- Battery Electrodes
- Battery Packaging
- Cathode Materials
- Graphite Materials

## Biodiesel Solutions

- Wholesale Biodiesel
- Biodiesel Marketing
- EU Biodiesel Trading
- U.S. Distribution Network
- International Exports
- Blending Guide

## Corporate Information

- Business Divisions
- Company History
- Company Awards
- Job Openings

Privacy - Terms

- Latest News
- Articles & Insights

Privacy - Terms